MERYL L. YOUNG, SBN 110156
myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: (949) 451-3800
Facsimile:  (949) 451-4220
*Counsel for Service*

ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

*Counsel for Defendants*

[Additional Counsel Listed on Signature Page]

SAMUEL A. KEESAL, SBN 38014
skip.keesal@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
Telephone:    562.436.2000
Facsimile:    562.436.7416

JULIE L. TAYLOR, SBN 154341
julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.398.6000
Facsimile:    415.981.0136

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE WORTHINGTON, and COLLEEN WORTHINGTON, each individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>EDWARD D. JONES & CO., L.P.; THE JONES FINANCIAL COMPANIES, L.L.L.P.; EDJ HOLDING COMPANY, INC.; JAMES D. WEDDLE; PENELOPE PENNINGTON; DANIEL J. TIMM; KENNETH R. CELLA, JR.; BRETT A. CAMPBELL; KEVIN D. BASTIEN; NORMAN L. EAKER; VINCENT J. FERRARI; TIMOTHY J. KIRLEY; JAMES A. TRICARICO, JR.; OLIVE STREET INVESTMENT ADVISORS, LLC; PASSPORT HOLDINGS, LLC; PASSPORT RESEARCH, LTD; and JOHN DOES 1-100,<br><br>        Defendants. | CASE NO. 18-cv-00714-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING SERVICE AND PROCEDURES UNDER PRIVATE SECURITIES LITIGATION REFORM ACT** |

The parties submit the following stipulation for the Court's approval:

Gibson, Dunn &
Crutcher LLP

WHEREAS, on March 30, 2018, Plaintiffs filed the putative class action complaint in this action, asserting, among other things, claims under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, as well as claims under Sections 12(a)(2) and 15 of the Securities Act of 1933 (Dkt. No. 1);

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the PSLRA, motions for appointment as Lead Plaintiff in this action and for approval of Lead Counsel are due on May 29, 2018;

WHEREAS, it is anticipated that following the Court's ruling, the appointed Lead Plaintiff will file an amended complaint that supersedes the pending complaint;

WHEREAS, counsel for the parties agree that to avoid duplicative effort, unnecessary motion practice, and waste of judicial resources, there is good cause to provide that Defendants need not respond to the pending complaint and will instead respond to the anticipated subsequent pleading;

WHEREAS, counsel for Defendants has agreed to accept service of the complaint on behalf of all Defendants, provided that no responsive pleading to the current complaint is required;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Defendants accept service of the complaint.

2. Defendants shall not be required to answer, move, or otherwise respond to the pending complaint.

3. The schedule for filing an amended complaint and briefing any motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure shall be as follows:

   a. The amended complaint shall be filed within 60 days of the Court's Order appointing Lead Plaintiff and approving the selection of Lead Counsel.

   b. Motions to dismiss and opening briefs in support thereof shall be filed within 60 days of the filing of the amended complaint.

   c. The opposition shall be due within 60 days of the filing of the motion to dismiss.

1           d.   Replies in support of the motions to dismiss shall be due within 45 days of the

2           filing of the opposition briefs.

3        4.       The parties expressly reserve all other rights of any kind.

Dated: April 20, 2018

*/s /* Ivy T. Ngo as approved on April 20, 2018      /s/ Meryl L. Young
Ivy T. Ngo
FRANKLIN D. AZAR & ASSOCIATES, P.C.      GIBSON, DUNN & CRUTCHER LLP
14426 East Evans Avenue       Meryl L. Young
Aurora, CO 80014        3161 Michelson Drive
Telephone:   (303) 757-3300      Irvine, CA 92612-4412
Facsimile:   (303) 759-5203      Telephone: (949) 451-3800
ngoi@fdazar.com       Facsimile: (949) 451-4220
        myoung@gibsondunn.com
John Garner
GARNER LAW OFFICE       GIBSON, DUNN & CRUTCHER LLP
109 North Marshall Avenue      Alexander K. Mircheff
P.O. Box 908        333 South Grand Avenue
Willows, CA 95988       Los Angeles, CA 90071-3197
Telephone:   (530) 934-3324      Telephone:   213.229.7000
Facsimile:   (530) 934-2334      Facsimile:   213.229.7520
jrg@erglaw.net        amircheff@gibsondunn.com

*Counsel for Plaintiffs*

             KEESAL, YOUNG & LOGAN
             Samuel A. Keesal
             400 Oceangate
             Long Beach, CA 90802
             Telephone:   562.436.2000
             Facsimile:   562.436.7416
             skip.keesal@kyl.com

             KEESAL, YOUNG & LOGAN
             Julie L. Taylor
             450 Pacific Avenue
             San Francisco, CA 94133
             Telephone:   415.398.6000
             Facsimile:   415.981.0136
             julie.taylor@kyl.com

             *Counsel for Defendants*

**IT IS SO ORDERED**

Dated: _4/27/2018         /s/ John A. Mendez

        Hon. John A. Mendez
        United States District Judge

STIPULATION REGARDING SERVICE AND
PROCEDURES UNDER PSLRA
CASE NO. 18-CV-00714-JAM-AC

Gibson, Dunn &
Crutcher LLP