IVY T. NGO (249860)
BRIAN HANLIN (pro hac vice)
FRANKLIN D. AZAR (pro hac vice)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:    (303) 757-3300
Facsimile:    (303) 759-5203
ngoi@fdazar.com
hanlinb@fdazar.com
azarf@fdazar.com

JOHN R. GARNER (246729)
GARNER & ASSOCIATES
109 North. Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:    (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.; THE JONES FINANCIAL COMPANIES, L.L.L.P.; EDJ HOLDING COMPANY, INC.; JAMES D. WEDDLE; PENELOPE PENNINGTON; DANIEL J. TIMM; KENNETH R. CELLA, JR.; BRETT A. CAMPBELL; KEVIN D. BASTIEN; NORMAN L. EAKER; VINCENT J. FERRARI; TIMOTHY J. KIRLEY; JAMES A. TRICARICO, JR.; OLIVE STREET INVESTMENT ADVISORS, LLC; PASSPORT HOLDINGS, LLC; PASSPORT RESEARCH, LTD; and JOHN DOES 1-100,<br><br>Defendants. | No. 18-cv-00714-JAM-AC<br><br>[PROPOSED] ORDER FOR MOTION TO FILE UNDER SEAL THE MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL AS WELL AS EXHIBITS B AND D TO THE DECLARATION OF IVY T. NGO |

Having considered Edward Anderson, Colleen Worthington, and Janet Goral's (the "Anderson Group") Motion to File Under Seal the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel ("Motion") as well as Exhibits B and D to the Declaration of Ivy T. Ngo in Support of the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel ("Exhibits B and D"), and good cause appearing therefor, the Court ORDERS:

1. That the Anderson Group's Motion is GRANTED; and
2. That the Anderson Group's personal financial information be redacted from the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel and Exhibits B and D.

IT IS SO ORDERED.

DATED: May 30, 2018

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE