IVY T. NGO (249860)
BRIAN HANLIN (pro hac vice)
FRANKLIN D. AZAR (pro hac vice)
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:    (303) 757-3300
Facsimile:    (303) 759-5203
ngoi@fdazar.com
hanlinb@fdazar.com
azarf@fdazar.com

JOHN R. GARNER (246729)
GARNER & ASSOCIATES
109 North. Marshall Avenue
P.O. Box 908
Willows, CA  95988
Telephone:    (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com
*Counsel for Plaintiffs*

**FILED**

JUL 25 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.; THE JONES FINANCIAL COMPANIES, L.L.L.P.; EDJ HOLDING COMPANY, INC.; JAMES D. WEDDLE; PENELOPE PENNINGTON; DANIEL J. TIMM; KENNETH R. CELLA, JR.; BRETT A. CAMPBELL; KEVIN D. BASTIEN; NORMAN L. EAKER; VINCENT J. FERRARI; TIMOTHY J. KIRLEY; JAMES A. TRICARICO, JR.; OLIVE STREET INVESTMENT ADVISORS, LLC; PASSPORT HOLDINGS, LLC; PASSPORT RESEARCH, LTD; and JOHN DOES 1-100,<br><br>Defendants. | No. 18-cv-00714-JAM-AC<br><br>[~~PROPOSED~~] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

Having considered Edward Anderson, Colleen Worthington, and Janet Goral's (collectively the "Anderson Group") Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. This Order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

3. A Master File is established for this proceeding. The Master File shall be case No. 18-cv-00714-JAM-AC. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket. Every pleading in the Action shall have the following caption.

| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | ) ) ) ) | Case No. 18-cv-00714-JAM-AC |
|---|---|---|

4. Each new case that arises out of the subject matter of the Action shall be consolidated with the Action. The Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to the consolidation of any subsequently filed or transferred related action.

5. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), *et seq.*, hereby appoints the Anderson Group as Lead Plaintiff.

6. The Anderson Group's choice of counsel is approved. Franklin D. Azar & Associates and Garner & Associates are approved as Lead Counsel for the class. Lead Counsel

shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement.

Additionally, Lead Counsel shall have the following responsibilities:

a. to brief and argue motions;
b. to initiate and conduct discovery, including but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;
c. to direct and coordinate the examination of witnesses in depositions;
d. to act as spokesperson at pretrial conferences;
e. to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;
f. to initiate and conduct any settlement negotiations with Defendants' counsel;
g. to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;
h. to consult with and employ experts;
i. to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and
j. to perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

DATED: July 25, 2018

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE