| | |
|---|---|
| MERYL L. YOUNG, SBN 110156<br>myoung@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220 | SAMUEL A. KEESAL, SBN 38014<br>skip.keesal@kyl.com<br>KEESAL, YOUNG & LOGAN<br>400 Oceangate<br>Long Beach, CA 90802<br>Telephone: 562.436.2000<br>Facsimile: 562.436.7416 |
| ALEXANDER K. MIRCHEFF, SBN 245074<br>amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | JULIE L. TAYLOR, SBN 154341<br>julie.taylor@kyl.com<br>KEESAL, YOUNG & LOGAN<br>450 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: 415.398.6000<br>Facsimile: 415.981.0136 |

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 18-cv-00714-JAM-AC<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION OF DEFENDANTS FOR AN ORDER EXTENDING PAGE LIMITS FOR MEMORANDA OF LAW IN CONNECTION WITH MOTION TO DISMISS** |

Having reviewed the Unopposed Ex Parte Application of Defendants for an Order Extending Page Limits for Memoranda of Law in Connection with Motion to Dismiss, and good cause having been shown, the Court hereby GRANTS Defendants and Plaintiffs permission to file memoranda of law related to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint ("Motion") that exceed the page limits prescribed by the Court's Order Re Filing Requirements dated April 2, 2018 (Dkt. 3-2) as follows:

- Defendants' memorandum of law in support of their Motion not to exceed 20 pages;
- Plaintiffs' memorandum of law in opposition to Defendants' Motion not to exceed 20 pages; and
- Defendants' reply memorandum of law in support of their Motion not to exceed 10 pages.

IT IS SO ORDERED.

Dated: 11/13/2018

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

Gibson, Dunn & Crutcher LLP

2 [PROPOSED] ORDER EXTENDING PAGE LIMITS
CASE NO. 18-CV-00714-JAM-AC

# PROOF OF SERVICE

I, Sandra M. Pineda, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Dr., Irvine, California 92612-4412, in said County and State. On November 9, 2018, I served the following document(s):

**[PROPOSED] ORDER GRANTING UNOPPOSED EX PARTE APPLICATION OF DEFENDANTS FOR AN ORDER EXTENDING PAGE LIMITS FOR MEMORANDA OF LAW IN CONNECTION WITH MOTION TO DISMISS**

on the parties stated below, by the following means of service:

Ivy T. Ngo
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203
ngoi@fdazar.com

John Garner
GARNER LAW OFFICE
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone: (530) 934-3324
Facsimile: (530) 934-2334
jrg@erglaw.net

*Counsel for Plaintiffs*

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2018.

Sandra M. Pineda