MERYL L. YOUNG, SBN 110156
   myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

ALEXANDER K. MIRCHEFF, SBN 245074
   amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SAMUEL A. KEESAL, SBN 38014
   skip.keesal@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
Telephone: 562.436.2000
Facsimile: 562.436.7416

JULIE L. TAYLOR, SBN 154341
   julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone: 415.398.6000
Facsimile: 415.981.0136

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**DECLARATION OF ALEXANDER MIRCHEFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>*[Notice of Motion and Motion, Request for Judicial Notice and Incorporation by Reference, Declaration of Shelley Graf filed concurrently herewith]*<br><br>**Hearing:**<br>Date: May 21, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 6, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br><br>Judge: Hon. John A. Mendez |

I, Alexander K. Mircheff, have personal knowledge of the facts stated below and hereby declare as follows:

1. I am a partner at Gibson, Dunn & Crutcher LLP, counsel for Defendants in this action, and am admitted to practice before this Court.

2. I make this declaration based on personal knowledge, and based on the record of this litigation, in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

3. Attached as Exhibit 1 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s Form 8-K, filed with the U.S. Securities and Exchange Commission ("SEC") and dated January 9, 2017, available at https://www.sec.gov/Archives/edgar/data/815917/000119312517008348/d247275d8k1.pdf.

4. Attached as Exhibit 2 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s 2014 Form 10-K, filed with the SEC and dated March 27, 2015, available at https://www.sec.gov/Archives/edgar/data/815917/000119312515108500/d843885d10k1.pdf.

5. Attached as Exhibit 3 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s 2015 Form 10-K, filed with the SEC and dated March 11, 2016, available at https://www.sec.gov/Archives/edgar/data/815917/000156459016014523/10K_2015_FINAL.pdf.

6. Attached as Exhibit 4 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s 2016 Form 10-K, filed with the SEC and dated March 15, 2017, available at https://www.sec.gov/Archives/edgar/data/815917/000156459017004382/ck0000815917-10k_20161231.pdf.

7. Attached as Exhibit 5 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s 2017 Form 10-K, filed with the SEC and dated March 15, 2018, available at https://www.sec.gov/Archives/edgar/data/815917/000156459018005773/ck0000815917-10k_20171231.pdf.

8. Attached as Exhibit 6 is a true and correct copy of Defendant The Jones Financial Companies, L.L.L.P.'s Form 10-Q, filed with the SEC and dated November 10, 2016, available at https://www.sec.gov/Archives/edgar/data/815917/000156459016028841/10Q_20160930.pdf.

9. Attached as Exhibit 7 is a true and correct copy of the Advisory Solutions Fund Model Brochure provided to Plaintiff Edward Anderson, dated March 30, 2015. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

10. Attached as Exhibit 8 is a true and correct copy of the Advisory Solutions Fund Model Brochure provided to Plaintiff Keith Corum, dated March 30, 2015. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

11. Attached as Exhibit 9 is a true and correct copy of the Advisory Solutions Fund Model Brochure provided to Plaintiff Colleen Worthington, dated July 30, 2014. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

12. Attached as Exhibit 10 is a true and correct copy of the Advisory Solutions Fund Model Brochure provided to Plaintiff Jesse Worthington, dated October 24, 2013. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

13. Attached as Exhibit 11 is a true and correct copy of the Guided Solutions Flex Account Brochure provided to Plaintiffs Colleen Worthington and Jesse Worthington ("the Worthington Trust"), dated June 22, 2016. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

14. Attached as Exhibit 12 is a true and correct copy of the Guided Solutions Flex Account Brochure provided to Plaintiff Janet Goral, dated November 10, 2017. For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

15. Attached as Exhibit 13 is a true and correct copy of an Advisory Solutions Fund Models Brochure, dated August 11, 2017.

16. Attached as Exhibit 14 is a true and correct copy of Plaintiff Edward Anderson's Fund Model Client Agreement, dated June 23, 2015 (redacted to protect certain confidential information

and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

17. Attached as Exhibit 15 is a true and correct copy of Plaintiff Keith Corum's Fund Model Client Agreement, dated April 27, 2015 (redacted to protect certain confidential information and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

18. Attached as Exhibit 16 is a true and correct copy of Plaintiff Colleen Worthington's Fund Model Client Agreement, dated March 16, 2015 (redacted to protect certain confidential information and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

19. Attached as Exhibit 17 is a true and correct copy of Plaintiff Jesse Worthington's Fund Model Client Agreement, dated January 17, 2014 (redacted to protect certain confidential information and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

20. Attached as Exhibit 18 is a true and correct copy of the Worthington Trust's Flex Account Client Services Agreement (redacted to protect certain confidential information and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

21. Attached as Exhibit 19 is a true and correct copy of Plaintiff Janet Goral's Fund Account Client Services Agreement, dated December 2017 (redacted to protect certain confidential information and lodged in full under seal). For the Court's convenience, Defendants have supplied yellow highlighting on portions of the text that are relevant to the Motion to Dismiss.

22. Attached as Exhibit 20 is a true and correct copy of the Worthington Trust's Flex Account Authorization and Agreement Form, dated July 25, 2016 (redacted to protect certain confidential information and lodged in full under seal).

23. Attached as Exhibit 21 is a true and correct copy of Plaintiff Janet Goral's Fund Account Authorization and Agreement Form, dated January 16, 2018 (redacted to protect certain confidential information and lodged in full under seal).

