# EXHIBIT 8

# Edward Jones Advisory Solutions® Fund Models Brochure as of March 30, 2015

Edward Jones
12555 Manchester Road
St. Louis, MO 63131
800-803-3333
www.edwardjones.com

**Item 1: Cover Page**

**This brochure provides information about the qualifications and business practices of Edward D. Jones & Co., L.P. ("Edward Jones," "we" or "us"). If you have any questions about the contents of this brochure, please contact us at 800-803-3333. The information in this brochure has not been approved or verified by the U.S. Securities and Exchange Commission ("SEC") or by any state securities authority. Registration with the SEC or any state securities authority does not imply a certain level of skill or training.**

**Additional information about Edward Jones is also available on the SEC's website at www.adviserinfo.sec.gov.**



**Item 2: Material Changes**

Not all changes included in this updated brochure have been deemed material by Edward Jones. This section describes material changes that have been made to the brochure since our last annual update on March 28, 2014.

- Item 4: Advisory Business. The amount of assets under management at Edward Jones has been updated as of December 31, 2014.
- Item 5: Fees and Compensation. Edward Jones has provided additional information regarding the additional costs, including internal fees and expenses, associated with mutual funds.
- Item 8: Methods of Analysis, Investment Strategies and Risk of Loss. The brochure has been updated to include additional information regarding the mutual fund share class selection process in Edward Jones Advisory Solutions® Fund Models.

**Item 3: Table of Contents**

**Item 4: Advisory Business** ...................................................................................................... 3
**Item 5: Fees and Compensation** ............................................................................................. 6
**Item 6: Performance Based Fees and Side-By-Side Management** ................................... 10
**Item 7: Types of Clients** ........................................................................................................ 10
**Item 8: Methods of Analysis, Investment Strategies and Risk of Loss** .......................... 11
**Item 9: Disciplinary Information** .......................................................................................... 13
**Item 10: Other Financial Industry Activities and Affiliations** ......................................... 15
**Item 11: Code of Ethics, Participation or Interest in Client Transactions and Personal Trading** .... 17
**Item 12: Brokerage Practices** ............................................................................................... 18
**Item 13: Review of Accounts** ................................................................................................ 19
**Item 14: Client Referrals and Other Compensation** ......................................................... 19
**Item 15: Custody** .................................................................................................................... 20
**Item 16: Investment Discretion** ............................................................................................ 20
**Item 17: Voting Client Securities** ......................................................................................... 21
**Item 18: Financial Information** ............................................................................................. 22
**Item 19: Requirements for State-Registered Advisers** ..................................................... 22
**Appendix A: Disclosures Regarding Proprietary/Affiliated Money Market Funds** ...... 23

## Item 4: Advisory Business

Edward Jones is a registered broker-dealer and investment adviser. Through the investment adviser, Edward Jones offers several advisory programs. This brochure ("Brochure") provides clients ("Client," "you" or "your") with information about Edward Jones, Edward Jones Advisory Solutions® Fund Models ("Advisory Solutions"), the fees charged for our services, and our business practices. Please review this Brochure carefully before you decide to invest in Advisory Solutions.

Other advisory programs offered through Edward Jones are not described in this Brochure. These programs offer different services and investments and have different fees and minimum investment requirements. To learn more about other advisory programs offered by Edward Jones, please ask your financial advisor or go to www.edwardjones.com/advisorybrochures to review the Brochures for the available advisory programs.

Edward Jones is the primary operating subsidiary of The Jones Financial Companies, L.L.L.P., a holding company registered as a partnership with the State of Missouri. Edward Jones registered as a broker-dealer in 1941 and as an investment adviser in 1993.

As a dually registered broker-dealer and investment adviser, Edward Jones offers a variety of financial services. You can purchase many of the same or similar investments as those available in an advisory program for a lower fee through Edward Jones as a broker-dealer, although you will not receive the additional advisory services. It is important for you to consider the additional costs associated with an advisory program before investing.

As of December 31, 2014, we managed $126,727,719,540 in discretionary assets and $8,847,321,633 in non-discretionary assets across all of our advisory programs, including Advisory Solutions.

*The decision to invest in Advisory Solutions is yours. Before making this decision, you and your financial advisor should discuss whether other programs and investments may be more appropriate for your investment goals or needs.* If you decide to invest in Advisory Solutions, our advisory relationship begins when Edward Jones accepts a written advisory agreement between you and Edward Jones. Any preliminary discussions or recommendations made before the written advisory agreement is accepted do not constitute investment advice and should not be relied upon as such.

Before investing in Advisory Solutions, you should decide if you are comfortable forgoing the day-to-day management of your account. Investors in Advisory Solutions typically:

- Need advice and guidance when making investment decisions
- Are at ease with a financial professional making their day-to-day investment decisions
- Are willing to follow a disciplined investment strategy
- Are comfortable paying monthly, asset-based (percentage) fees for investments and advice rather than individual commissions or sales charges

**Advisory Solutions Overview.** Advisory Solutions is an asset allocation program in which a portion or percentage of your investments will be invested in various asset classes based on your Portfolio Objective and risk tolerance ("Asset Allocation"). Asset allocation cannot eliminate risk associated with investing, but it can help to keep your account within your stated risk tolerance range. Advisory Solutions accounts will invest in various allocations of affiliated mutual funds, unaffiliated mutual funds, exchange-traded funds and unaffiliated money market funds ("Program Funds").

**Mutual Funds.** Mutual funds are diversified, professionally managed portfolios of securities that pool the assets of individuals and organizations to invest toward a common objective such as current income or long-term growth.

If your account invests in affiliated mutual funds, the investment adviser to the mutual funds will be an affiliate of Edward Jones. An affiliated mutual fund (other than certain money market funds) will only be offered to investors once its registration statement filed with the SEC is effective. Your account may invest in one or more affiliated mutual funds whose registration statements are effective and whose investment adviser is an affiliate of Edward Jones. Please read this Brochure carefully to understand the differences between affiliated mutual funds and unaffiliated mutual funds, including any additional conflicts of interest that Edward Jones is subject to in connection with recommending affiliated mutual funds and how such conflicts are addressed.

**Exchange-Traded Funds ("ETFs").** ETFs are typically registered investment companies whose shares track an index, a commodity or a basket of assets such as an index fund, but trade like stocks on an exchange. ETFs experience price changes throughout the day as they are bought and sold.

**Money Market Funds.** Money market funds are a type of mutual fund that invests in high-quality, short-term debt securities, pays dividends that generally reflect short-term interest rates and seeks to maintain a stable net asset value ("NAV") per share (typically $1). An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although the fund is managed to maintain a stable net asset value of $1 per share, the value of the fund may fluctuate, and you could lose money.

The Edward Jones Money Market Fund is affiliated with Edward Jones but is not an available Program Fund for Advisory Solutions Fund Models. Funds waiting to be invested in Advisory Solutions may be invested in the Edward Jones Money Market Fund. The portion of your Advisory Solutions account that is invested in the Edward Jones Money Market Fund will not be included in your fee for the Program ("Program Fee"). Please refer to Appendix A for more information about the Edward Jones Money Market Fund.

**Portfolio Objective.** Depending on the level of investment risk you are willing to take (risk tolerance) and the expected time for your financial goals (life stage or time horizon), we will invest your money in a diversified model of different mutual funds (which may include both affiliated and unaffiliated mutual funds), ETFs and money market funds based on target asset allocations.

