# EXHIBIT 20

**REDACTED DOCUMENT SOUGHT TO BE SEALED**

# Edward Jones Guided Solutions™
Flex Account Authorization and Agreement Form


Edward Jones
MAKING SENSE OF INVESTING

JESSE WORTHINGTON &
C WORTHINGTON TTEES
U/A DTD 04/21/2016
JESSE & C WORTHINGTON LIV TR

Prepared for: Worthington Trust FLEX
(Account Owner)

Account Number:

**Account Authorization.**

By signing below:

1. I acknowledge that I have received, read, and understand the Edward Jones Guided Solutions™ Flex Account Client Services Agreement and agree to its terms, and have received, read, and understand the Schedule of Fees and Edward Jones Guided Solutions™ Flex Account Brochure.

2. I acknowledge that I have received and read the Edward Jones Guided Solutions™ Flex Account Client Profile, which contains important disclosures as well as information provided by me, including my risk tolerance and selected Portfolio Objective. I acknowledge and agree that I will promptly notify Edward Jones if any of this information becomes materially inaccurate.

3. I ACKNOWLEDGE THAT THE EDWARD JONES GUIDED SOLUTIONS™ FLEX ACCOUNT CLIENT SERVICES AGREEMENT CONTAINS ON PAGES 7 AND 8 IN SECTION 18, A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES.

Note: If you are signing as a fiduciary or business officer, indicate the capacity or title in which you are acting.



Scanning instructions for the Advisor: Please scan the complete Account Authorization and Agreement Form.
Scan Title: Guided Flex Account Agreement; Destination: New Accounts
Page 1 of 1

735