# EXHIBIT 21

**REDACTED DOCUMENT SOUGHT TO BE SEALED**



# Edward Jones Guided Solutions®
Fund Account Authorization and Agreement Form

| EDWARD JONES TRUST CO AS CUST | Prepared for: | Janet Goral GS Fund IRA |
| FBO JANET E GORAL IRA | | (Account Owner) |
| | Account Number: | |

IAS-1045B-A-AA MAR 2017

**Account Authorization.**

By signing below:

1. I acknowledge that I have received, read, and understand the Edward Jones Guided Solutions® Fund Account Client Services Agreement and agree to its terms, and have received, read, and understand the Schedule of Fees and Edward Jones Guided Solutions® Fund Account Brochure.

2. I acknowledge that I have received, read and understand the Edward Jones Guided Solutions® Fund Account Client Profile, which contains important disclosures and information provided by me, as well as my selected Portfolio Objective for this account. I understand that if I have selected an alternative Portfolio Objective, I have chosen not to invest in the Portfolio Objective recommended by Edward Jones, and I acknowledge that I may be assuming additional risk by doing so. I acknowledge and agree that I will promptly notify Edward Jones if any of this information becomes materially inaccurate.

3. **I ACKNOWLEDGE THAT THE EDWARD JONES GUIDED SOLUTIONS® FUND ACCOUNT CLIENT SERVICES AGREEMENT CONTAINS ON PAGES 7 AND 8 IN SECTION 18, A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES.**

Note: If you are signing as a fiduciary or business officer, indicate the capacity or title in which you are acting.

| Signature | Printed Name | Date |

Scanning instructions for the Advisor: Please scan the complete Account Authorization and Agreement Form.
Scan Title: Guided Fund Account Agreement; Destination: New Accounts
Page 1 of 1