# EXHIBIT 22

**REDACTED DOCUMENT SOUGHT TO BE SEALED**



# Edward Jones Guided Solutions™
Flex Account Client Profile

**Purpose of Funds:** Retirement

July 25, 2016

Prepared for: <u>Worthington Trust FLEX</u>
(Account Owner)

_____
Guided Solutions Account Number

This Guided Solutions Client Profile asks about your current financial information, investment objectives and risk tolerance. Your responses will help Edward Jones assist you in selecting an appropriate Portfolio Objective for the assets that you invest in Guided Solutions. This Guided Solutions Client Profile also provides you with important disclosure information regarding your account and participation in Guided Solutions.

**Amount to invest in your Guided Solutions Account**
$ _____

**Net Worth**
$ _____
*Net Worth (i.e., assets minus liabilities but excluding the value of your primary residence)*

## Investment Objectives Questionnaire
Please answer the following questions regarding the funds you wish to invest in Edward Jones Guided Solutions™.

**1. Client's Life Stage (choose one):**
- ■ Early Investing Years
- ■ Good Earning Years
- ■ Higher Income and Savings Years
- ■ Early Retirement Years
- ■ Late Retirement Years

**2. Equity investments represent the following percentage of your total investable assets outside this program:**
- ■ 0% to 25%
- ■ 26% to 50%
- ■ 51% to 75%
- ■ 76% to 100%

## Understanding Your Risk Tolerance

**3. How concerned are you about inflation?**
Investing involves trade–offs and prioritizing your goals. Stocks typically have more volatility (larger swings in value) than bonds but offer greater growth potential to keep up with inflation. The value of cash and fixed income may not change as much over time, but typically these investments have higher inflation risk (the risk your money will buy less in the future). Select the statement you most agree with regarding volatility and inflation.
- ■ My goal is to minimize swings in portfolio value, even if growth does not keep pace with inflation.
- ■ My goal is for growth to at least keep pace with inflation, with the risk of modest swings in portfolio value.
- ■ My goal is for growth to exceed inflation, with the risk of modest to larger swings in portfolio value.
- ■ My goal is for growth to significantly exceed inflation, with the risk of larger swings in portfolio value.

**4. Which statement best describes your investment objectives for this portfolio?**
- ■ Income: I want a portfolio designed to generate more consistent, but most likely lower, returns year to year, with a primary focus on current income. I want a low level of volatility and risk of loss, if possible.
- ■ Growth and Income: I prefer a portfolio that balances my growth objectives with my income needs. I prefer a portfolio with modest amounts of portfolio volatility and risk of loss over time.
- ■ Growth: I am willing to accept investments with a higher degree of volatility and risk of loss in exchange for the potential for achieving higher average returns over time.


NEW-GE-PRFL MAR 2016

**5. How comfortable are you with volatility?**
The chart shows the potential range in values during a given year for three hypothetical portfolios, based on an initial value of $100,000. In general, which portfolio most aligns with your return objectives and comfort with volatility?

- ■ Portfolio A: Lower volatility, lower return potential
- ■ Portfolio B: Moderate volatility, moderate return potential
- ■ Portfolio C: Higher volatility, higher return potential



**6. In general, which of the following statements best describes your thoughts regarding the trade–off between returns and volatility?**

- ■ When investing, I am more concerned about my portfolio losing value. The return achieved is of secondary importance.
- ■ The potential for loss is of equal importance as the return achieved.
- ■ I am most focused on the return potential, and the potential for losses is of secondary importance.

**7. There have been several periods in market history in which the value of the market has dropped 25% or more in a year. If the value of your portfolio fell from $200,000 to $150,000 (25%) in one year, how would you react?**

- ■ I would move my money to different investments to reduce the potential for future losses.
- ■ I would be concerned about the portfolio and would consider moving into different investments if the losses continued.
- ■ I would leave my money where it is and continue according to my long–term strategy.
- ■ I would leave my money where it is and consider investing more.

**8. The table below shows hypothetical long–term returns, as well as possible gains and losses in any one year, for three portfolios. Given your return objectives and tolerance for volatility, which portfolio would you be most willing to invest in?**

- ■ Portfolio A
- ■ Portfolio B
- ■ Portfolio C

| | Long-term Average Return | Possible Gain in One-year Period | Possible Loss in One-year Period |
|---|---|---|---|
| Portfolio A | 4% | 15% | -10% |
| Portfolio B | 6% | 25% | -20% |
| Portfolio C | 8% | 35% | -30% |

## Interpreting Your Results

Your responses to Understanding Your Risk Tolerance (questions 3 to 8) are used to determine the level of risk you are willing to accept when investing for your long–term financial goals in Guided Solutions. Your risk tolerance, combined with your purpose of funds and your life stage or time horizon, results in a recommended Portfolio Objective. Based on your individual circumstances, there may be situations when alternative Portfolio Objective(s) are available to you in addition to the specific Portfolio Objective recommended by Edward Jones.

**Risk Tolerance = Medium**

## Your Selected Portfolio Objective and Important Information

[redacted]

## Portfolio Objective Descriptions

**All–Equity Focus** — This portfolio offers the highest growth potential. The majority of investments in the portfolio are equity–based, which are likely to carry the highest level of risk. This portfolio seeks long–term capital appreciation and provides very little or no current income.

**Growth Focus** — This portfolio emphasizes higher growth potential while providing modest current income. Over the long term, it should have higher risk than portfolios with a more income–oriented objective.

**Balanced toward Growth** — This portfolio emphasizes growth potential with a secondary goal of current income. Over the long term, it should have moderate to higher risk.

**Balanced Growth & Income** — This portfolio blends current income with long–term growth potential. Over the long term, it should have moderate risk.

**Balanced toward Income** — This portfolio emphasizes current income with a secondary goal of growth potential. Over the long term, it should have lower to moderate risk.

**Income Focus** — This portfolio emphasizes current income with little growth potential or inflation protection. Over the long term, it should have lower risk than portfolios with a more growth–oriented objective.