# EXHIBIT 23

**REDACTED DOCUMENT
SOUGHT TO BE SEALED**



# Edward Jones Guided Solutions®
Fund Account Client Profile

**Purpose of Funds:** Retirement

January 8, 2018

Prepared for:     Janet Goral GS Fund IRA
(Account Owner)

▬▬▬▬▬▬▬
Guided Solutions Account Number

IAS–10458–A–CP MAR 2017

## Selecting the Edward Jones Guided Solutions® Fund Account

After discussing my account options with my financial advisor, I chose to open a Guided Solutions Fund Account because it offers:

- A hands–on approach to decision–making
- The ability to own mutual funds and ETFs
- Guardrails to ensure the client's account aligns with their objectives and the firm's guidance
- The ability to rebalance monthly and automatic rebalancing at least once a year
- A fee–based approach

This Client Profile asks about your current financial information, investment time horizon and risk tolerance. Your responses will help Edward Jones assist you in selecting an appropriate Portfolio Objective for the assets that you invest in Guided Solutions. This Client Profile also provides you with important disclosure information regarding your account and participation in Guided Solutions.

**Net Worth:** $▬▬▬▬▬
*Assets minus liabilities but excluding the value of your primary residence.*

**Amount to invest in this account:** $▬▬▬▬▬

**Accumulation Years: none**
*The time frame until the funds are expected to be needed (e.g. years until your retirement begins). Depending on your account type, certain limitations to this time frame may apply.*

**Distribution Years: more than 10 years**
*The time frame over which the funds will be distributed (e.g. years in retirement). Depending on your account type, certain limitations to this time frame may apply.*

**Risk Tolerance for Janet Goral: Medium**
*Your ability and willingness to lose some or all of your original investment in exchange for greater potential returns.*

**Retirement Portfolio Objective: Balanced Growth and Income**
*Your Retirement Portfolio Objective gives you and your financial advisor overall guidance on how to invest your retirement assets to achieve your personal goal. Your Portfolio Objective for this account may differ from your Retirement Portfolio Objective based on other accounts and assets you have designated for retirement.*

Page 1 of 3

744

## Interpreting Your Results

When investing for your long−term financial goals in Guided Solutions, the combination of your Risk Tolerance, Accumulation Years and Distribution Years results in a recommended Portfolio Objective for your account. Based on your individual circumstances, there may be situations when alternative Portfolio Objective(s) are available to you in addition to the specific Portfolio Objective recommended by Edward Jones.

## Important Information about Your Account

## Portfolio Objective Descriptions

**All–Equity Focus** — This portfolio offers the highest growth potential. The majority of investments in the portfolio are equity–based, which are likely to carry the highest level of risk. This portfolio seeks long–term capital appreciation and provides very little or no current income.

**Growth Focus** — This portfolio emphasizes higher growth potential while providing modest current income. Over the long term, it should have higher risk than portfolios with a more income–oriented objective.

**Balanced toward Growth** — This portfolio emphasizes growth potential with a secondary goal of current income. Over the long term, it should have moderate to higher risk.

**Balanced Growth & Income** — This portfolio blends current income with long–term growth potential. Over the long term, it should have moderate risk.

**Balanced toward Income** — This portfolio emphasizes current income with a secondary goal of growth potential. Over the long term, it should have lower to moderate risk.

**Income Focus** — This portfolio emphasizes current income with little growth potential or inflation protection. Over the long term, it should have lower risk than portfolios with a more growth–oriented objective.

Page left intentionally blank