# EXHIBIT 24

**REDACTED DOCUMENT
SOUGHT TO BE SEALED**

# Edward Jones Advisory Solutions®
# Presale Prospectus Letter

Thank you for your interest in Edward Jones Advisory Solutions. This letter confirms your election to access Advisory Solutions program fund prospectuses at *www.edwardjones.com/advisoryprospectus* on the Edward Jones website. Please note that pursuant to securities regulations, should you choose to open an account in Advisory Solutions, you will receive paper copies of the prospectuses following program fund purchases.



Date

_____

Name of Client (please print or type)

_____

Signature of Client

_____

Date

Please visit *www.edwardjones.com/edelivery* for information on enrolling in Edward Jones e-delivery services.

**Destination: Scan into Client Retention Documents using Electronic Consent Form title.**



# EDWARD JONES ADVISORY SOLUTIONS®

**Prepared For:**   Edward Anderson
June 23, 2015

**Prepared By:**   LISA K RODRIGUEZ
248 W SYCAMORE STREET
WILLOWS, CA 95988
530−934−2918

Edward Jones is a dually registered broker−dealer and investment adviser. Edward Jones
Advisory Solutions®  is an asset allocation program that provides investment advisory services.
Depending on a client's minimum investment, a client can select Fund Models, which invest in
affiliated mutual funds (if available), unaffiliated mutual funds and exchange−traded funds
(ETFs), or UMA Models, which also include separately managed allocations (SMAs). Please
review the applicable Edward Jones Advisory Solutions Brochure for more information.

750



# EDWARD JONES ADVISORY SOLUTIONS®
## Your Investment Profile Summary

**Prepared For:** Edward Anderson

June 23, 2015

**Purpose of Funds:** Retirement

**You provided the following questionnaire responses to help us better understand your investment needs.** It is important for you to review these responses carefully. If you believe the responses are not accurate in terms of your investment objectives, financial situation or risk tolerance, please consult your Edward Jones financial advisor before investing in Advisory Solutions.

### 1. Client's Life Stage (choose one):

### 2. The funds that will be placed in Advisory Solutions are to be invested for the following time frame:

### 3. The funds in this program represent what portion of your total investable assets (cash, stocks, bonds, mutual funds)?

### 4. Equity investments represent the following percentage of your total investable assets outside this program:

### 5. Do you expect to make regular withdrawals from these funds?

Please refer to the Disclosures page at the end of this proposal for more information. This proposal should be considered incomplete without such disclosures.

751

# Your Investment Profile Summary (continued)

**6. How concerned are you about inflation? Investing involves trade–offs and prioritizing your goals. Stocks typically have more volatility (larger swings in value) than bonds but offer greater growth potential to keep up with inflation. The value of cash and fixed income may not change as much over time, but typically these investments have higher inflation risk (the risk your money will buy less in the future). Select the statement you most agree with regarding volatility and inflation.**



**7. Which statement best describes your investment objectives for this portfolio?**



**8. How comfortable are you with volatility? The chart shows the potential range in values during a given year for three hypothetical portfolios, based on an initial value of $100,000. In general, which portfolio most aligns with your return objectives and comfort with volatility?**



**9. In general, which of the following statements best describes your thoughts regarding the trade–off between returns and volatility?**



Please refer to the Disclosures page at the end of this proposal for more information. This proposal should be considered incomplete without such disclosures.

752

# Your Investment Profile Summary (continued)

**10. There have been several periods in market history in which the value of the market has dropped 25% or more in a year. If the value of your portfolio fell from $200,000 to $150,000 (25%) in one year, how would you react?**

█████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

**11. The table below shows hypothetical long–term returns, as well as possible gains and losses in any one year, for three portfolios. Given your return objectives and tolerance for volatility, which portfolio would you be most willing to invest in?**

████████████████

███████████████

█████████████



| | Long-term Average Return | Possible Gain in One-year Period | Possible Loss in One-year Period |
|---|---|---|---|
| Portfolio A | 6.0% | 19.0% | -13.0% |
| Portfolio B | 7.5% | 25.0% | -19.0% |
| Portfolio C | 9.0% | 35.0% | -30.0% |

## Portfolio Objective: ██████████████████████

Please refer to the Disclosures page at the end of this proposal for more information. This proposal should be considered incomplete without such disclosures.

