# EXHIBIT 28

# Edward Jones Guided Solutions™ Flex Account
## Schedule of Fees

The Guided Solutions fee is comprised of the Program Fee, net of any applicable Fee Offset or Fee Reduction (which are defined in the Edward Jones Guided Solutions™ Flex Account Brochure ("Brochure")). The Program Fee is calculated by multiplying the applicable fee rate by the market value of the investments held in the Account (using the previous month's average daily balance). The initial Program Fee will be charged to the Account in the month following the date the Account was eligible for Guided Solutions based upon the number of days the Account was opened during the month and based on the average daily market value from the date the Account was accepted by Edward Jones through month end.

If the Agreement is terminated, the final Program Fee will be assessed based on the number of days the Account was open during the month and based on the average daily market value using the prior day's price to determine a market value on the final day in order to calculate the closeout fee.

**Program Fee Schedule**

The Program Fee is based on the market value of investments held in the Account assessed at an annual fee rate, payable monthly in arrears, for advisory services provided by Edward Jones.

**Taxable and IRA Accounts:** The Program Fee for taxable accounts and traditional and Roth Individual Retirement Accounts ("IRA"):

| Value of Account Investments | Annual Fee Rate |
| --- | --- |
| First $250,000 | 1.35% |
| Next $250,000 | 1.30% |
| Next $500,000 | 1.25% |
| Next $1,500,000 | 1.00% |
| Next $2,500,000 | 0.80% |
| Next $5,000,000 | 0.60% |
| Over $10,000,000 | 0.50% |

**Benefit Plans:** The Program Fee for tax-qualified retirement plans, which includes an Edward Jones sponsored Owner K® plan, a SIMPLE IRA, a SEP IRA and a Traditional IRA linked to an Edward Jones SEP IRA:

| Value of Account Investments | Annual Fee Rate |
| --- | --- |
| First $250,000 | 1.50% |
| Next $250,000 | 1.45% |
| Next $500,000 | 1.40% |
| Next $1,500,000 | 1.15% |
| Next $2,500,000 | 0.95% |
| Next $5,000,000 | 0.75% |
| Over $10,000,000 | 0.65% |

The Program Fee may be discounted or reduced at the sole discretion of Edward Jones, as further described in the Brochure. Edward Jones may combine certain advisory program accounts of the same client and/or for related clients for the Program Fee calculation.

**Accounts are subject to a $10 minimum monthly fee.**

Edward Jones billing cycle is subject to change without notice.

More information about the Program Fee, including any applicable Fee Offset or Fee Reduction can be found in the Brochure, located at www.edwardjones.com/disclosures.