# EXHIBIT 29

IAS–10458A-A–FS APR 2017

# Edward Jones Guided Solutions® Fund Account
## Schedule of Fees

The Guided Solutions Fee is comprised of the Program Fee, net of any applicable Fee Offset or Fee Reduction (which are defined in the Edward Jones Guided Solutions® Fund Account Brochure ("Brochure")). The Program Fee is calculated by multiplying the applicable fee rate by the market value of the assets held in the Account (using the previous month's average daily balance). The initial Program Fee will be charged to the Account in the month following the date the Account was eligible for Guided Solutions based upon the number of days the Account was open during the month and based on the average daily market value from the date the Account was accepted by Edward Jones through month end.

If this Services Agreement is terminated, the final Program Fee will be assessed based on the number of days the Account was open during the month and based on the average daily market value using the prior day's price to determine a market value on the final day in order to calculate the closeout fee.

**Program Fee Schedule**

The Program Fee is based on the market value of assets held in the Account. The Program Fee is assessed at an annual fee rate, payable monthly in arrears, for advisory services provided by Edward Jones.

| Value of Assets in Account | Annual Fee Rate |
|---|---|
| First $250,000 | 1.35% |
| Next $250,000 | 1.30% |
| Next $500,000 | 1.25% |
| Next $1,500,000 | 1.00% |
| Next $2,500,000 | 0.80% |
| Next $5,000,000 | 0.60% |
| Over $10,000,000 | 0.50% |

The Program Fee may be discounted or reduced at the sole discretion of Edward Jones, as further described in the Brochure. Edward Jones may combine certain advisory program accounts of the same client and/or related clients for the Program Fee calculation, as further described in the Brochure.

**Accounts are subject to a minimum monthly Guided Solutions Fee, as set forth in the Brochure.**
Edward Jones billing cycle is subject to change without notice.

More information about the Guided Solutions Fee, including any applicable Fee Offset or Fee Reduction can be found in the Brochure, located at www.edwardjones.com/disclosures.

Page left intentionally blank