# EXHIBIT 30

# Making Good Choices

To get a better understanding of what we mean by involvement and complexity, let's briefly review some of your choices when it comes to investing.

## Individual Stocks and Bonds

Some investors want "hands on" involvement in determining which stocks or bonds to buy or sell. Building your own portfolio of stocks and bonds provides you with full control over customizing your portfolio. You have the ability to own what you want and avoid investments you don't want. This approach is for investors who are willing to devote the time and effort, working with their financial advisor, to manage their own investments.

Using this approach, you'll pay commissions when you buy or sell securities, but you won't pay ongoing management fees or withdrawal penalties as with other investments. Also, unlike with mutual funds, which often distribute realized capital gains each year, stock investors have the ability to defer capital gains until shares are sold. But the more you trade, the more you could pay in taxes and commissions.

You can help reduce your portfolio risk by owning a diversified mix of stocks and bonds, but this can be difficult if you don't have a lot of money to invest at one time. To build a diversified portfolio of individual stocks and bonds generally means you need a larger amount of money to invest, as you may need to own at least 25 to 30 stocks and 10 bonds. If you also own mutual funds, you may not need to own as many individual securities to be properly diversified.

## Mutual Funds

Mutual funds offer professional management and broad diversification, and therefore are the preferred method of equity ownership for most investors. Of course, when the stock market declines, you should expect equity mutual funds to decline as well.

You also can purchase bond mutual funds or funds that offer a mix of stocks and bonds. Mutual funds usually cost more than buying stocks individually because of sales charges and annual fees. You generally pay these fees for the outside professional management and broad diversification that can be difficult to achieve otherwise – especially if you don't have a lot of money to invest at one time.

## Variable Annuities

Annuities are long-term investments intended for retirement planning where all interest, dividends and capital gains have the potential to grow tax deferred. When you buy an annuity, the insurance company typically offers a selection of underlying investments called subaccounts. You and your financial advisor can determine the investments you want to buy within the annuity.

You can choose from several professionally managed and diversified variable annuity options based on your investment objectives, risk tolerance and time horizon. Annuities can offer several benefits, but we believe one of the most attractive is lifetime income, meaning the annuity will provide an income stream that an investor (or a spouse) can't outlive. You can receive this insurance benefit for an additional cost.

## Advisory Programs

Based on your time horizon and risk tolerance, your financial advisor will work with you on an appropriate asset allocation to serve as a guide for your investment portfolio.

You also can work with your financial advisor to choose the type of investments you want to own in an advisory program. Additionally, some programs may offer customization, or the ability to restrict certain types of investments from being included in your portfolio.

Quarterly, you'll receive a performance report that provides detailed information about the performance of your portfolio. Some programs offer automatic portfolio rebalancing to make sure it stays in line with your chosen asset allocation.

With an advisory program, you pay a fee based on the value of the assets within your account for the services you receive, including ongoing advice, investment management, rebalancing and research. As part of an advisory program, you also can set up convenient regular withdrawals from your investments.



## Additional Professional Management Options

**Wealth and Trust Management Services through Edward Jones Trust Company**

- A dedicated team of trust and investment professionals who work with your financial advisor to provide you and your family customized asset management and fiduciary services
- Implementation of your estate plan according to your wishes as outlined by the terms of your trust
- Can serve as trustee, co-trustee or successor trustee
- Can assist individuals by providing managing agency services, including asset management, record keeping, income collection and bill payment without having to be named as trustee
- Can supervise management of real estate, farms, timberland, oil and gas interests and other assets

Trust and related services are provided by Edward Jones Trust Company, an affiliate of Edward D. Jones & Co., L.P. (Edward Jones), a registered broker-dealer. Edward Jones Trust Company and Edward Jones are subsidiaries of the Jones Financial Companies, L.L.L.P. Edward Jones Trust Company may use Edward Jones or other affiliates to act as a broker-dealer for transactions or for other services. Payments of such services generally will be charged as an expense to the trust and will not reduce the amount of fees payable to Edward Jones Trust Company.

Edward Jones is a dually registered broker-dealer and investment adviser. Edward Jones Advisory Solutions® is an asset allocation program that provides research models and customized portfolios. Depending on a client's minimum investment, a client can select Fund Models, which invest in mutual funds and exchange-traded funds (ETFs), or UMA Models, which also include separately managed allocations (SMAs). Please review the applicable Edward Jones Advisory Solutions Brochure for more information.

Equity investments carry risk, including the loss of principal.

**Edward Jones**
MAKING SENSE OF INVESTING



## Making Good Choices

You're investing with a goal in mind – like retirement or education for the children – and you'll need a good investment strategy to get you there. We believe one of the best ways is to buy quality investments, diversify them and hold them for the long term. There are many ways to do this, so how do you decide which approach is best for you?

**Edward Jones**
MAKING SENSE OF INVESTING

# Investor Involvement and Decision Making

You can choose to invest your money in a variety of ways. To help determine which may be appropriate for you, consider how much time and energy you want to spend investing. The more involved you want to be in making decisions and reviewing your investments, the more complex your investment approach may be.



**Which Approach Is Right for You?**

Can it be appropriate to own stocks and mutual funds? What about an advisory program account and a variable annuity? There's no single answer for everyone. Any number of combinations can be an appropriate strategy.

Edward Jones recognizes that we serve a diverse group of investors, each with specific financial goals. If you want to be heavily involved in all aspects of your investments, you won't mind that your decisions will be more complex. If you'd rather be less involved in all the details, you're giving up some control, but your decisions will be less complicated.

