# EXHIBIT 33

# When It Comes to Investing, You Have Choices

When you think about working with a professional financial advisor, what does that mean to you? How do you want to work together? At Edward Jones, there's no "one size fits all" approach to the investment journey.

Some investors want hands-on involvement in every aspect of investing. Others may prefer to delegate some of the decision making. Some people want guardrails to help ensure their investment selections stay aligned with our diversification guidance. Others prefer more flexibility to select the investments they want. Because Edward Jones offers a variety of ways to invest, you can choose the approaches that are right for you.

**We Start with a Solid Foundation**

Even though there are many ways we can work together, we start with one goal in mind – helping you achieve your long-term financial goals. This includes:

- **Evaluating how comfortable you are with risk**
- **Understanding your personal financial goals**
- **Our investment philosophy, which emphasizes:**
  - Quality investments
  - Diversification
  - A long-term strategy

You have several account options. All of them include our focus on you and your goals, and they all follow the same thoughtful process – working together to **build a diversified portfolio** and helping you **stay on track** over time.

Because each option has distinct features, you can choose the approaches that work for you based on your investment personality, goals and the things that you value the most.



## Edward Jones Guidance – Defined

Using our investment philosophy of quality, diversification, and long-term investing as the foundation, Edward Jones guidance includes:

- **Your Portfolio Objective** – This is the framework for a portfolio based on your time horizon, comfort with risk and goals.

- **Asset Allocation** – We also recommend ways to diversify, including your mix of stocks and bonds, what types of investments fit into those categories, suggested ranges for each investment category, and even how much you own of any single investment.

Regardless of how you choose to work with your financial advisor, you'll have access to our guidance – which is embedded in our expertise, recommendations and tools.

---

# An Additional Professional Management Option

Wealth and Trust Management Services through Edward Jones Trust Company

- A dedicated team of trust and investment professionals who work with your financial advisor to provide you and your family customized asset management and fiduciary services

- Implementation of your estate plan according to your wishes, as outlined by the terms of your trust

- Can serve as trustee, co-trustee or successor trustee

- Can assist individuals by providing managing agency services – including asset management, record keeping, income collection and bill payment – without having to be named as trustee

Trust and related services are provided by Edward Jones Trust Company, an affiliate of Edward D. Jones & Co., L.P. (Edward Jones), a registered broker-dealer. Edward Jones Trust Company and Edward Jones are subsidiaries of the Jones Financial Companies, L.L.L.P. Edward Jones Trust Company may use Edward Jones or other affiliates to act as a broker-dealer for transactions or for other services. Payments of such services may be charged as an expense to the trust and will not reduce the amount of fees payable to Edward Jones Trust Company.

**Important Information**

*Many of the investments available in Guided Solutions and Advisory Solutions are offered by prospectus. You should consider the investment objectives, risks and charges and expenses carefully before investing. The prospectus contains this and other important information. Your Edward Jones financial advisor can provide a prospectus, which you should read carefully before investing.*

Edward Jones is a dually registered broker-dealer and investment adviser. Edward Jones Advisory Solutions® is an asset allocation program that provides investment advisory services. Depending on a client's minimum investment, a client can select Fund Models, which invest in affiliated mutual funds (if available), unaffiliated mutual funds and exchange-traded funds (ETFs), or UMA Models, which also include separately managed allocations (SMAs). Please review the applicable Edward Jones Advisory Solutions Brochure for more information.

Edward Jones Guided Solutions® is a client-directed advisory program designed to provide the client with ongoing investment advice, guidance and services for an asset-based fee. Depending on a client's minimum investment, a client can select Guided Fund, which permits investment in eligible mutual funds and exchange-traded funds (ETFs), and Guided Flex, which also permits investment in eligible stocks and bonds. Please review the applicable Edward Jones Guided Solutions Brochure for more information.

---

# Making Good Choices

**Edward Jones**
MAKING SENSE OF INVESTING

# What Are My Options for Working with My Financial Advisor?

## Traditional Brokerage Account

I want my financial advisor to give me investment advice based on Edward Jones guidance, and then I can choose to implement it as I see fit. I prefer a broad universe of investments and a hands-on approach to building and maintaining my portfolio.

## Edward Jones Guided Solutions™

I prefer a hands-on approach, with my account aligned with Edward Jones guidance. I want my financial advisor to guide me through the process of building my portfolio, and I want systematic account monitoring and guardrails (the recommended ranges for each investment category) in place to help me stay on track. If my investments drift outside these ranges, I want to be notified that my portfolio needs my attention. I can select from two account options, with different investment choices and account features.

