# EXHIBIT 35

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM N-CSR**

**CERTIFIED SHAREHOLDER REPORT OF REGISTERED
MANAGEMENT INVESTMENT COMPANIES**

Investment Company Act file number   811-07890

AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds)
(Exact name of registrant as specified in charter)

11 Greenway Plaza, Suite 1000 Houston, Texas 77046
(Address of principal executive offices) (Zip code)

Sheri Morris 11 Greenway Plaza, Suite 1000 Houston, Texas 77046
(Name and address of agent for service)

Registrant's telephone number, including area code: (713) 626-1919

Date of fiscal year end: 2/28

Date of reporting period: 8/31/18



Semiannual Report to Shareholders　　　　　　　　　　　　　　　　　　　August 31, 2018

# Invesco Intermediate Term Municipal Income Fund
**Nasdaq:**
A: VKLMX   C: VKLCX   Y: VKLIX   R6: VKLSX



| | |
|---|---|
| 2 | Fund Performance |
| 4 | Letters to Shareholders |
| 5 | Schedule of Investments |
| 26 | Financial Statements |
| 28 | Notes to Financial Statements |
| 35 | Financial Highlights |
| 36 | Fund Expenses |
| 37 | Approval of Investment Advisory and Sub-Advisory Contracts |

For the most current month-end Fund performance and commentary, please visit invesco.com/performance.

Unless otherwise noted, all data provided by Invesco.

**This report must be accompanied or preceded by a currently effective Fund prospectus, which contains more complete information, including sales charges and expenses. Investors should read it carefully before investing.**

NOT FDIC INSURED | MAY LOSE VALUE | NO BANK GUARANTEE

## Statement of Changes in Net Assets
*For the six months ended August 31, 2018 and the year ended February 28, 2018*
*(Unaudited)*

| | August 31, 2018 | February 28, 2018 |
|---|---|---|
| **Operations:** | | |
| Net investment income | $ 18,730,051 | $ 34,561,482 |
| Net realized gain (loss) | (83,757) | (3,652,141) |
| Change in net unrealized appreciation | 811,919 | 3,687,642 |
| Net increase in net assets resulting from operations | 19,458,213 | 34,596,983 |
| **Distributions to shareholders from net investment income:** | | |
| Class A | (10,936,281) | (20,449,571) |
| Class B | — | (51,650) |
| Class C | (2,390,978) | (4,802,778) |
| Class Y | (5,584,887) | (9,433,699) |
| Class R6 | (156) | (285) |
| Total distributions from net investment income | (18,912,302) | (34,737,983) |
| **Share transactions–net:** | | |
| Class A | (4,408,426) | 65,810,167 |
| Class B | — | (2,779,567) |
| Class C | (21,598,191) | 1,497,230 |
| Class Y | 50,504,323 | 63,080,134 |
| Class R6 | — | 10,000 |
| Net increase in net assets resulting from share transactions | 24,497,706 | 127,617,964 |
| Net increase in net assets | 25,043,617 | 127,476,964 |
| **Net assets:** | | |
| Beginning of period | 1,338,053,904 | 1,210,576,940 |
| End of period (includes undistributed net investment income of $3,555,253 and $3,737,504, respectively) | $ 1,363,097,521 | $ 1,338,053,904 |

## Notes to Financial Statements
*August 31, 2018*
*(Unaudited)*

**NOTE 1—Significant Accounting Policies**

Invesco Intermediate Term Municipal Income Fund (the "Fund") is a series portfolio of AIM Tax-Exempt Funds (Invesco Tax-Exempt Funds) (the "Trust"). The Trust is a Delaware statutory trust registered under the Investment Company Act of 1940, as amended (the "1940 Act"), as an open-end series management investment company authorized to issue an unlimited number of shares of beneficial interest. Information presented in these financial statements pertains only to the Fund. Matters affecting the Fund or each class will be voted on exclusively by the shareholders of the Fund or each class.

The Fund's investment objective is to provide investors with a high level of current income exempt from federal income tax, consistent with preservation of capital.

The Fund currently consists of four different classes of shares: Class A, Class C, Class Y and Class R6. Class Y shares are available only to certain investors. Class A shares are sold with a front-end sales charge unless certain waiver criteria are met and under certain circumstances load waived shares may be subject to contingent deferred sales charges ("CDSC"). Class C shares are sold with a CDSC. Class Y and Class R6 shares are sold at net asset value.

The Fund is an investment company and accordingly follows the investment company accounting and reporting guidance in accordance with Financial Accounting Standards Board Accounting Standards Codification Topic 946, *Financial Services — Investment Companies*.

The following is a summary of the significant accounting policies followed by the Fund in the preparation of its financial statements.

**A. Security Valuations** — Securities, including restricted securities, are valued according to the following policy.

Securities are fair valued using an evaluated quote provided by an independent pricing service approved by the Board of Trustees. Evaluated quotes provided by the pricing service may be determined without exclusive reliance on quoted prices, and may reflect appropriate factors such as institution-size trading in similar groups of securities, developments related to specific securities, dividend rate (for unlisted equities), yield (for debt obligations), quality, type of issue, coupon rate (for debt obligations), maturity (for debt obligations), individual trading characteristics and other market data. Pricing services generally value debt obligations assuming orderly transactions of institutional round lot size, but a fund may hold or transact in the same securities in smaller, odd lot sizes. Odd lots often trade at lower prices than institutional round lots. Debt obligations are subject to interest rate and credit risks. In addition, all debt obligations involve some risk of default with respect to interest and/or principal payments.