# EXHIBIT 36

UNITED STATES  
SECURITIES AND EXCHANGE COMMISSION  
Washington, D.C. 20549


FORM N-CSR  
Certified Shareholder Report of  
Registered Management Investment Companies

Investment Company Act File Number: 811-22496


**American Funds Global Balanced Fund**  
(Exact Name of Registrant as Specified in Charter)

6455 Irvine Center Drive  
Irvine, California 92618  
(Address of Principal Executive Offices)


Registrant's telephone number, including area code: (213) 486-9200

Date of fiscal year end: October 31

Date of reporting period: April 30, 2018


*Laurie D. Neat*  
***American Funds Global Balanced Fund***  
*333 South Hope Street*  
*Los Angeles, California 90071*  
*(Name and Address of Agent for Service)*

# Notes to financial statements

## 1. Organization

American Funds Global Balanced Fund (the "fund") is registered under the Investment Company Act of 1940 as an open-end, diversified management investment company. The fund seeks the balanced accomplishment of three objectives: long-term growth of capital, conservation of principal and current income.

The fund has 19 share classes consisting of six retail share classes (Classes A, C, T, F-1, F-2 and F-3), five 529 college savings plan share classes (Classes 529-A, 529-C, 529-E, 529-T and 529-F-1) and eight retirement plan share classes (Classes R-1, R-2, R-2E, R-3, R-4, R-5E, R-5 and R-6). The 529 college savings plan share classes can be used to save for college education. The retirement plan share classes are generally offered only through eligible employer-sponsored retirement plans. The fund's share classes are described further in the following table:

| Share class | Initial sales charge | Contingent deferred sales charge upon redemption | Conversion feature |
|---|---|---|---|
| **Classes A and 529-A** | Up to 5.75% | None (except 1% for certain redemptions within 18 months of purchase without an initial sales charge) | None |
| **Class C** | None | 1% for redemptions within one year of purchase | Class C converts to Class F-1 after 10 years |
| **Class 529-C** | None | 1% for redemptions within one year of purchase | Class 529-C converts to Class 529-A after 10 years* |
| **Class 529-E** | None | None | None |
| **Classes T and 529-T†** | Up to 2.50% | None | None |
| **Classes F-1, F-2, F-3 and 529-F-1** | None | None | None |
| **Classes R-1, R-2, R-2E, R-3, R-4, R-5E, R-5 and R-6** | None | None | None |

\* Effective December 1, 2017.

† Class T and 529-T shares are not available for purchase.

Holders of all share classes have equal pro rata rights to the assets, dividends and liquidation proceeds of the fund. Each share class has identical voting rights, except for the exclusive right to vote on matters affecting only its class. Share classes have different fees and expenses ("class-specific fees and expenses"), primarily due to different arrangements for distribution, transfer agent and administrative services. Differences in class-specific fees and expenses will result in differences in net investment income and, therefore, the payment of different per-share dividends by each share class.