# EXHIBIT 39

**REDACTED DOCUMENT
SOUGHT TO BE SEALED**