# EXHIBIT 40

**California Wildfire**

If your Edward Jones branch office is temporarily closed due to the wildfires in California and you need assistance, please call our Client Relations department at 1-800-511-5768 (Monday-Friday, 7 a.m. – 7 p.m. CT) or view additional contact options.



Client Login | US | En | Disclosures | Careers | Enter search terms

Value of a Financial Advisor | Investments & Services | Preparing for Your Future | Market News & Guidance

# Edward Jones Introduces Sub-Advised Mutual Fund for Clients in the Firm's Advisory Program

**Bridge Builder Bond Fund to be launched in response to growth of Edward Jones Advisory Solutions®**

**ST. LOUIS (Sept. 3, 2013)** – St. Louis-based financial services firm Edward Jones has announced the upcoming introduction of a proprietary sub-advised bond fund sponsored by the firm and designed specifically for clients invested in the firm's fee-based Advisory Solutions program - Bridge Builder Bond Fund.

Proprietary funds are those both sponsored and managed by a brokerage firm or other financial institution. The Bridge Builder Bond Fund is being introduced specifically in response to the success of Advisory Solutions, a fee-based Edward Jones investment advisory program that was introduced in 2008 and has grown to more than $100 billion in assets invested. That amount represents roughly 14 percent of the firm's assets under care.

Because of the growth of Advisory Solutions, Edward Jones' clients own large portions of some non-proprietary mutual funds. This may lead to challenges when rebalancing clients' accounts to align their portfolios with their investment goals or removing client assets from the funds.

Utilizing the proprietary sub-advised mutual fund structure helps to alleviate these challenges by enabling the investment adviser, Olive Street Investment Advisers – an Edward Jones affiliate -- to select one or more money managers, also known as sub-advisers, to manage the assets within the fund on behalf of the program's clients. This benefits clients by giving Olive Street the flexibility, with the approval of the fund's board, to increase the number of money managers available and to add, change or remove money managers with limited financial and tax impact to client accounts. Additionally, as noted in the fund's prospectus, Olive Street has chosen to waive its management fees over and above those paid to the sub-advisers, reducing the overall costs for investors with

regard to this fund.

Olive Street has selected J.P. Morgan Investment Management Inc., Prudential Investments and Robert W. Baird & Co. as the initial sub-advisers for the fund. These firms, or others Olive Street selects with the approval of the fund's board, will manage the assets of the fund exclusively for clients in Advisory Solutions, and will be responsible for the day-to-day individual security selection and trading for the fund.

Edward Jones Managing Partner Jim Weddle said that, "The firm is not in the business of manufacturing products, but in serving the individual investor. However, when we think it is in the client's best interest we will," emphasizing that Bridge Builder is being created only to support the continued growth of the Advisory Solutions program.

"Our clients have responded very positively to the introduction of our fee-based program, Advisory Solutions," Weddle said. "This is a logical evolutionary step when advisory programs reach a certain size. We needed to take this step to continue to serve our clients' needs."

In Advisory Solutions, like similar fee-based programs, investors pay an annual fee based on the size of their portfolios rather than a commission based on the number or amount of trades. Please review the applicable Edward Jones Advisory Solutions® Brochure for more information.

Bridge Builder Bond Fund is expected to be available to clients of the program by late 2013.

Edward Jones provides financial services for individual investors in the United States and, through its affiliate, in Canada. Member SIPC, FINRA.

### About the Bridge Builder Bond Fund

**The information in this communication and the fund's prospectus is not complete and may be changed. We may not sell the fund's securities until the registration statement filed with the Securities and Exchange Commission (SEC) is effective. This communication and the fund's prospectus is not an offer to sell the fund's securities and the fund is not soliciting an offer to buy these securities in any state where the offer or sale is not permitted. Mutual fund investments involve risk and principal loss is possible. Investors should consider the fund's investment objectives, risks, charges and expenses carefully before investing. The fund's prospectus contains this and other important information about the fund and should be read carefully before investing. The preliminary version of the Bridge Builder Trust's registration statement has been filed with the SEC and can be obtained by visiting the SEC's website at http://www.sec.gov.**

The Bridge Builder Bond Fund is distributed by Quasar Distributors, LLC. Quasar Distributors is not affiliated with Edward Jones.

| By Location | By Name |
|---|---|

**Find a Financial Advisor**

Enter a ZIP, state, city or address

## Market Data

DJIA: 25,014.24 ▼ -66.26 | NASDAQ: 7,169.56 ▲ 33.17 | S&P 500: 2,702.82 ▲ 1.24

### Value of a Financial Advisor

How a Financial Advisor Can Help
Getting Started

### Investments & Services

How We Select Investments
Wealth Management
Retirement & College Savings
Stocks, Bonds & Mutual Funds
Cash & Credit
Insurance & Annuities
Business Owners

### Preparing For Your Future

How We Approach Your Needs
Retirement
Paying for Education
Preparing for the Unexpected
Planning Your Estate
Calculators & Checklists
Resources & Financial Education

### Market News & Guidance

Our Research
Investment Policy Committee
Our Investment Philosophy
Daily Market Recap
Weekly Market Update
Quarterly Market Outlook

### About Us

Careers
News & Media
Headquarters & Campus Locations
Financial Reports
In the Community
Awards & Recognition

### Client Resources

Convenient Account Features
Tax Resources
Fraud Awareness
Doing Business with Us

---

Careers | Feedback | Privacy | Ad Choices | Revenue Sharing | **Disclosures**

Copyright © 2018 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. financial advisors. Edward Jones' U.S. financial advisors may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.