# EXHIBIT 41

9/25/2018　Edward Jones Shakes Up Retirement Offerings Ahead of Fiduciary Rule - WSJ

DOW JONES, A NEWS CORP COMPANY

DJIA 26492.21 -0.26% ▼　　S&P 500 2915.56 -0.13% ▼　　Nasdaq 8007.47 0.18% ▲　　U.S. 10 Yr -2/32 Yield 3.095% ▼　　Crude Oil 71.91 -0.51% ▼

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/edward-jones-shakes-up-retirement-offerings-ahead-of-fiduciary-rule-1471469692

WEALTH MANAGEMENT

# Edward Jones Shakes Up Retirement Offerings Ahead of Fiduciary Rule

Investment firm to curtail some mutual-fund access, cut investment minimums on other accounts



Edward Jones Managing Partner Jim Weddle, seen in March, says the firm plans to slash investment minimums on more of its advisory accounts on Aug. 20 to broaden their appeal. **PHOTO:** BRAD BARKET/GETTY IMAGES

By Michael Wursthorn

Aug. 17, 2016 5:34 p.m. ET

Edward Jones unveiled how it will serve retirement savers in light of new federal rules governing brokers, showing it will curtail mutual-fund access for retirement savers in accounts that charge commissions and slash investment minimums on others.

The maneuvers are aimed at complying with new rules adopted by the Obama administration, requiring that brokers put the interests of retirement savers ahead of their own. Previous rules required that broker's advice merely had to be "suitable" for a retirement investor, which some critics call a "weaker standard."

Under the Obama administration's fiduciary rule, brokers will have to justify the differing compensation they can receive for recommending one product over another to a retirement saver, making loads on mutual funds and varying share-class prices potentially problematic in accounts that charge investors for each transaction.

Mutual-fund pricing "needs to be very consistent" to prove a broker made a nonconflicting recommendation, says Jim Weddle, Edward Jones's head and managing partner.

Until then, the St. Louis-based brokerage firm will instead offer commission-based IRAs to its four million clients in retirement accounts, using the Labor Department's so-called best-interest contract, an agreement that requires the firm to act in the investor's best interests and includes information about the firm's conflicts of interest.

The account would let retirement savers buy stocks, bonds, variable annuities and certificates of deposit, charging them a commission for each transaction. But without more consistent pricing, it won't allow investors to buy mutual funds or exchange-traded funds.

The commission-based IRAs will carry $100,000 minimums, although that hurdle is only $10,000 for variable annuities.

That stance could be a blow for the more-than-$15 trillion mutual-fund industry if other firms follow suit with similar IRA offerings in an effort to both comply with the rule and still offer retirement savers a commission-based account option.

"We shared the concern we're not offering mutual funds in a transaction-based IRA" with the mutual-fund industry, Mr. Weddle said. "If they can bring a more aligned approach to that pricing, we would reconsider including them in the future."

Mutual-fund companies are aware of the problem and are "examining its share classes and fee structures to determine how best to serve its distributors and the retirement market under the demands of the new fiduciary rule," according to a representative for fund industry trade group Investment Company Institute.

Retirement savers who want mutual-fund exposure at Edward Jones can opt for an advisory account, which charges an annual fee instead of a commission for each transaction. The single fee retirement savers pay in an advisory account regardless of its underlying investments would meet the level-fee requirements imposed by fiduciary rule, Mr. Weddle said.

The firm plans to slash investment minimums on more of its advisory accounts on Aug. 20 to broaden their appeal, Mr. Weddle added.

Edward Jones will also take advantage of the rule's grandfathering provision, Mr. Weddle said. Investments in existing IRAs made before April 10 of next year can remain in place without any changes as long as no new investment purchases are made, albeit with some exceptions.

All four million of Edward Jones's retirement clients could opt for the grandfathering provision or one of the other options, Mr. Weddle said, showing how one brokerage is focusing on how to implement the Obama administration's fiduciary provision while some other groups fight to halt the rule in court.

"Our clientele, by and large, is not aware of the rule, the impact or the changes that will be necessary or the changes they will need to make to align," Mr. Weddle said. "Our job, and we embrace this, is reaching out to them with an understanding some of them will need to change."

Edward Jones has spent about $25 million to prepare for the rule so far, Mr. Weddle said, and estimated it would spend about twice that much between now and April to build out its compliance and supervisory systems and on preparing advisers and clients. The rule is scheduled to fully take effect in January 2018.

Mr. Weddle said the transition will likely affect the firm's revenue negatively, but said it is too early to guess the extent as it will depend on how clients decide to proceed with their retirement account.

Meanwhile, a group of financial and business trade groups is fighting to kill the rule, including the U.S. Chamber of Commerce, the Financial Services Roundtable and the Securities Industry and Financial Markets Association. The coalition filed a suit in federal court in Dallas. The case is ongoing.

The Chamber of Commerce, Sifma and others argue the Obama administration and the Labor Department crafted an unduly complex rule that will make advice too costly for many smaller savers.

**Write to** Michael Wursthorn at Michael.Wursthorn@wsj.com

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

1113