# EXHIBIT 45



**BrokerCheck Report**

# DALAS LEE GUNDERSEN

CRD# 3107187

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 - 5 |
| Disclosure Events | 6 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- · **What is included in a BrokerCheck report?**
  - · BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  - · Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- · **Where did this information come from?**
  - · The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- · **How current is this information?**
  - · Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- · **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  - · To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- · **Are there other resources I can use to check the background of investment professionals?**
  - · FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- ·

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



## DALAS L. GUNDERSEN
CRD# 3107187

**Currently employed by and registered with the following Firm(s):**

**KOVACK SECURITIES INC.**
6451 N. FEDERAL HWY.
SUITE 1201
FT. LAUDERDALE, FL 33308
CRD# 44848
Registered with this firm since: 05/21/2015

**KOVACK SECURITIES INC.**
855 W. WOOD STREET
SUITE D
WILLOWS, CA 95988
CRD# 44848
Registered with this firm since: 05/21/2015

## Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is registered with:**
- 2 Self-Regulatory Organizations
- 3 U.S. states and territories

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 2 State Securities Law Exams

### Registration History

**This broker was previously registered with the following securities firm(s):**

**EDWARD JONES**
CRD# 250
WILLOWS, CA
11/1999 - 01/2015

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
CHICO, CA
09/2011 - 09/2011

**PAINEWEBBER INCORPORATED**
CRD# 8174
WEEHAWKEN, NJ
10/1998 - 11/1999

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

**Are there events disclosed about this broker?** Yes

**The following types of disclosures have been reported:**

| Type | Count |
|---|---|
| Regulatory Event | 1 |
| Customer Dispute | 2 |
| Termination | 1 |

### Investment Adviser Representative Information

The information below represents the individual's record as a broker. For details on this individual's record as an investment adviser representative, visit the SEC's Investment Adviser Public Disclosure website at
https://www.adviserinfo.sec.gov

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.



# Broker Qualifications

## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 2 SROs and is licensed in 3 U.S. states and territories through his or her employer.**

### Employment 1 of 1

| | |
|---|---|
| Firm Name: | **KOVACK SECURITIES INC.** |
| Main Office Address: | **6451 N. FEDERAL HWY.** |
| | **SUITE 1201** |
| | **FT. LAUDERDALE, FL  33308** |
| Firm CRD#: | **44848** |

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Representative | APPROVED | 06/01/2015 |
| Nasdaq Stock Market | General Securities Representative | APPROVED | 05/21/2015 |

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| California | Agent | APPROVED | 06/02/2015 |
| Oregon | Agent | APPROVED | 11/27/2017 |
| Washington | Agent | APPROVED | 11/27/2017 |

## Branch Office Locations

**KOVACK SECURITIES INC.**
855 W. WOOD STREET
SUITE D
WILLOWS, CA  95988

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| Securities Industry Essentials Examination | SIE | 10/01/2018 |
| General Securities Representative Examination | Series 7 | 10/24/1998 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Investment Adviser Law Examination | Series 65 | 11/04/1998 |
| Uniform Securities Agent State Law Examination | Series 63 | 11/04/1998 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 11/1999 - 01/2015 | EDWARD JONES | 250 | WILLOWS, CA |
| 09/2011 - 09/2011 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | CHICO, CA |
| 10/1998 - 11/1999 | PAINEWEBBER INCORPORATED | 8174 | WEEHAWKEN, NJ |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 05/2015 - Present | KOVACK ADVISORS, INC. | FORT LAUDERDALE, FL |
| 05/2015 - Present | KOVACK SECURITIES, INC. | FORT LAUDERDALE, FL |
| 01/2015 - 05/2015 | UNEMPLOYED | ARBUCKLE, CA |
| 11/1999 - 01/2015 | EDWARD JONES | ST LOUIS, MO |
| 09/2011 - 09/2011 | MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | CHICO, CA |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1) FIXED INSURANCE - 855 W. WOOD STREET, SUITE D, WILLOWS, CA 95988; INSURANCE SALES, VARIABLE ANNUITIES, LIFE INSURANCE, LTC; INVESTMENT RELATED; FINANCIAL REPRESENTATIVE; SALES AND SUPPORT OF INSURANCE PRODUCTS; 5% PER MONTH
2) RENT HOUSE TO TENNANT - ARTOLS, CA; IT IS OUR OLD HOUSE THAT WE RENT OUT, WE ARE IN THE PROCESS NOW OF HAVING IT LISTED FOR SALE; NON INVESTMENT RELATED; OWNER OF HOUSE; PERIODIC MAINTENANCE GENERALLY LESS THAN 5 HOURS PER MONTH; 2% OF TIME SPENT
3) WILLOWS TOASTMASTERS CLUB - WILLOWS, CA 95988; PUBLIC SPEAKING ORGANIZATION; PRESIDENT;

