| | |
|---|---|
| MERYL L. YOUNG, SBN 110156<br>    myoung@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>Facsimile:  949.451.4220 | SAMUEL A. KEESAL, SBN 38014<br>    skip.keesal@kyl.com<br>KEESAL, YOUNG & LOGAN<br>400 Oceangate<br>Long Beach, CA  90802<br>Telephone: 562.436.2000<br>Facsimile:  562.436.7416 |
| ALEXANDER K. MIRCHEFF, SBN 245074<br>    amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | JULIE L. TAYLOR, SBN 154341<br>    julie.taylor@kyl.com<br>KEESAL, YOUNG & LOGAN<br>450 Pacific Avenue<br>San Francisco, CA  94133<br>Telephone: 415.398.6000<br>Facsimile:  415.981.0136 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION, | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Judge:    Hon. John A. Mendez |

| | |
|---|---|
| 1 | This Court, having reviewed and considered all submissions in favor of, and opposed to, |
| 2 | Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, finds that the Complaint fails to |
| 3 | satisfy the applicable pleading standards under Federal Rules of Civil Procedure 12(b)(6) and 9(b), |
| 4 | and the Private Securities Litigation Reform Act of 1995. Moreover, to the extent the Complaint |
| 5 | asserts class-wide claims under state law, the Securities Litigation Uniform Standards Act of 1998 |
| 6 | precludes the claims, and such claims should be dismissed for lack of subject-matter jurisdiction |
| 7 | under Federal Rule of Civil Procedure 12(b)(1). Accordingly, IT IS HEREBY ORDERED that |
| 8 | Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is GRANTED in its entirety, with |
| 9 | prejudice and without leave to amend. |

**IT IS SO ORDERED**.

Dated: _____

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

103080219.2