24. Attached as Exhibit 22 is a true and correct copy of the Worthington Trust's Flex Account Client Profile, dated July 25, 2016 (redacted to protect certain confidential information and lodged in full under seal).

25. Attached as Exhibit 23 is a true and correct copy of Plaintiff Janet Goral's Fund Account Client Profile, dated January 8, 2018 (redacted to protect certain confidential information and lodged in full under seal).

26. Attached as Exhibit 24 is a true and correct copy of Plaintiff Edward Anderson's Advisory Solutions Presale Prospectus Letter, dated June 23, 2015 (redacted to protect certain confidential information and lodged in full under seal).

27. Attached as Exhibit 25 is a true and correct copy of Plaintiff Keith Corum's Advisory Solutions Presale Prospectus Letter, dated April 27, 2015 (redacted to protect certain confidential information and lodged in full under seal).

28. Attached as Exhibit 26 is a true and correct copy of Plaintiff Colleen Worthington's Advisory Solutions Presale Prospectus Letter, dated March 16, 2015 (redacted to protect certain confidential information and lodged in full under seal).

29. Attached as Exhibit 27 is a true and correct copy of Plaintiff Jesse Worthington's Advisory Solutions Presale Prospectus Letter, dated January 17, 2014 (redacted to protect certain confidential information and lodged in full under seal).

30. Attached as Exhibit 28 is a true and correct copy of the Worthington Trust's Guided Solutions Flex Account Schedule of Fees.

31. Attached as Exhibit 29 is a true and correct copy of Plaintiff Janet Goral's Guided Solutions Fund Account Schedule of Fees, dated April 2017.

32. Attached as Exhibit 30 is a true and correct copy of Defendant Edward Jones's "Making Good Choices" Brochure, with an expiration date of November 30, 2014.

33. Attached as Exhibit 31 is a true and correct copy of Defendant Edward Jones's "Making Good Choices" Brochure, with an expiration date of November 30, 2015.

34. Attached as Exhibit 32 is a true and correct copy of Defendant Edward Jones's "Making Good Choices" Brochure, with an expiration date of August 31, 2016.

35. Attached as Exhibit 33 is a true and correct copy of Defendant Edward Jones's "Making Good Choices" Brochure, with an expiration date of March 31, 2018.

36. Attached as Exhibit 34 is a true and correct copy of an excerpt from AIM Investment Securities Funds' (Invesco Investment Securities Funds) Form N-CSR, filed with the SEC and dated August 31, 2018, available at

https://www.sec.gov/Archives/edgar/data/842790/000119312518321969/d607342dncsrs.htm.

37. Attached as Exhibit 35 is a true and correct copy of an excerpt from AIM Tax-Exempt Funds' (Invesco Tax-Exempt Funds) Form N-CSR, filed with the SEC and dated August 31, 2018, available at

https://www.sec.gov/Archives/edgar/data/909466/000119312518321970/d613434dncsrs.htm.

38. Attached as Exhibit 36 is a true and correct copy of an excerpt from American Funds Global Balanced Fund's Form N-CSR, filed with the SEC and dated April 30, 2018, available at

https://www.sec.gov/Archives/edgar/data/1505612/000005193118000624/gbal_ncsrs.htm.

39. Attached as Exhibit 37 is a true and correct copy of Defendant Edward Jones's Bridge Builder Form N-1A, filed with the SEC and dated October 24, 2013,

https://www.sec.gov/Archives/edgar/data/1567101/000089418913005845/bridgebldr_485b.htm.

40. Attached as Exhibit 38 is a true and correct copy of Defendant Edward Jones's Bridge Builder Form N-1A, filed with the SEC and dated October 27, 2014, available at

https://www.sec.gov/Archives/edgar/data/1567101/000089418914005127/brdgbldr_485b.htm.

41. Attached as Exhibit 39 is a true and correct copy of an Account Statement for Plaintiff Janet Goral for January 1 through January 26, 2018.

42. Attached as Exhibit 40 is a true and correct copy of Defendant Edward Jones's Bridge Builder Press Release, dated September 3, 2013, available at

https://www.edwardjones.com/about/media/news-releases/bridge-builder.html.

43. Attached as Exhibit 41 is a true and correct copy of a Wall Street Journal article titled "Edward Jones Shakes Up Retirement Offerings Ahead of Fiduciary Rule," dated August 17, 2016, available at https://www.wsj.com/articles/edward-jones-shakes-up-retirement-offerings-ahead-of-fiduciary-rule-1471469692.

44. Attached as Exhibit 42 is a true and correct copy of a Wall Street Journal article titled "Merrill Lynch to End Commission-Based Options for Retirement Savers," dated October 6, 2016, available at https://www.wsj.com/articles/merrill-lynch-to-end-commission-based-options-for-retirement-savers-1475784928.

45. Attached as Exhibit 43 is a true and correct copy of a letter from Edward D. Jones and Co., L.P. to the U.S. Department of Labor, dated July 21, 2015.

46. Attached as Exhibit 44 is a true and correct copy of a letter from Edward D. Jones and Co., L.P. to the U.S. Department of Labor, dated April 17, 2017.

47. Attached as Exhibit 45 is a true and correct copy of Dalas L. Gundersen's "BrokerCheck" Report, filed with the Financial Industry Regulatory Authority, available at https://files.brokercheck.finra.org/individual/individual_3107187.pdf.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: November 21, 2018     By: _____
                                 ALEXANDER K. MIRCHEFF