In order to invest in Advisory Solutions, you will complete an Investment Objective Questionnaire ("Questionnaire"). Edward Jones scores certain answers to determine your risk tolerance. Your risk tolerance, combined with your life stage or time horizon, results in a recommended Portfolio Objective. Depending on your risk tolerance and life stage or time horizon, you may be able to choose an alternative Portfolio Objective if you are willing to take more or less risk than the recommended Portfolio Objective. An alternative Portfolio Objective is not available for every risk tolerance, life stage or time horizon combination. You ultimately decide whether you want to invest in a recommended Portfolio Objective or an alternative Portfolio Objective.

Edward Jones constructs the asset allocation for each Portfolio Objective using different Program Funds and different target weightings of asset classes, taking into account risk tolerance, life stage or time horizon, and the purpose of investing funds into Advisory Solutions. We periodically review the asset allocation of each

Portfolio Objective. Due to various influences such as changing market conditions or a reclassification of a Program Fund to a different asset class, we will change the asset allocation or target weighting of a Portfolio Objective. If we change the asset allocation or target weighting, we will automatically rebalance your account to the new asset allocation or target weighting.

Once you have selected your Portfolio Objective, you choose from the investment options to implement your Portfolio Objective. Edward Jones chooses the mutual funds (which may include both affiliated and unaffiliated mutual funds), ETFs and unaffiliated money market funds to create the list of Program Funds available in Advisory Solutions ("Program List"). You can choose one of the following two investment options:

**1. You invest in a Research Model and give Edward Jones authority to select the Program Funds.**

In a Research Model, you give Edward Jones complete control over the management of the account (except for selecting or changing your Portfolio Objective). We select the Program Funds in the Research Model and decide how much of your money will be invested in the different asset classes. We can make changes to the Program Funds at any time and can change the amount of your money that is invested in the different asset classes at any time without first giving you notice.

**2. You invest in a Custom Model and select the Program Funds.**

In a Custom Model, you decide which Program Funds will be purchased for your account and how much of your money is invested in each Program Fund. If you would prefer to choose from the Program List rather than give this responsibility to Edward Jones, you should invest in a Custom Model. However, Edward Jones still determines how much you invest in different asset classes, and you give Edward Jones the authority to buy and sell the Program Funds in

your account as necessary to bring your account back into line with your risk tolerance. If we remove a Program Fund from Advisory Solutions, when possible we will give you at least 30 days' notice and will recommend another appropriate Program Fund (which may include affiliated mutual funds). You can choose our recommendation or another Program Fund from the Program List in the same asset class as the Program Fund being removed. If you do not request an appropriate Program Fund replacement within 30 days of notification, we will liquidate the Program Fund being removed and use the recommended Program Fund as the replacement. If you continue to participate in Advisory Solutions after the removal of a Program Fund, you will be deemed to have consented to such replacement. You understand that the replacement Program Fund may be subject to higher internal expenses than the prior investment. Liquidation may cause a taxable event as well as additional fees and expenses.

There is no guarantee that the Program Funds will perform in any particular manner. Past performance is not a guarantee of future results. It is important that you read the prospectus of each Program Fund before investing. Further details about a Program Fund can be found in its Statement of Additional Information ("SAI") and shareholder reports.

You cannot restrict individual securities in an Advisory Solutions account. However, you can choose not to invest in a specific Program Fund by investing in a Custom Model.

At present, affiliated mutual funds will not be available in "Benefit Plan Accounts," which we define as Tax-Qualified Plans (other than Roth Individual Retirement Accounts ("IRAs") and Traditional IRAs that are not linked to a SEP IRA) and Employer-Sponsored Plans and IRAs, which include all SIMPLE IRAs, SEP IRAs and Edward Jones Traditional IRAs linked to an Edward Jones SEP IRA.

For more information regarding our investment strategy, see Item 8 (Methods of Analysis, Investment Strategies and Risk of Loss).

## Item 5: Fees and Compensation

**When you invest in Advisory Solutions, you pay fees to Edward Jones. You also incur internal fees and expenses in the mutual funds and ETFs in your account. The following section explains:**

- **Who receives the fees and expenses**
- **When you pay the fees and expenses**
- **How the fees and expenses are calculated and paid**
- **Potential credits you may receive from Edward Jones**

### Advisory Solutions Fees Paid to Edward Jones

**Advisory Solutions Fees = Program Fee + Administrative Fee (if applicable)**

**1. The Program Fee**

Every Advisory Solutions account pays a Program Fee for investment management services, which include:
- Investment model construction and ongoing asset allocation guidance to distribute your money appropriately across different asset classes
- Ongoing due diligence, monitoring and portfolio management
- Dynamic rebalancing so that your portfolio stays aligned with your investment goals and appropriate level of risk
- Quarterly performance reports, including market commentary from our Investment Advisory department
- Systematic additions/withdrawals customized to your needs upon request
- Ongoing personal investment advice and service from your Edward Jones financial advisor

The Program Fee is based on an annualized schedule of rates that apply to the market value of the Program Funds in your account. The value of your Program Funds corresponds to the various annual fee rate tiers (shown below). As the value of your Program Funds increases or decreases, you are charged the percentage rate for the tier that corresponds to this value. As a result, your Program Fee is a weighted average of the annualized fee rates (shown below) and will increase or decrease with the value of your Program Funds. The fees assessed by Edward Jones and any internal expenses of affiliated and unaffiliated mutual funds and ETFs held in the account will reduce the account's overall returns and performance.

**Program Fee Schedule for Taxable Accounts and Traditional and Roth Individual Retirement Accounts (IRAs)**

| Value of Program Funds | | Annual Fee Rate |
|---|---|---|
| First | $500,000 | 1.35% |
| Next | $500,000 | 1.25% |
| Over | $1,000,000 | 1.00% |

**Program Fee Schedule for Benefit Plan Accounts\***

| Value of Program Funds | | Annual Fee Rate |
|---|---|---|
| First | $500,000 | 1.50% |
| Next | $500,000 | 1.40% |
| Over | $1,000,000 | 1.15% |

\* Benefit Plan Accounts include Tax-Qualified Plans (other than Roth IRAs and Traditional IRAs that are not linked to a SEP IRA) and Employer-Sponsored Plans and IRAs, which include all SIMPLE IRAs, SEP IRAs and Edward Jones Traditional IRAs linked to an Edward Jones SEP IRA.

The Program Fee can be lower than the above schedules, including in the following circumstances:

- The value of your Advisory Solutions account is more than $5,000,000.
- ==Either Edward Jones or your financial advisor negotiates a lower Program Fee.==
- You and/or certain household members have more than one account participating in Advisory Solutions and Edward Jones decides to combine the value of the accounts in order to lower the Program Fee. Edward Jones may decide to combine these accounts when at least two of the following criteria are met: same Social Security and/or tax identification number; same last name; or same primary residence and home phone number.
- You are an active or retired associate of Edward Jones.

Reducing the Program Fee is at the sole discretion of Edward Jones.

## ==Potential Credits to the Program Fee==

==Depending on certain factors, you may be eligible to receive credits to your Program Fee for money that Edward Jones directly receives from mutual fund companies.==

### ==(i) Fee Offsets==

Rule 12b-1 Fees: Mutual fund companies or their affiliates may pay Edward Jones Rule 12b-1 fees for distribution and marketing expenses. If we receive Rule 12b-1 fees for the shares in your account, we will credit the amount received to your account.