Page 4 of 9                        ████████████████████        753

# EDWARD JONES ADVISORY SOLUTIONS®
## Investment Policy Statement

**Prepared For:** Edward Anderson
**Purpose of Funds:** Retirement

June 23, 2015

## Purpose of this Statement
### The Investment Policy Statement has three purposes:

**1** To articulate and confirm the investor's portfolio objectives and tolerance for risk.

**2** To define how the portfolio will be monitored and how progress toward the stated investment objectives will be measured.

**3** To define the investor's target asset allocation. Please find your asset allocation policy to the right.



- Aggressive
- Growth
- Growth & Income
- Income
- International Equity
- Cash

## Investment Objectives



## Total Return Goal and Risk Profile



## Asset Allocation

- It is generally accepted that the most critical factor influencing future investment success is the proper allocation of a portfolio among various broadly defined investment categories, e.g., domestic equities, international equities, fixed income, etc; although diversification does not guarantee a profit or protect against a loss.

- Within each broad category, it may be prudent to diversify across different investment styles and strategies, although it does not guarantee a profit or protect against a loss.

- The asset allocation is meant to be strategic, in that it is based on the long−term outlook for the markets and the underlying asset classes, as well as the objectives and risk profile of the portfolio. It may be prudent to deviate incrementally from this strategic allocation based on an opinion regarding the near−term prospects for the various asset categories or styles.

- In general, your account will be rebalanced at the discretion of Edward Jones when an asset class drifts from its target allocation by more than a specified percentage.

\* Please refer to the Disclosures page at the end of this proposal for more information. This proposal should be considered incomplete without such disclosures.

754

Edward Jones is a dually registered broker–dealer and investment adviser. Edward Jones Advisory Solutions® is an asset allocation program that provides investment advisory services. Depending on a client's minimum investment, a client can select Fund Models, which invest in affiliated mutual funds (if available), unaffiliated mutual funds and exchange–traded funds (ETFs), or UMA Models, which also include separately managed allocations (SMAs). Please review the applicable Edward Jones Advisory Solutions Brochure for more information.

**Many of the investments in Advisory Solutions, including money market funds, are offered by prospectus. You should consider the investment objective, risks, and charges and expenses carefully before investing. The prospectus contains this and other information. Your Edward Jones financial advisor can provide a prospectus, which you should read carefully before investing.**

**Money market funds are not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve your investment at $1 per share, it is possible to lose money by investing in the fund.**

There may be additional risks inherent in certain investments, including mutual funds, exchange–traded funds (ETFs) and international and equity investments. These risks may include currency, political, social and economic risks. Some mutual funds or ETFs categorized as niche assets may include real estate investment trusts (REITs), natural resources (such as gold or commodities), emerging markets and alternative investments registered under the Investment Company Act of 1940. Niche assets may be less liquid and contain a higher risk of loss of principal than other forms of equity investments. There is the potential for greater price swings associated with niche assets.

There may be risks involved with investing in equity and fixed–income investments. Equity investments generally involve greater risk than fixed–income investments and are subject to market fluctuation. There are greater–than–average risks involved with investing in small– and mid–capitalization and emerging growth companies. Small–company stocks can fluctuate in price more than larger company stocks and may have limited marketability. International stocks contain additional risks that are not associated with U.S. domestic issues, such as changes in currency exchange rates and different governmental regulations, economic conditions and accounting standards. Fixed–income investments, or bonds, are subject to interest rate risk, credit risk and market risk. High–yield bond funds invest in fixed–income securities that at the time of purchase are non–investment grade, involve greater price volatility and present greater risks than higher–rated fixed–income securities. All investments involve risk, including loss of principal amount invested. Diversification does not guarantee a profit or protect against loss.

SMA Managers within the Advisory Solutions UMA Models may act as a non–discretionary sub–advisor to Edward Jones and the Overlay Manager. The SMA Manager's level of discretion is based on the investment strategy each SMA Manager is providing to the Overlay Manager. The non–discretionary SMA Managers will only provide a model portfolio consistent with a general investment objective and are not tailored to any individual client. Edward Jones, its employees and financial advisors are not estate planners and cannot provide tax or legal advice. Please consult your estate–planning attorney or qualified tax advisor regarding your situation.

The initial minimum investment in Advisory Solutions is $50,000. For UMA Models, including Custom Models containing SMAs, the initial minimum investment amount is $500,000, with additional options available at $1 million.

For some investors, income may be subject to the Alternative Minimum Tax. Income may be subject to state and local taxes.