There is no "one size fits all" approach to investing. By offering a range of investment choices, we hope to be able to better meet the needs of a variety of investors. Use this information to compare the basic characteristics of different investment choices.

What you choose to buy and how you want to own your investments depend on your goals and situation. Work with your Edward Jones financial advisor to determine which approach is best suited to your investment style and financial goals.

Mutual funds and annuities are sold by prospectus only. You should consider the investment objective, risks, and charges and expenses carefully before investing. The prospectus contains this and other information. Your Edward Jones financial advisor can provide a prospectus, which should be read carefully before investing.

Your answers to the questions below may help you determine which investment approach is most appropriate for you.

| Questions to Consider | Individual Stocks and Bonds | Mutual Funds and Variable Annuities | Advisory Programs |
|---|---|---|---|
| How much do you have available to invest? | **Typically higher amount** <br> We generally recommend investing at least $50,000 in 10 individual bonds and $100,000 in at least 25 to 30 individual stocks to be properly diversified.* | **Any amount** <br> Can be a good option for almost any size account. <br> Annuities typically require a $1,000 minimum, but we recommend a larger amount be invested. | **Account minimum applies** <br> Advisory programs typically have an account minimum. |
| Do you want professional money management? | **No** <br> You decide on all buys and sells with the help of your financial advisor. | **Yes** <br> Dedicated portfolio professionals manage the fund's or subaccount's stated objective. | **Yes** <br> Investment professionals, along with mutual fund managers or money managers, choose the investments for your portfolio. |
| What level of diversification do you need? | **Lower** <br> In general, we recommend at least 25 to 30 stocks from various industries for adequate diversification. We believe 10 bonds from several sectors is a good starting point for fixed-income diversification. | **Higher** <br> You can buy mutual funds and annuities that offer diversification. | **Automatic** <br> Each mutual fund or money manager will be diversified, and you will generally have added diversification by owning several funds and/or working with several money managers. |
| How will you maintain your asset allocation? | **Manually** <br> You would need to periodically rebalance to keep in line with your portfolio objectives. | **Manually** <br> Many fund managers rebalance within a fund or subaccount, but you and your financial advisor decide when to rebalance your portfolio. | **May be automatic** <br> Typically, advisory programs rebalance your portfolio automatically to keep it aligned with your targeted investment objective. |
| How do you want to pay for services? | **Per transaction** <br> You pay a commission each time you buy or sell a stock, usually ranging from 0.5% to 2.5% of principal invested. The price you pay for the bond includes a built-in sales charge, and if you sell before it is called or matures, you may pay a commission. There are no ongoing fees. | **Upfront and ongoing** <br> Generally for mutual fund A shares, you pay a built-in sales charge (typically 1.0% to 5.75%) and ongoing service fees and fund expenses (typically 0.50% to 2.0%). <br> Annuities are subject to insurance expenses (called M&E – mortality and expense risk charge) and typically range from 0.65% to more than 1.75%. | **Ongoing fee based on assets** <br> You pay an ongoing fee (typically 1% to 3%) based on the value of your assets in the program. In addition, the mutual funds in these programs have ongoing expenses. This can be more expensive than other investment choices over the long term. |
| How much tax control do you want? | **Higher** <br> You control when to buy and sell, so your trading decisions can help manage taxes and defer capital gains. | **Moderate** <br> Capital gains are distributed annually. Gains also are recognized when you sell. <br> Annuities are not subject to income tax until withdrawn. | **Moderate to high** <br> You may have the ability to harvest gains/losses, reduce short-term capital gains and use other strategies to reduce your taxes, depending on the type of advisory program. |
| How much liquidity do the investments have? | **Higher for stocks/Lower for bonds** <br> Stock price may be higher or lower than the purchase price, but you can buy or sell on any trading day. <br> Bonds may be bought or sold provided there is a market. You may have to sell for less than the purchase price, particularly in distressed markets or if interest rates have risen. | **Higher for mutual funds/Moderate for annuities** <br> The price may be higher or lower than the purchase price, but you can buy or sell stock or bond mutual funds on any trading day. <br> You can make changes to annuity subaccount allocations. Withdrawals made before age 59½ are subject to penalty tax and may be subject to contingent deferred sales charge. | **Higher** <br> You may choose to liquidate a portion or all of your advisory program account at any time. Underlying investments (e.g., stocks, bonds, mutual funds and exchange-traded funds) can be sold on any trading day. |
| Do these investments have any guarantees? | **None for stocks/Some for fixed-income investments** <br> Stocks do not offer any guarantees. <br> Only Treasuries and FDIC-insured certificates of deposit (CDs) offer insurance and guarantee of principal returned. | **None for mutual funds/Some for annuities** <br> Mutual funds do not offer any guarantees. <br> Any annuity guarantees are backed by the claims-paying ability of the issuing insurance company. | **None** <br> Advisory programs do not offer guarantees. |
| Will the principal fluctuate? | **Yes** <br> Stock and bond prices fluctuate daily. Stocks generally carry more risk than bonds. <br> Prices vary over the life of a bond, but barring default, they should return principal at maturity or call. | **Yes** <br> Mutual fund prices and annuity contract values fluctuate daily. | **Yes** <br> Investments in advisory programs fluctuate daily in price. |

*We generally recommend at least 25 to 30 individual stocks if you are building an equity portfolio with only stocks. If you also own stock mutual funds, you may not need 25 to 30 individual stocks to be diversified.