## Edward Jones Advisory Solutions®

I prefer to delegate the portfolio construction and ongoing management of my portfolio to a team of research analysts. I want an account that will automatically keep me on track and aligned with Edward Jones guidance. I can select from two account options, with different investment choices and levels of tax management.

For information on wealth and trust management services through Edward Jones Trust Company, please see the back page.

## How Do The Account Options Work?

| | Traditional Brokerage Account | Edward Jones Guided Solutions™ | | Edward Jones Advisory Solutions® | |
| --- | --- | --- | --- | --- | --- |
| | | Flex Account | Fund Account | Fund Models | UMA Models |
| **Building Your Portfolio** | | | Available Summer 2016 | | |
| How much decision making will I have? | **HANDS-ON** When building your portfolio, you make the final yes/no decision on all buys and sells. | **HANDS-ON** When building your portfolio, you make the final yes/no decision for all buys and sells. | | **DELEGATED** We will automatically invest your account according to your selected portfolio model. | |
| How will I use Edward Jones guidance? | **FLEXIBLE** You have the option to use our guidance as a framework. | **ALIGNED** After you select a portfolio objective based on your goals and comfort with risk, you and your financial advisor will build and maintain a portfolio that aligns with our guidance. | | **ALIGNED** After you select a portfolio objective based on your goals and comfort with risk, you will choose from a number of professionally designed and managed models, which are aligned with our guidance. | |
| What investment choices do I have? | **BROAD** You can choose from stocks, bonds, UITs, ETFs and mutual funds. | **BROAD** You can choose from an extensive list of investments, including stocks, bonds, ETFs and mutual funds. | **FUNDS** You can choose from an extensive list of mutual funds and ETFs. | **FUNDS** Your selected portfolio model will contain a mix of mutual funds and/or ETFs. | **FUNDS AND SMAs** Your selected portfolio model will contain a mix of mutual funds, ETFs and separately managed accounts (SMAs), which are professionally managed allocations of individual securities. |
| **Staying On Track** | | | | | |
| Who monitors my account? | **YOU AND YOUR FINANCIAL ADVISOR** You and your financial advisor will work together to review your account. | **YOU AND YOUR FINANCIAL ADVISOR, WITH GUARDRAILS** In addition to you and your financial advisor, our technology actively monitors your account behind the scenes. | | **A TEAM OF RESEARCH ANALYSTS** An automated system and a team of research analysts monitor your selected portfolio model. | **A TEAM + TAX MANAGEMENT** In addition to research analysts, a specialized team will also monitor the model you have chosen for tax management opportunities. |
| How will I rebalance my account and how often? | **YOU DECIDE** Using our investment advice as a framework, you and your financial advisor determine when and how you will make changes and rebalance. | **AS NEEDED** You can rebalance and make changes whenever you like. In addition, you'll be proactively notified if your portfolio moves outside the guardrails, and you'll need to work with your financial advisor to move back into balance. | **AT LEAST EVERY YEAR** You can rebalance and make changes to your account whenever you like. In addition, automated features rebalance your account once a year and use additions or withdrawals to help get you back to your allocations. | **AUTOMATICALLY, WHEN NEEDED** Your account will be automatically rebalanced when it drifts too far from your model's targets. This is called "threshold rebalancing." Your additions or withdrawals will also help get you back to your original targets. | |
| How will I be updated? | **STATEMENTS** You'll receive regular statements, and your financial advisor will contact you with updates and investment ideas. | **REVIEW TOOLS AND STATEMENTS** You'll receive monthly statements and have access to special online review tools, reports and notifications. Your financial advisor will contact you at least annually to review your progress. | | **PERFORMANCE REPORTS AND STATEMENTS** You'll receive statements and performance reports, and your financial advisor will contact you at least annually to review your progress. | |
| **Other Account Characteristics** | | | | | |
| What is the account minimum? | No minimum | $100,000 | $5,000 | $50,000 | $500,000 |
| How will I pay and how much? | You pay a commission when you buy or sell investments, and some investments may have internal expenses. Since you pay per transaction, you have more control, but your total expenses may be less predictable. | The program fee is 1.35% but may be lower based upon your situation.[1] The program fee does not include internal expenses of the investments you own.[2] Paying an ongoing fee can make expenses more predictable but can be more expensive over time. | | The program fee is 1.35% but may be lower based upon your situation.[1] The program fee does not include internal expenses of the investments you own or any administrative fees.[2] Paying an ongoing fee can make expenses more predictable but can be more expensive over time. | |

1 The program fee for Benefit Plan accounts is 1.5%.   2 For additional details regarding fees and expenses associated with Edward Jones Guided Solutions and Advisory Solutions, please see the applicable Brochure and Fee Schedule. For other important information, please see the back page.