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

**Registration and Employment History**



**Other Business Activities, continued**

RUN MEETING, ORGANIZE VARIOUS EVENTS TO FURTHER GOALS , PUBLIC SPEAKING VARIOUS VENUES IN COMMUNITY; 5% OF TIME SPENT

4)DBA: DALAS GUNDERSEN INVESTMENT ADVISORY SERVICES - 855 W. WOOD STREET, WILLOWS CA, 95988; OWNER/OPERATOR OFFERING TRADITIONAL INVESTMENTS; INVESTMENT RELATED BUSINESS; 80% OF TIME SPENT

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

5

## Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   o A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   o A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   o

3. **Disclosure events in BrokerCheck reports come from different sources:**
   o As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   o

4. **There are different statuses and dispositions for disclosure events:**
   o A disclosure event may have a status of *pending, on appeal,* or *final.*
      § A "pending" event involves allegations that have not been proven or formally adjudicated.
      § An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
      § A "final" event has been concluded and its resolution is not subject to change.
   o A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
      § An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
      § A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
      § A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 1 | 0 |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.



| Customer Dispute | 0 | 2 | N/A |
| --- | --- | --- | --- |
| Termination | N/A | 1 | N/A |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

7



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This type of disclosure event may involve (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulatory such as the Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of a broker's authority to act as an attorney, accountant, or federal contractor.

#### Disclosure 1 of 1

| | |
|---|---|
| Reporting Source: | Regulator |
| Regulatory Action Initiated By: | FINRA |
| Sanction(s) Sought: | Other: N/A |
| Date Initiated: | 02/27/2015 |
| Docket/Case Number: | 2014040816301 |
| Employing firm when activity occurred which led to the regulatory action: | EDWARD JONES |
| Product Type: | Mutual Fund |
| Allegations: | WITHOUT ADMITTING OR DENYING THE FINDINGS, GUNDERSEN CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT HE MADE AN UNSUITABLE RECOMMENDATION TO CUSTOMERS IN LIGHT OF THEIR FINANCIAL CONDITION AND THE EXCESSIVELY CONCENTRATED NATURE OF THE INVESTMENT. GUNDERSEN RECOMMENDED THAT A MARRIED COUPLE INVEST APPROXIMATELY $1.26 MILLION, OR 80 PERCENT OF THEIR NET WORTH, IN AN INTERMEDIATE MUNICIPAL BOND MUTUAL FUND. THE CUSTOMERS ACTED ON GUNDERSEN'S RECOMMENDATION AND INVESTED THEIR FUNDS IN TWO MUTUAL FUNDS AND THEREAFTER UPON GUNDERSEN'S RECOMMENDATION THEY |



EXCHANGED THE FUNDS PREVIOUSLY INVESTED IN ONE OF THE MUTUAL FUNDS INTO THE OTHER MUTUAL FUND. THEIR PURCHASES OF THE FUND GENERATED APPROXIMATELY $7,556 IN GROSS COMMISSIONS, OF WHICH GUNDERSEN RECEIVED $2,837 IN NET COMMISSIONS. THE CUSTOMERS COMPLAINED TO GUNDERSEN'S MEMBER FIRM ABOUT A DECLINE IN THE VALUE OF THEIR MUTUAL FUND INVESTMENT. THEY SOLD THE FUND, REALIZING A LOSS OF $45,775 AND INCURRING APPROXIMATELY $11,900 IN DEFERRED SALES CHARGES. THE FIRM SUBSEQUENTLY SETTLED THEIR COMPLAINT FOR APPROXIMATELY $46,000.

| | |
|---|---|
| **Current Status:** | Final |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 02/27/2015 |
| **Sanctions Ordered:** | Civil and Administrative Penalty(ies)/Fine(s) Disgorgement Suspension Other: PLUS INTEREST ON DISGORGEMENT OF COMMISSIONS RECEIVED |
| **If the regulator is the SEC, CFTC, or an SRO, did the action result in a finding of a willful violation or failure to supervise?** | No |



**(1) willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or to have been unable to comply with any provision of such Act, rule or regulation?**

**(2) willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? or**

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.