Shareholder Accounting Revenue: Mutual fund companies may pay Edward Jones for account record-keeping and administrative services provided by Edward Jones for the mutual fund companies. If you have a taxable account or a Traditional or Roth IRA, Edward Jones will collect the Shareholder Accounting Fees received for all clients with these account types during the billing period and then allocate the applicable Fee Offset, pro rata, based on the value of the

Program Funds held in each account. If you have a Benefit Plan Account or are an Edward Jones associate, we will apply a Fee Offset equal to the amount received by Edward Jones for these services with respect to the actual Program Funds held in your account.

==Affiliated mutual funds (other than Edward Jones Money Market Funds) are Program Funds. If your account invests in affiliated mutual funds, the investment adviser to the mutual funds will be an affiliate of Edward Jones. Affiliated mutual funds (other than Edward Jones Money Market Funds) will be sub-advised by multiple sub-advisers who are unaffiliated with us. If your account invests in such an affiliated mutual fund and the mutual fund pays Edward Jones or its affiliate a management or other fee with respect to the investment, the amounts received by Edward Jones and its affiliates will first be used to compensate the affiliated mutual fund's sub-advisers and certain other service providers. Remaining amounts, if any, that are not otherwise waived by Edward Jones or its affiliate will be credited back to your account. Please note that Edward Jones or its affiliate has entered or intends to enter into an agreement with each affiliated mutual fund, which can be terminated at any time, to waive any such remaining amounts in order to avoid the need to credit or offset fees.==

### ==(ii) Fee Reductions==

==If you purchased a mutual fund from Edward Jones within the past twenty-four (24) months prior to investing in Advisory Solutions and either paid a commission when you purchased the mutual fund or will pay a commission or redemption fee if you sell the mutual fund in order to invest in Advisory Solutions, you may receive a reduction in the Program Fee.== The amount of the Fee Reduction will depend on how long you have held the mutual fund. We will decide how to calculate the Fee Reduction and apply it to your account. Fee reductions are typically applied during the first twenty-four (24)

full months in which the account is active in the program. If you close your account in Advisory Solutions before receiving the entire fee reduction, you will not receive any of the remaining Fee Reduction that may have been applied to your account.

If you are selling mutual funds to invest in Advisory Solutions but did not purchase them through us, you will not receive a Fee Reduction.

## 2. The Administrative Fee

If you have a taxable account or a Traditional or Roth IRA, you will also pay an annualized fee of 0.09% (nine basis points) for certain record keeping and accounting services and other services provided by Edward Jones. Benefit plan accounts do not pay the Administrative Fee ("Administrative Fee").

### How Advisory Solutions Fees Are Calculated

The Advisory Solutions Fee is charged to your account each month in arrears. If your Advisory Solutions account is opened for part of a month, then you will pay a fee based on the number of days your account was opened and invested in Advisory Solutions. The amount you pay is determined by the average daily market value of your Program Funds for the previous month.

You pay the Advisory Solutions Fee on the value of Program Funds held in your account. Cash and shares of the Edward Jones Money Market Fund in your account are not Program Funds and therefore are not included in the calculation of the Advisory Solutions Fee. Edward Jones typically charges your account on the third business day of each month, but we can change that date without prior notice to you.

### How Advisory Solutions Fees Are Paid

The Advisory Solutions Fee is deducted directly from your Advisory Solutions account and paid using the cash portion of the model in which you are invested. The cash portion is a money market fund. If there is not sufficient cash or assets in the money market fund, we will sell a sufficient amount of shares of Program Funds to pay the Advisory Solutions Fee in part or in whole. If Edward Jones sells Program Funds, this may trigger a rebalance of your account. You may have to pay taxes and/or redemption fees to the fund company if those shares were held for only a short time. (See below for more information on redemption fees.) At the sole discretion of Edward Jones, you may be allowed to pay your Advisory Solutions Fee from an alternate Edward Jones account.

## Examples

The following examples show the fees an Edward Jones client would pay if the client's average daily balance remained at $120,000 for a year (365 days). These examples do not take into account any Fee Reduction, Fee Offset or discounts. *These examples are for illustrative purposes only.*

Example 1 – Taxable Accounts and Traditional and Roth IRAs
*The client has an average daily balance of $120,000 in the account for a year (365 days). The client would pay an annual Advisory Solutions Fee of approximately $1,728, which comprises:*
*Approximate Program Fee – $1,620*
*Approximate Administrative Fee – $108*

Example 2 – Benefit Plan Accounts
*The client has an average daily balance of $120,000 in the account for a year (365 days). The client would pay an annual Advisory Solutions Fee of approximately $1,800, which comprises:*
*Approximate Program Fee – $1,800*
*Administrative Fee – none*

*Please note: For U.S. federal tax purposes, you may be able to deduct the Advisory Solutions Fee depending on your financial situation and tax bracket. Edward Jones does not give tax advice, nor can we tell you whether your Advisory Solutions Fee can be deducted. You should talk to your attorney or qualified tax professional about whether your Advisory Solutions Fee can be deducted.*

**Internal Fees and Expenses of Mutual Fund Companies**

**Internal Fees and Expenses/Redemption Fees**

Each Program Fund (including affiliated mutual funds, if any) has internal management fees and ongoing expenses for operating the funds (internal fees and expenses) that are deducted from the fund's assets, which has the effect of reducing the fund's NAV. Many mutual funds used in Advisory Solutions have different share classes with different fees and expenses. The prospectus and SAI for each mutual fund will describe the internal fees and expenses. Please refer to Item 8 (Methods of Analysis, Investment Strategies and Risk of Loss) for more information regarding the selection of Program Funds for Advisory Solutions.

Internal fees and expenses are in addition to the Advisory Solutions Fees described above and vary depending on the particular Program Fund. You will not see a separate entry on your account statement showing this fee. Generally within Advisory Solutions, internal fees and expenses in Program Funds vary from 0.05% to 1.48%.

Certain mutual funds may also impose redemption fees if the mutual fund was held for only a short time (typically anywhere from 30 days to 12 months). The prospectus and SAI will describe whether the fund company has a redemption charge and whether there are instances when the redemption fees will be waived.

Affiliated mutual funds, as with other Program Funds, will incur internal fees and expenses payable to both third-party service providers and Edward Jones (and its affiliates). With respect to the amounts received by Edward Jones and its affiliates from affiliated mutual funds by reason of your account's investment, such amounts will first be used to compensate the mutual fund's sub-advisers and certain other service providers with remaining amounts, if any, that are not otherwise waived by Edward Jones or its affiliates, to be credited back to your account. The affiliated mutual funds are only available through Edward Jones Advisory Solutions® Fund Models and Advisory Solutions Unified Managed Account (UMA) Models.

Any internal fees and expenses charged by a Program Fund, as well as the fee you pay for Advisory Solutions, will affect your account's investment performance.

Appendix A to this Brochure explains the affiliation between Edward Jones and the Edward Jones Money Market Fund. While the Edward Jones Money Market Fund is not a Program Fund, other money market funds that are not affiliated with Edward Jones are Program Funds, and those assets are included in the calculation of the Program Fee.

**Comparing Costs and Expenses.** You can choose to forgo the services of Advisory Solutions and buy and sell many other Program Funds through Edward Jones as a broker-dealer or through other brokers or agents not affiliated with Edward Jones. If you purchased these investments through Edward Jones as a broker-dealer, you would pay sales charges or commissions, a portion of which would be paid to your financial advisor. A financial advisor will typically earn more in upfront fees and commissions when you use brokerage services. In the alternative, a financial advisor will typically earn more over time if you invest in Advisory Solutions. This creates a financial incentive and potential conflict of interest to the

financial advisor when recommending Advisory Solutions instead of brokerage services.