# Estimated Fees

**Prepared For:** Edward Anderson

June 23, 2015

## Initial Investment Amount: $██████

| | | |
|---|---:|---:|
| **Program fee** | $████ | **1.35%** |
| 1.35% on first $500,000 | $ | |
| 1.25% on next $500,000 | $ | |
| 1.00% on over $1,000,000 | $ | |
| **Administrative fee** | $██ | **0.09%** |
| **Total estimated annual fee** | $████ | **1.44%** |

NOTE:
The estimated annual fee does not include Fee Offset, Fee Reduction or internal mutual fund fees and expenses. See applicable Advisory Solutions Brochure and Disclosure Document for additional fee information. Percentages are shown rounded to two decimal places.

Please refer to the Disclosures page at the end of this proposal for more information. This proposal should be considered incomplete without such disclosures.

Page 8 of 9

# Disclosures

There is a minimum monthly fee of $10 to participate in Advisory Solutions. Aside from any advisory fees associated with the program, mutual fund, ETF, SMA and money market fees and expenses still apply. Changes in the amount invested or in the investment strategy selected may change the total annual fee paid. Please see the applicable Advisory Solutions Brochure and each applicable prospectus for more information regarding fees and expenses.

**Many investments in Advisory Solutions, including money market funds, are offered by prospectus. You should consider the investment objective, risks and charges and expenses carefully before investing. The prospectus contains this and other information. Please contact your financial advisor for more information.**

**Money market funds are not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund is managed to preserve your investment at $1 per share, it is possible to lose money by investing in the fund.**

The portfolio allocation in this proposal has been derived based upon your responses to the Investment Objectives Questionnaire. You should notify your financial advisor immediately regarding any changes in your investment goals, financial situation or risk tolerance.

Edward Jones' Research Models, asset allocations and Program List are as of a certain date and, depending on your participation in the Advisory Solutions program, are subject to change without notice. Clients selecting a Research Model grant Edward Jones discretion to automatically amend their Research Model account(s) to reflect model, asset allocation and fund, ETF or SMA changes. Clients creating a Custom Model are advised of Program List changes and after notification may be placed in a different fund, ETF or SMA. Custom Model clients also grant Edward Jones discretion to automatically amend their customized account(s) to reflect asset allocation changes.

There may be additional risks inherent in certain investments, including mutual funds, ETFs and international and equity investments. These risks may include currency, political, social and economic risks. Some mutual funds or ETFs categorized as niche assets may include real estate investment trusts (REITs), natural resources (such as gold or commodities), emerging markets and alternative investments registered under the Investment Company Act of 1940. Niche assets may be less liquid and contain a higher risk of loss of principal than other forms of equity investments. There is the potential for greater price swings associated with niche assets.

There may be risks involved with investing in equity and fixed–income securities. Equity investments generally involve greater risk than fixed–income investments and are subject to market fluctuation. There are greater–than–average risks involved with investing in small– and mid–capitalization and emerging growth companies. Small–company stocks can fluctuate in price more than larger company stocks and may have limited marketability. International stocks contain additional risks that are not associated with U.S. domestic issues, such as changes in currency exchange rates and different governmental regulations, economic conditions and accounting standards. Fixed–income investments are subject to interest rate risk, credit risk and market risk. High–yield bond funds invest in fixed–income securities that at the time of purchase are non–investment grade, involve greater price volatility and present greater risks than higher–rated fixed–income securities. Diversification does not ensure a profit or protect against loss. All investments involve risk, including loss of principal amount invested.

Indices listed in this proposal are used as a general measure of market performance for a particular asset class or type. Securities indices assume reinvestment of all distributions and interest payments and do not take into account brokerage fees, taxes or investment management fees. If such fees and taxes were taken into account, they would have the effect of reducing performance. Securities in your portfolio will not be identical to those in the indices, and performance of your portfolio will differ. It is not possible to invest directly in an index.

If this material contains performance information, it represents past performance and is not an indication of future results. The account value is subject to market fluctuations so that, when withdrawn, it may be worth more or less than its original value. Current performance may be lower or higher than the performance figures quoted. Performance information derived from unaffiliated third parties is believed to be accurate but is not verified by Edward Jones.

SMA Managers within the Advisory Solutions UMA Models may act as a non–discretionary sub–advisor to Edward Jones and the Overlay Manager. The SMA Manager's level of discretion is based on the investment strategy each SMA Manager is providing to the Overlay Manager. The non–discretionary SMA Managers will only provide a model portfolio consistent with a general investment objective and are not tailored to any individual client.

Edward Jones, its employees and financial advisors are not estate planners and cannot provide tax or legal advice. Please consult your estate–planning attorney or qualified tax advisor regarding your situation.