**(3) failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation by such person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any such Acts, or any of the rules of the Municipal Securities Rulemaking Board?**

**Sanction 1 of 1**

| | |
|---|---|
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | ANY CAPACITY |
| **Duration:** | 10 BUSINESS DAYS |
| **Start Date:** | 03/02/2015 |
| **End Date:** | 03/13/2015 |

**Monetary Sanction 1 of 2**

| | |
|---|---|
| **Monetary Related Sanction:** | Disgorgement |
| **Total Amount:** | $2,837.00 |
| **Portion Levied against individual:** | $2,837.00 |
| **Payment Plan:** | |
| **Is Payment Plan Current:** | |
| **Date Paid by individual:** | 04/13/2016 |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |

**Monetary Sanction 2 of 2**

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

| | |
|---|---|
| **Monetary Related Sanction:** | Civil and Administrative Penalty(ies)/Fine(s) |
| **Total Amount:** | $5,000.00 |
| **Portion Levied against individual:** | $5,000.00 |
| **Payment Plan:** | DEFERRED |
| **Is Payment Plan Current:** | |
| **Date Paid by individual:** | 04/13/2016 |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |
| **Regulator Statement** | Fine paid in full on April 13, 2016. |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Regulatory Action Initiated By:** | FINRA |
| **Sanction(s) Sought:** | Civil and Administrative Penalty(ies)/Fine(s)<br>Disgorgement<br>Suspension |
| **Date Initiated:** | 02/27/2015 |
| **Docket/Case Number:** | 2014040816301 |
| **Employing firm when activity occurred which led to the regulatory action:** | EDWARD JONES |
| **Product Type:** | Mutual Fund |
| **Allegations:** | WITHOUT ADMITTING OR DENYING THE FINDINGS, GUNDERSEN CONSENTED TO THE SANCTIONS AND TO THE ENTRY OF FINDINGS THAT HE MADE AN UNSUITABLE RECOMMENDATION TO CUSTOMERS IN LIGHT OF THEIR FINANCIAL CONDITION AND THE EXCESSIVELY CONCENTRATED NATURE OF THE INVESTMENT. GUNDERSEN RECOMMENDED THAT A MARRIED COUPLE INVEST APPROXIMATELY $1.26 MILLION, OR 80 PERCENT OF THEIR NET WORTH, IN AN INTERMEDIATE MUNICIPAL BOND MUTUAL FUND. THE CUSTOMERS ACTED ON GUNDERSEN'S RECOMMENDATION AND INVESTED THEIR FUNDS IN TWO MUTUAL FUNDS AND THEREAFTER UPON GUNDERSEN'S RECOMMENDATION THEY |



EXCHANGED THE FUNDS PREVIOUSLY INVESTED IN ONE OF THE MUTUAL
FUNDS INTO THE OTHER MUTUAL FUND. THEIR PURCHASES OF THE FUND
GENERATED APPROXIMATELY $7,556 IN GROSS COMMISSIONS, OF WHICH
GUNDERSEN RECEIVED $2,837 IN NET COMMISSIONS. THE CUSTOMERS
COMPLAINED TO GUNDERSEN'S MEMBER FIRM ABOUT A DECLINE IN THE
VALUE OF THEIR MUTUAL FUND INVESTMENT. THEY SOLD THE FUND,
REALIZING A LOSS OF $45,775 AND INCURRING APPROXIMATELY $11,900 IN
DEFERRED SALES CHARGES. THE FIRM SUBSEQUENTLY SETTLED THEIR
COMPLAINT FOR APPROXIMATELY $46,000.

| | |
|---|---|
| **Current Status:** | Final |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 02/27/2015 |
| **Sanctions Ordered:** | Civil and Administrative Penalty(ies)/Fine(s) Disgorgement Suspension Other: PLUS INTEREST ON DISGORGEMENT OF COMMISSIONS RECEIVED |

**Sanction 1 of 1**

| | |
|---|---|
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | ANY CAPACITY |
| **Duration:** | 10 BUSINESS DAYS |
| **Start Date:** | 03/02/2015 |
| **End Date:** | 03/13/2015 |

**Monetary Sanction 1 of 2**

| | |
|---|---|
| **Monetary Related Sanction:** | Disgorgement |
| **Total Amount:** | $2,837.00 |
| **Portion Levied against individual:** | $2,837.00 |
| **Payment Plan:** | |
| **Is Payment Plan Current:** | |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.                                                 13

**FINTA**

**Date Paid by individual:**

| | |
|---|---|
| **Was any portion of penalty waived?** | No |

**Amount Waived:**

**Monetary Sanction 2 of 2**

| | |
|---|---|
| **Monetary Related Sanction:** | Civil and Administrative Penalty(ies)/Fine(s) |
| **Total Amount:** | $5,000.00 |
| **Portion Levied against individual:** | $5,000.00 |
| **Payment Plan:** | DEFERRED |