In addition to the Advisory Solutions Fee described above, clients may incur other fees and expenses. A client may pay for other services including, but not limited to, fees to distribute an account pursuant to a transfer on death (TOD) agreement, an account transfer fee and/or an account termination fee.

## Item 6: Performance Based Fees and Side-by-Side Management

This section does not apply to Edward Jones.

## Item 7: Types of Clients

Edward Jones offers clients a wide range of financial services. Advisory Solutions may not be appropriate for every client or every account type. Generally, Advisory Solutions is available only to residents or entities of the United States with the following types of accounts: individual(s); trusts; charitable organizations; corporations and other business structures; Traditional and Roth IRAs; and Benefit Plan Accounts.

We can prohibit anyone or any account type from investing in Advisory Solutions for any reason, including if we believe it is not an appropriate investment strategy for you. As a general rule, you should intend to invest in Advisory Solutions for a minimum of three years. You should not invest in Advisory Solutions if you want to actively trade in mutual funds and/or ETFs or have a time horizon shorter than three years.

Your initial investment in an Advisory Solutions account generally must be at least $50,000.00. You can fund your Advisory Solutions account with cash or securities. If you establish your Advisory Solutions account and/or later add to your account with securities and those securities are not Program Funds, you authorize and direct Edward Jones to liquidate or redeem those

securities as promptly as practicable. Edward Jones will act in its capacity as a broker-dealer, not as a fiduciary or investment adviser, in connection with such transactions and will sell those securities at no commission. The proceeds will be invested in the Portfolio Objective you selected. We will not provide advice and/or guidance regarding the securities being sold to fund the Advisory Solutions account. Trades that occur in a taxable account will result in a taxable event to you. Please consult with your tax professional.

If you transfer mutual funds to open an Advisory Solutions account and those mutual funds are current Program Funds but in a different share class from those held for Advisory Solutions, we will exchange those funds into a different share class in order to be held in Advisory Solutions. We will try to make this a nontaxable event but cannot guarantee that you will not owe taxes as a result of the exchange.

If you terminate your Advisory Solutions account or transfer mutual funds into a brokerage account at Edward Jones or outside Edward Jones, we may liquidate or exchange those funds into a different share class, which generally will have higher fees and expenses that will negatively affect investment performance. The affiliated mutual funds may not be held outside an advisory program offered by us. Accordingly, any positions in affiliated mutual funds will be liquidated if you terminate your Advisory Solutions account or request to transfer positions in an affiliated mutual fund out of your Advisory Solutions account. Liquidations of an affiliated mutual fund in a taxable account may result in a taxable event.

Deposits, including interest and dividends, received into your account but not yet invested into Advisory Solutions may earn interest that will be retained by Edward Jones. We may also earn and retain interest on distributions requested from your account until the time the check is cashed or another payment method is completed.

The average overnight interest rate on these deposits may fluctuate daily and is tied to changes in widely referenced interbank lending rates, such as Fed Funds Effective Rate ("FFER"), Fed Funds Target Rate ("FFTR") and LIBOR rates. Under these arrangements, banks may pay interest based on a spread to one of these rates or may pay a fixed interest rate. These rates in recent times generally have varied from 0% to FFTR + 0.15%.

The total value of your account is monitored by Edward Jones. If the value falls significantly (for example, a balance of $10,000 or below), we may automatically remove your account from Advisory Solutions, liquidate the holdings and convert your advisory account into a brokerage account.

## Item 8: Methods of Analysis, Investment Strategies and Risk of Loss

Edward Jones selects the Program Funds available in Advisory Solutions based on several factors. The selection process starts with the universe of available mutual funds, ETFs and unaffiliated money market funds. Numerous quantitative (investment history, past performance, portfolio analysis of the individual holdings, etc.) and qualitative (investment strategy, process, personnel, etc.) factors are applied in selecting and monitoring Program Funds. The selection process takes into consideration a variety of factors, each of which may be given different weight in the decision-making process, and generally no one factor determines the outcome of any selection.

**Affiliated mutual funds are not subject to the selection and monitoring process that we apply to unaffiliated mutual funds and other Program Funds.** Affiliated mutual funds were created specifically for Edward Jones Advisory Solutions Fund Models and Unified Managed Account Models. In selecting and monitoring sub-advisers for our affiliated mutual funds, the investment adviser, which is affiliated with

Edward Jones, follows a process that is similar, but not identical, to the process that we use to evaluate unaffiliated mutual funds and other Program Funds. This process includes quantitative and qualitative analysis, including (but not limited to) an evaluation of the investment process, consistency, portfolio composition, strategies employed, risk management, team depth, quality and experience, operations and compliance of the sub-adviser. The evaluation process includes review of literature and documents, quantitative historical performance evaluation and discussions with members of the investment team and Edward Jones management. None of the sub-advisers are affiliated with Edward Jones.

Program Funds (other than affiliated mutual funds) undergo continuous monitoring to ensure they remain suitable for the Program List. A Program Fund can be removed from the Program List for a variety of reasons, including:

- A significant change to a fund's investment team
- A major shift in the fund's investment process
- A drift away from a fund's stated investment style
- An alternate Program Fund that has been identified within the same asset class
- A change in Edward Jones' guidance and/or outlook
- A decision by Edward Jones to reduce the overall ownership level of a fund

Affiliated mutual funds generally will not be removed from Advisory Solutions. However, as multi-manager funds, the above events would likely cause the affiliated investment adviser to select a replacement sub-adviser subject to the terms and conditions of the prospectus. The affiliated investment adviser may also reallocate the fund assets or change the weightings among the remaining sub-advisers at its discretion. The affiliated investment adviser and the affiliated mutual funds have received an exemptive order

from the SEC that allows the sub-advisers to be appointed without a vote of the shareholders of the affiliated mutual fund.

A Program Fund (other than an affiliated mutual fund) can also be placed on "Update Pending" status. Update Pending is an interim status indicating that there is some type of important news or issue involving the Program Fund. Once the significance of the news or issue is assessed, the Update Pending status will be removed and either: (1) the Program Fund will remain on the Program List, or (2) the Program Fund will be removed from the Program List. You will not be notified that a Program Fund is in Update Pending status. This process will not apply to affiliated mutual funds.

The appropriate asset allocation ranges for each Portfolio Objective are based on the Edward Jones Investment Pyramid. Target allocations for each Research Model are established within the asset allocation ranges set by us. Program Funds are chosen to represent the asset classes and investment styles within each model. In the case of the affiliated mutual funds, sub-advisers are chosen based on due diligence. The overall asset allocation and target weightings within each model are monitored with changes to the Program Funds or sub-advisers as deemed necessary.

Depending on market volatility, the asset allocations set for your portfolio will sometimes get out of balance. Different asset classes will perform better than others, resulting in an asset allocation that may have more or less risk than what you may want. In order to keep your account in line with your risk tolerance and Portfolio Objective, your account will be automatically rebalanced if the asset classes have deviated too far from the target asset allocations. Rebalancing will occur if asset classes are out of balance by an amount and time period determined by Edward Jones.

Rebalancing is achieved by buying, redeeming or selling shares of Program Funds, which may include affiliated mutual funds, until the asset allocation in your account is in line with the target asset allocation of the Portfolio Objective. Rebalancing can also be initiated if a Program Fund is removed from the Program List or, if you are invested in a Research Model, a Program Fund is added to the Research Model. As a result, your account may be reallocated, in whole or in part, from unaffiliated mutual funds and/or ETFs into affiliated mutual funds. Rebalancing trades are subject to certain dollar minimums as determined by Edward Jones. You will not be notified before a rebalance occurs. Asset allocation and rebalancing strategies do not guarantee a profit or protect against loss. Rebalancing trades in a taxable account will result in a taxable event to you. Consult with your tax professional before you invest in Advisory Solutions.