**Is Payment Plan Current:**

**Date Paid by individual:**

| | |
|---|---|
| **Was any portion of penalty waived?** | No |

**Amount Waived:**

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN. 14



## Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

### Disclosure 1 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | EDWARD JONES |
| **Allegations:** | CLIENT DISAPPOINTED WITH THE FINANCIAL ADVISOR'S REPRESENTATION OF RISK INVOLVED WITH BOND MUTUAL FUND. THE CLIENT IS ALSO UNHAPPY WITH PERFORMANCE AND LOSS OF PRINCIPAL IN FUND. |
| **Product Type:** | Mutual Fund |
| **Alleged Damages:** | $0.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 08/05/2013 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 03/24/2014 |
| **Settlement Amount:** | $45,803.00 |
| **Individual Contribution Amount:** | $0.00 |
| **Broker Statement** | THE FIRM RESOLVED THIS MATTER IN THE AMOUNT OF $45,803.00. FINANCIAL ADVISOR WAS NOT REQUIRED TO CONTRIBUTE TO THE RESOLUTION. |

### Disclosure 2 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

**FINRA**

| | |
|---|---|
| **Employing firm when activities occurred which led to the complaint:** | EDWARD JONES |
| **Allegations:** | FROM 02/10/2012 TO 03/23/2012 CLIENT CLAIMS THAT THE TRADES PLACED ON 2/10/12 WERE NOT AUTHORIZED AND IS WANTING AN INVESTIGATION. |
| **Product Type:** | Mutual Fund |
| **Alleged Damages:** | $5,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | ALLEGATIONS CLAIM DAMAGES THAT APPEAR TO BE IN EXCESS OF $5000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/23/2012 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 04/30/2012 |
| **Settlement Amount:** | $2,639.98 |
| **Individual Contribution Amount:** | $0.00 |
| **Broker Statement** | ACCORDING TO THE FINANCIAL ADVISOR, HE MET WITH THE CLIENT IN HIS OFFICE TO DISCUSS RECOMMENDATIONS TO DIVERSIFY HIS PORTFOLIO AND INCREASE HIS TAX-FREE INCOME.  THE FINANCIAL ADVISOR CONTENDS THAT AFTER HE PROVIDED HIM A DETAILED DISCUSSION OF HIS RECOMMENDATIONS, THE CLIENT AUTHORIZED THE FINANCIAL ADVISOR TO MAKE THE RECOMMENDED CHANGES TO HIS ACCOUNT.  THE FINANCIAL ADVISOR DID INDICATE THAT HE DID NOT PROVIDE A DETAILED EXPLANATION OF THE FEES ASSOCIATED WITH THE RECOMMENDATIONS AT THE TIME OF THE APPOINTMENT.  BASED UPON OUR REVIEW IT IS OUR OPINION THE TRANSACTIONS WERE AUTHORIZED BY THE CLIENT. EDWARD JONES HAS EXTENDED AN OFFER TO THE CLIENT TO REIMBURSE THE COMMISSION CHARGES FOR $2,639.98. OFFER ACCEPTED. |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.



## Employment Separation After Allegations

This type of disclosure event involves a situation where the broker voluntarily resigned, was discharged, or was permitted to resign after being accused of (1) violating investment-related statutes, regulations, rules or industry standards of conduct; (2) fraud or the wrongful taking of property; or (3) failure to supervise in connection with investment-related statutes, regulations, rules, or industry standards of conduct.

### Disclosure 1 of 1

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employer Name:** | EDWARD JONES |
| **Termination Type:** | Discharged |
| **Termination Date:** | 12/05/2014 |
| **Allegations:** | VIOLATED FIRM POLICY BY ENTERING TRADES BASED ON INSTRUCTIONS GIVEN FROM CLIENTS TO MR. GUNDERSEN'S NON-REGISTERED BRANCH OFFICE ADMINISTRATOR WITHOUT CONFIRMING THE TRADES WITH THE CLIENTS. MR. GUNDERSEN ADMITTED PROVIDING INACCURATE INFORMATION TO THE FIRM'S COMPLIANCE DEPARTMENT REGARDING THIS ACTIVITY. |
| **Product Type:** | No Product |

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.

www.finra.org/brokercheck

# End of Report



This page is intentionally left blank.

©2018 FINRA. All rights reserved. Report about DALAS L. GUNDERSEN.