The objective of investing in a variety of Program Funds in various types of asset classes allocated in the different percentages is to construct a portfolio designed to experience less volatility and show more consistent performance over time. There is no guarantee that this goal will be achieved.

Unaffiliated mutual funds used in Advisory Solutions can have different share classes. While each share class invests in the same pool of investments and has the same investment objective, they have different internal fees and expenses depending on how they are sold. Mutual funds often permit the conversion of shares from one class to another, subject to certain conditions as determined by the mutual fund. Edward Jones may convert your shares to another available share class when it believes the fee structure of the new class of shares will be more beneficial to you. Edward Jones will select either Class A shares or Institutional/Advisory shares for Advisory Solutions, depending on several factors. Class A shares are typically purchased in brokerage accounts and carry an up-

front sales charge and ongoing 12b-1 fees. If Class A shares are selected in Advisory Solutions, the up-front sales charges are generally waived but the Class A shares are still charged the ongoing 12b-1 fee. As described in Item 5 (Fees and Expenses), 12b-1 fees received on mutual funds held in your account are credited back to your account. Institutional/Advisory shares are generally available to advisory programs if certain eligibility criteria imposed by the mutual fund are met. Institutional/Advisory shares generally do not impose a sales charge or impose ongoing 12b-1 fees. As a result, Institutional/Advisory shares are usually less expensive than Class A shares. Clients should not assume that they will be invested in the share class with the lowest possible expense ratio. Factors reviewed by Edward Jones in selecting share classes for Advisory Solutions include: 1) the eligibility criteria set by the mutual fund company, including minimum investments, and 2) the overall cost structure of the share class and whether the impact of the credit of 12b-1 fees make Class A shares more cost effective. As a result, the Institutional/Advisory share class may not be used. Please refer to the appropriate prospectus and the SAI for more information regarding the available share classes of mutual funds used in Advisory Solutions. In its sole discretion, Edward Jones can change the share class of any Program Fund at any time without prior notice to you.

Edward Jones clients collectively own a large percentage of certain mutual funds which are Program Funds. Due to the significant ownership, there may be adverse consequences in the event that Edward Jones, as the investment adviser, removes a mutual fund from the Program. If the volume or size of redemptions required to be effected as a result of the removal of a mutual fund from the Program exceeds the limits set forth in the mutual fund's trading policies and procedures, the resulting delay in effecting redemptions may result in accounts experiencing increased risk of loss. A mutual fund company can also decide to redeem shares "in-kind" instead of cash. In that event, accounts may receive the actual underlying securities of the fund. Such securities will be treated as Program Funds for purposes of calculating the Advisory Solutions Fee. The underlying securities could lose value before they are sold. In addition, brokerage and other transaction costs apply to the sale of the underlying securities. We will work with the mutual fund company to minimize any potential adverse impact to accounts in the Program, but there is no assurance that clients will be able to avoid the risk of loss and other adverse consequences. As always, clients should read the fund's prospectus to understand the mutual fund's investment objectives, strategies, principal risks, fees and expenses, and past performance when deciding whether to invest in a mutual fund. Further details about a fund can also be found in the fund's SAI and shareholder reports.

All investment strategies and investments involve risk, and the value of your account will fluctuate in value. As a result, your account may be worth more or less than the amount of money you invested in Advisory Solutions. Each Program Fund will also fluctuate in value and, when sold, may be worth more or less than the original cost to purchase. Diversification does not guarantee a profit or protect against loss. You should consider the investment objectives, risks, and charges and expenses of each Program Fund before deciding to invest in Advisory Solutions. A prospectus containing this and other information about each Program Fund can be obtained from your financial advisor.

## Item 9: Disciplinary Information

Edward Jones is a registered broker-dealer and investment adviser. This section contains information about certain legal and regulatory matters that Edward Jones believes are material to a client's evaluation of its advisory business or the integrity of its management. Edward Jones has also been subject to various legal and regulatory proceedings relating to its brokerage

business that are disclosed in Part 1 of its Form ADV.

State of California – Revenue Sharing. In the early 1990s, Edward Jones negotiated revenue sharing plans with seven fund families, which had been designated as "preferred funds." On December 20, 2004, the State of California alleged that Edward Jones violated Corporations Code Section 25401 by failing to adequately disclose its revenue sharing arrangements with these certain designated preferred funds, and Section 25216(a) by omitting to disclose a material fact or facts with respect to its revenue sharing arrangements with these certain designated preferred funds, which may have been misleading. On September 2, 2008, Edward Jones reached an agreement with the California Attorney General in which the case was dismissed with prejudice. Without admitting or denying the allegations, Edward Jones agreed to pay $2.7 million to the Attorney General as fees and costs, and $4.8 million to the State of California as civil penalties.

State of Missouri – Revenue Sharing. On December 23, 2004, the Missouri Securities Division ("Missouri Division") alleged that Edward Jones failed to adequately disclose to investors information about its revenue sharing arrangements involving certain mutual fund companies. On August 5, 2005, Edward Jones was ordered to: (i) make available, upon request by the Missouri Division, all information and reports submitted to the self-regulatory and law enforcement authorities pertaining to its policies and procedures regarding revenue sharing; (ii) make available, upon request by the Missouri Division, information regarding the implementation of its mutual fund research program; and (iii) pay a civil penalty of $650,000, a sum of $850,000 to education funds, and its own costs and attorneys' fees.

State of Maine – Revenue Sharing. On October 1, 2004, the State of Maine Office of Securities alleged that Edward Jones violated the revised Maine Securities Act when it failed to disclose to its Maine clients that it received revenue sharing payments from the sale of preferred mutual funds. Without admitting or denying the findings, on February 28, 2006, Edward Jones entered into a Consent Agreement for the sole purpose of resolving the matter.

NASD – Net Asset Value ("NAV") Transfer Programs. The NASD alleged that Edward Jones failed to provide all investors the opportunity to purchase Class A shares of certain mutual funds at NAV (i.e., without any deduction for a sales load) pursuant to the terms of its NAV transfer programs. The NASD further alleged that Edward Jones failed to exercise reasonable due diligence to identify the essential terms and conditions of all NAV transfer programs offered by the mutual funds that it sold and failed to establish, maintain and enforce a system and procedures to ensure that all of its clients received NAV pricing when appropriate. On December 11, 2006, pursuant to NASD Rule 9216, Edward Jones entered into a letter of acceptance, waiver and consent whereby it agreed, without admitting or denying the findings of the NASD, to the entry of certain findings and sanctions in connection with its handling of NAV transfer programs offered by certain mutual funds during the period January 1, 2002, through December 31, 2004. Edward Jones was censured and fined $250,000, and agreed to provide remediation payments to investors estimated to be approximately $25 million.

Financial Industry Regulatory Authority ("FINRA") – Official Statements Delivery. On November 2, 2006, FINRA alleged Edward Jones violated MSRB Rule G-32 by failing to timely deliver official statements to certain clients in various transactions when Edward Jones was not an underwriter or member of the syndicate and violated MSRB Rules G-8, G-27, and G-17 regarding certain record-keeping requirements. Without admitting or denying the findings, on April 9, 2009, Edward Jones consented to the described sanctions and entry of findings, and

was censured and fined $900,000. Edward Jones adopted and implemented systems and procedures reasonably designed to ensure compliance with MSRB Rules G-32 and G-8.

FINRA – Exchange Traded Funds (ETFs). In violation of FINRA Rule 2010 and NASD Rules 2110, 2310 and 3010, FINRA alleged that Edward Jones (1) failed to establish and maintain a supervisory system, including written supervisory procedures, reasonably designed to achieve compliance with applicable NASD or FINRA rules in connection with the sale of non-traditional ETFs; (2) failed to establish and maintain an adequate supervisory system to monitor transactions in non-traditional ETFs involving retail clients; (3) did not exercise due diligence in investigating non-traditional ETFs; (4) did not ensure that its registered representatives obtained adequate information and instruction regarding traditional ETFs before recommending those products to clients; and (5) did not provide such information directly to registered representatives or require that they obtain it from other sources. FINRA also alleged that Edward Jones' supervisory system was inadequate with respect to its oversight of non-traditional ETF transactions and until the time when FINRA issued Regulatory Notice 09-31, relied on its general supervisory procedures to oversee transactions in non-traditional ETFs. FINRA alleged that those procedures did not address the products' unique features and risks, e.g., Edward Jones' sales exception reports and other supervisory tools did not differentiate between exchange-traded equity securities, traditional ETFs and non-traditional ETFs. FINRA alleged that Edward Jones' general supervisory procedures did not require it to monitor either the length of time clients held open positions in non-traditional ETFs or the effect of long holding periods on those positions. On January 9, 2014, without admitting or denying the findings, Edward Jones entered into a letter of acceptance, waiver and consent in which Edward Jones was censured, fined $200,000, and ordered to pay $51,581.25 in restitution to clients.

State of New Hampshire – Solicitation Calls. In April 2013, the State of New Hampshire brought an action against Edward Jones, in which the allegations included solicitations calls being made in violation of applicable telephone solicitation rules, failure to properly train and supervise registered representatives in the area of telephone solicitation, and failure to establish a system and procedures reasonably designed to ensure compliance with applicable telephone solicitation rules. On February 25, 2014, Edward Jones and the State of New Hampshire entered into a Consent Agreement in which Edward Jones agreed to pay the State $175,000 in costs, $175,000 in contribution to New Hampshire investor education, and $400,000 in an administrative fine, without any admission of fault or wrongdoing.

**Item 10: Other Financial Industry Activities and Affiliations**

You should be aware that Edward Jones, its affiliates and its financial advisors perform services for you and other clients outside Advisory Solutions, including execution of brokerage transactions, providing insurance products, investment banking, research, principal transactions, retail distribution of mutual funds, and other investment advisory services. Edward Jones and its affiliates may receive compensation, including fees and commissions associated with these transactions. Edward Jones has a financial interest in our clients' transactions and the recommendations we make to clients to buy or sell securities or investment products.

A potential conflict of interest exists where Edward Jones has an existing business relationship with the mutual fund families or sub-advisers that are available through Advisory Solutions. Edward Jones believes that this potential conflict of interest is addressed through internal policies to prevent Edward Jones, in its

capacity as investment adviser, and any affiliated investment adviser, from considering existing business relationships when selecting Program Funds and/or sub-advisers. Similarly, the affiliated investment adviser does not consider such business relationships in recommending to the board of trustees of an affiliated mutual fund that a sub-adviser be selected to manage the affiliated mutual funds.

Edward Jones receives revenue sharing from certain unaffiliated mutual fund families (outside of advisory programs). Edward Jones' receipt of revenue sharing creates a potential conflict of interest in the form of additional financial incentives. As a result, Edward Jones has developed policies and procedures, including client disclosures, to address this conflict. For more information regarding revenue sharing, please visit www.edwardjones.com/disclosures or request a revenue sharing disclosure document from your Edward Jones financial advisor. Edward Jones and its financial advisors may also receive compensation for services and recommendations that may differ from advice given to you while participating in Advisory Solutions.

In its capacity as a broker-dealer, Edward Jones performs research and distributes recommendations to buy, sell or hold the equity securities of asset management companies or financial institutions with asset management affiliates that participate in Advisory Solutions. In order to preserve the independence of this process and to address any conflicts of interest, we have adopted a policy under which we do not consider our opinion on equity securities of asset management companies or financial institutions in selecting the mutual funds that are designated as Program Funds. Similarly, the affiliated investment adviser does not consider Edward Jones' opinion on equity securities of asset management companies or financial institutions when recommending sub-advisers to the board of trustees of an affiliated mutual fund.

The following summarizes Edward Jones' material relationships or arrangements with other entities that participate in the financial industry.

Edward Jones is the primary operating subsidiary of The Jones Financial Companies, L.L.L.P., and is dually registered as an investment adviser with the SEC and a broker-dealer with the Financial Industry Regulatory Authority, Inc. (FINRA).

Olive Street Investment Advisers, LLC, a subsidiary of The Jones Financial Companies, L.L.L.P., serves as the affiliated investment adviser of the affiliated mutual funds that are or will be Program Funds. Certain current or former associates of Edward Jones may serve as officers or directors of the affiliated investment adviser or the affiliated mutual funds.

Edward Jones' Canadian operating subsidiary, an Ontario, Canada, limited partnership (Edward Jones in Canada), is a registered broker-dealer with the Investment Industry Regulatory Organization of Canada.

Edward Jones Trust Company, a wholly owned subsidiary of The Jones Financial Companies, L.L.L.P., is a federally chartered savings association that offers fiduciary services to clients and exercises discretion over investment assets. Edward Jones Trust Company acts as trustee under trust agreements, wills and similar arrangements. Edward Jones Trust Company also acts as custodian for certain Traditional and Roth IRAs participating in Advisory Solutions through an agreement between Edward Jones and Edward Jones Trust Company. For additional information about this arrangement, please see Item 15 (Custody).

Edward Jones owns directly or indirectly 100% of three insurance agencies that conduct general insurance producing activities in the U.S.: Edward Jones Insurance Agency of New Mexico, L.L.C., a New Mexico limited liability company; Edward Jones Insurance Agency of Massachusetts, L.L.C., a Massachusetts limited

liability company; and Edward Jones Insurance Agency of California, L.L.C., a California limited liability company.

Edward Jones indirectly owns 100% of two insurance agencies that conduct general insurance producing activities in Canada: Edward Jones Insurance Agency (Quebec) Inc., a Canadian corporation; and Edward Jones Insurance Agency, an Ontario Canada limited partnership.

Edward Jones owns 7% of Customer Account Protection Company Holdings, Inc. (CAPCO), a captive insurance group.

Edward Jones also owns, as a limited partner, 49.5% of Passport Research Ltd., a Pennsylvania limited partnership that acts as an investment adviser to Edward Jones' two money market mutual funds. Appendix A contains a detailed discussion of our affiliation with the Edward Jones Money Market Fund.

### Item 11: Code of Ethics, Participation or Interest in Client Transactions and Personal Trading

Edward Jones has established a Code of Ethics to ensure that our associates:

(1)  Act with integrity and in an ethical manner with you and all of our clients
(2)  Place your and all of our clients' interests first
(3)  Conduct personal trading in compliance with our Code of Ethics, avoid potential conflicts of interest and make sure they do not abuse the faith and trust you have placed in them
(4)  Comply with all applicable rules, regulations and laws
(5)  Do not use any material nonpublic information they may receive as a result of their employment with Edward Jones

Under our Code of Ethics, Edward Jones' associates: (1) are prohibited from buying

securities during an initial public offering; (2) are prohibited from buying securities in a private placement unless they have prior approval from Edward Jones; and (3) may be restricted from making trades in securities immediately before or after trades in the same securities are made for advisory clients.

Some Edward Jones associates are deemed "access persons" under our Code of Ethics because they may have access to nonpublic information regarding either the securities in a client's accounts or changes to the Program Funds, including asset allocations. Access persons are required to submit to the chief compliance officer, or his or her delegate, a list of any securities they own and securities transactions they made for any account they control at Edward Jones or another financial institution. You may request a copy of the Edward Jones Code of Ethics from your financial advisor.

As a broker-dealer, there may be times where Edward Jones will buy, sell or recommend that our brokerage clients who are not participating in Advisory Solutions buy securities that are also available in Advisory Solutions. These brokerage activities are done in the regular course of our business as a broker-dealer and are separate from our investment advisory services. There are times when we act as principal, which means we participate in client transactions by buying securities for our own inventory and selling those securities to our clients.

You should know that financial advisors, Edward Jones associates (including those directly involved with Advisory Solutions) and/or their family members are permitted to and do invest in Advisory Solutions. This practice could create a conflict of interest if associates placing trades for their own accounts were to place a trade before our clients and receive a better price on a security. To address this potential conflict, trades for financial advisors, Edward Jones associates (including those directly involved with Advisory

Solutions) and/or their family members are aggregated along with other trades, which may include trades for your account, and will be executed simultaneously with all other Advisory Solutions accounts.

Edward Jones has internal supervisory reviews and procedures to review accounts held by our associates and certain family members and their personal trading practices. The reviews look for improper trading activities, including trading that may be in conflict with the best interests of a client. In addition to the Code of Ethics and the supervisory reviews, Edward Jones prohibits financial advisors from placing trades for their personal accounts before trades for our clients in the same security. In the event a financial advisor's personal order fills at a better price than a client's order placed close in time, we will adjust the trade so the client receives the better price.

## Item 12: Brokerage Practices

Advisory Solutions trades are typically executed through Edward Jones as a broker-dealer. You cannot request that your orders be executed through another broker-dealer. Not all investment advisers require their clients to execute their trades through a certain broker-dealer as we do.

Advisory Solutions trades are aggregated. This means that trades for your account are combined with all other client accounts, including accounts for Edward Jones associates, and executed in a single trade. Once the trade is executed, it is then allocated to the client account in the proper amount. Trade aggregation is done to increase operational efficiencies and allow us to keep trading costs down. If we did not aggregate trades, the Program Fee could potentially be much higher.

Mutual fund trades for a Program Fund are allocated and executed after the close of a trading day. Trade allocation does not have any effect on

the price you pay for Program Funds purchased for your account.

ETF trades are aggregated and executed twice each trading day at a time determined by Edward Jones. If an ETF trade is made after the midday aggregation, it will be aggregated in the morning on the next business day. You may not receive the same price as those trades executed the prior trading day. As a result, trade aggregation may affect the price you pay for an ETF in your account.

From time to time, the volume and/or number of trades that have to be executed for Advisory Solutions accounts may exceed Edward Jones' operational and technological capacities if these trades are made on a single day. This may occur if Edward Jones is removing a mutual fund from the Program List, if a large number of accounts need to be rebalanced or by request of the Program Fund. In order to maintain the orderly processing of trades and to minimize the incidence of errors, Edward Jones may decide to allocate trades on a fair and equitable basis over time, typically through a random allocation process, over a period of more than one day. In certain circumstances this process may take several weeks. Although designed to be fair and equitable over time, this may result in clients receiving different prices. In addition, if the volume or size of redemptions required to be effected as a result of the removal of a mutual fund from the Program List or the rebalancing of a larger number of accounts exceeds the limits set forth in the mutual fund's trading policies and procedures, the mutual fund may take up to seven days to process redemptions or may redeem positions in kind. In such circumstances, client assets may not be fully invested and may be subject to market risk between the redemption date and the reinvestment of the assets. Alternatively, Edward Jones may rely on the random allocation process described above to affect the redemptions over time in a manner consistent with the limits set forth in the mutual fund's trading policies and procedures.

Trading in Advisory Solutions is subject to the trading policies and restrictions determined by Edward Jones. Edward Jones exercises time and price discretion for all trades.

In unusual circumstances, a trade error may occur in your account. If the trade error results in a loss in your account, we will reimburse your account for the amount of the loss as though the trade error never occurred. If the trade error results in an erroneous gain in your account, we will take the gain from your account as though the trade error never occurred, resulting in a financial benefit to Edward Jones.

**Item 13: Review of Accounts**

At the time your Advisory Solutions account is opened, Edward Jones' supervisory associates will review the selected Portfolio Objective to confirm it is appropriate for your net worth, risk tolerance and time horizon or life stage. The funding of your Advisory Solutions account will also be reviewed. If you have sold investments purchased at Edward Jones in order to fund the account, the holding period of those investments will be reviewed for appropriateness. Supervisory personnel may also decide to call you directly to discuss your understanding of Advisory Solutions, including the fees and expenses you are or will be paying.

While you are invested in Advisory Solutions, the asset allocation established for your Portfolio Objective is regularly monitored and rebalanced according to Edward Jones' guidelines. (For more information, please refer to the previous applicable sections.)

You will receive a performance report after every quarter that your account has been invested for a full quarter. In addition to market commentary, your performance report will show:

- Your account's holdings
- Your actual asset allocation compared to the target allocation

- The performance of each asset class
- Your account's performance compared to various relevant financial benchmarks
- The market value of your account from the date of your original investment to the quarter-end date of the report, which includes market performance, additions and withdrawals

At a minimum, you and your financial advisor should annually review your risk tolerance, life stage or time horizon, and investment needs. Your financial advisor will ask you whether there have been any changes to your financial situation or investment objectives and whether you want to restrict any specific mutual funds and/or ETFs. If you decide to invest in a different Portfolio Objective from your current investment, you will need to complete a new Questionnaire and sign a new client agreement. Your account may then be rebalanced to match your new Portfolio Objective.

Our supervision and monitoring does not substitute for your own continued review and monitoring of your account(s) and performance of your investments. You should review performance reports, trade confirmations (as applicable), account statements and other information we send to you. If you have any questions, please discuss them with your financial advisor.

**Item 14: Client Referrals and Other Compensation**

Edward Jones does not enter into arrangements with unaffiliated third parties to refer or solicit clients to any advisory program offered by Edward Jones.

Your financial advisor receives a portion of the monthly Program Fee. As a result, your financial advisor has a financial incentive not to negotiate the Program Fee. The portion of the Program Fee paid to your financial advisor is at the discretion of Edward Jones. The fee rate paid to your

==financial advisor will be the same regardless of the Fund Model you select.== As a result, your financial advisor does not have a financial incentive to recommend one model over another.

Edward Jones has contracted with Broadridge Investor Communications Solutions, Inc., an unaffiliated third-party vendor, to distribute proxies, periodic reports and voting instruction information to our clients. Pursuant to the agreement between Edward Jones and Broadridge, and in accordance with regulations, Broadridge charges the issuing company on behalf of Edward Jones for these services. Edward Jones may receive a portion of the fees paid by the issuing company from Broadridge.

Certain unaffiliated mutual fund companies and/or ETF sponsors on the Program List (or their investment advisers) may pay certain expenses on behalf of financial advisors, including training and educational expenses, and in some instances may make payments directly to Edward Jones to subsidize training and educational costs for financial advisors. They may also participate in conferences or other marketing activities with Edward Jones (including the Travel Award Program described below). They will be asked to share in the cost of those activities as well. Edward Jones has not entered into any agreement with any ETF, mutual fund, or its investment adviser or its distributors or affiliates providing for payment of such expenses as a condition of inclusion on the Program List or the selection of a sub-adviser for affiliated mutual funds. Our financial advisors are not allowed to consider an advisory product partner's sponsorship of a marketing activity when choosing which Program Investment to suggest to you.

==The Program Fees and Administrative Fees (if applicable) generated in Advisory Solutions, as well as assets under care, may impact your financial advisor's eligibility for a bonus.==

==Financial advisors are eligible to participate in the Edward Jones Travel Award Program ("Travel Award Program"), which includes domestic and international travel, or a cash award in lieu of a trip. Program Fees received by a financial advisor are counted toward qualifying for the Travel Award Program.==

**Item 15: Custody**

Taxable accounts or tax-qualified accounts (other than a Traditional or Roth IRA) participating in Advisory Solutions are held at Edward Jones, as a broker-dealer. Certain Traditional or Roth IRAs are held at Edward Jones Trust Company. Edward Jones Trust Company has delegated its duties and responsibilities as a custodian to Edward Jones, as a broker-dealer.

As custodians, Edward Jones and Edward Jones Trust Company are responsible for:
- Safekeeping your funds and securities
- Collecting dividends, interest and proceeds from any sells
- Disbursing funds from your account

Edward Jones (as broker-dealer) will provide all accounts with written trade confirmation of securities transactions and account statements for each month there is activity in the account. If you have selected a Research Model, you can waive certain trade confirmations; however, you will still receive mutual fund prospectuses when applicable. If Edward Jones Trust Company is the custodian, the account statement will be sent by Edward Jones on behalf of Edward Jones Trust Company. **Please review your account statements carefully and notify us immediately if you detect an error or a discrepancy.**

**Item 16: Investment Discretion**

When you decide to invest in Advisory Solutions, you will sign a client agreement indicating that you agree to all of its terms and conditions. You cannot change or amend the client agreement in any way. By signing the client agreement, you

give Edward Jones discretionary investment and trading authority over your account. You do not give us the authority to choose or change your Portfolio Objective.

The discretionary investment and trading authority you give to Edward Jones includes any and all of the following:
- Selecting the Program Funds for your account (unless you are invested in a Custom Model)
- Removing Program Funds from the Program List and your account
- Replacing a Program Fund in your account with another recommended Program Fund (which may include affiliated mutual funds and unaffiliated mutual funds)
- Determining the asset allocations and changing an asset allocation at any time
- Using discretion as to the time Edward Jones will make a trade in your account and the price we will pay for investments in accordance with our obligation of best execution
- Aggregating trades
- Investing and reinvesting all dividends and proceeds earned by your account into Program Funds
- Automatically buying and selling Program Funds to rebalance your account to the target asset allocation when determined necessary by Edward Jones
- Deducting cash or selling money market shares for Program Fees and deducting the proceeds from your account to pay Edward Jones your Advisory Solutions Fees
- Determining the appropriate mutual fund share classes for Advisory Solutions, which may not be the lowest-priced share class available in the particular mutual fund
- Exchanging mutual fund shares into another mutual fund share class
- Terminating your account at any time
- Liquidating the Program Funds in your account if Edward Jones terminates your account

- Converting mutual fund shares from an appropriate advisory share class to a non-advisory share class if you or Edward Jones terminates your account

The discretionary investment and trading authority you give to Edward Jones can be exercised by us at any time and without prior notice to you.

You or Edward Jones may terminate your participation in Advisory Solutions at any time without an advisory termination fee. While verbal instructions to terminate your participation in Advisory Solutions are acceptable, Edward Jones in its sole discretion can require written notice in order to terminate the advisory relationship in Advisory Solutions. Your account will be charged through the date of termination. Upon termination of the advisory relationship, you can request that Edward Jones sell the securities, convert the account to a traditional brokerage account or transfer the securities to a third-party account. Some mutual funds and/or fund share classes may not be held in a non-advisory account; in these cases, we will sell those shares for you or will exchange the mutual fund share class into a share class that can be held in a non-advisory account.

When you terminate and sell the assets in your account, your proceeds will be available upon settlement of the trades generated to complete the liquidation. Usually, the cash proceeds will be available to you three business days following the trades.

### Item 17: Voting Client Securities

As a registered investment adviser, Edward Jones may vote proxies for clients in accordance with applicable law, and has a fiduciary duty to vote those proxies in a timely manner and in our clients' best interests, even if our clients' best interest is in conflict with our interests. Effective December 9, 2011, Edward Jones votes Program Fund proxies for all new client accounts (except

Benefit Plan Accounts) unless the client specifically retains the right to vote proxies. If you transfer non-Program Fund investments to open or fund an Advisory Solutions account, Edward Jones may also vote proxies for those securities if the date of record occurs before the securities are liquidated. When you invest in Advisory Solutions, you delegate the right to vote on these issues to Edward Jones and cannot direct or recommend how we will vote. By delegating proxy authority, you also authorize us to receive all proxy-related materials, annual and semi-annual reports, and other shareholder materials, including corporate actions, arising from any Program Funds or other securities in the Account. If you wish to obtain copies of any of these materials, please contact your financial advisor.

Edward Jones has hired an independent third-party proxy voting service to assist us in evaluating and voting proxies in a way that follows our adopted policies and guidelines. We have established policies and procedures which are intended to ensure that proxies are voted in a manner that is consistent with our clients' best interest. You can receive a copy of Edward Jones' proxy voting policy and procedures, voting guidelines and proxy voting record by asking your financial advisor or by writing to us at: Edward Jones, Attention: Investment Advisory, 12555 Manchester Road, St. Louis, MO 63131.

If you want to retain your right to vote proxies, you must inform Edward Jones that we are not to vote on your behalf. Benefit Plan Accounts, for whom we will not vote proxies, and those clients who wish to retain their right to vote proxies will then continue to receive all materials and notices from Edward Jones or the applicable mutual fund company, and will be responsible for voting on the issues that the fund companies raise. We will not provide recommendations or advice on how to vote on these issues.

**Item 18: Financial Information**

This section does not apply to Edward Jones.

**Item 19: Requirements for State-registered Advisers**

This section does not apply to Edward Jones.

**APPENDIX A**

**Disclosures Regarding Proprietary/Affiliated Money Market Funds**

Advisory Solutions Accounts may from time to time be invested in shares of the Edward Jones Money Market Fund (the "Fund"), which is advised by Passport Research, Ltd. (the "Adviser"), a partnership in which Edward Jones has a 49.5% limited partnership interest. As such, this fund is advised by affiliates of Edward Jones or by persons in which Edward Jones has an interest.

Due to its limited partnership interest in the Adviser, Edward Jones receives a share of the Adviser's net income and revenue, which are derived from advisory fees, as is more fully described in the prospectus of the Fund. In addition, the Adviser or persons related to the Adviser, including Edward Jones, may provide any other services to the Fund that are permitted by law and be compensated for them, including without limitation, custody, fund accounting, transfer agency and distribution. In addition, Edward Jones or its affiliates may serve as counterparties in transactions with the Fund where permitted by law or regulation, and may receive compensation in that capacity.

Edward Jones has provided you with a current prospectus for the Fund. The prospectus describes the investment characteristics of the Fund, the schedule of fees paid to the Adviser or its affiliates by the Fund, and the schedule of fees paid to the Adviser or its affiliates for any additional services provided by them to the Fund. The prospectus also describes certain revenue received by Edward Jones in connection with the Fund.