MERYL L. YOUNG, SBN 110156
   myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

ALEXANDER K. MIRCHEFF, SBN 245074
   amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SAMUEL A. KEESAL, SBN 38014
   skip.keesal@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
Telephone: 562.436.2000
Facsimile: 562.436.7416

JULIE L. TAYLOR, SBN 154341
   julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone: 415.398.6000
Facsimile: 415.981.0136

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION, | CASE NO. 2:18-cv-00714-JAM-AC<br>**PROOF OF SERVICE**<br>Judge: Hon. John A. Mendez |

# PROOF OF SERVICE

I, Marissa Sandoval, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On November 21, 2018, I served the following document(s):

**NOTICE OF MOTION AND MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF ALEXANDER MIRCHEFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND EXHIBITS;**

**DECLARATION OF SHELLEY GRAF;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Ivy T. Ngo<br>Brian Hanlin, PHV<br>Franklin D. Azar, PHV<br>FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>14426 East Evans Avenue<br>Aurora, CO 80014 | *Counsel for Plaintiffs*<br>*Edward Anderson, Raymond Keith Corum, Jesse Worthington, Colleen Worthington and Janet Goral*<br><br>Tel.: (303) 757-3300<br>Fax: (303) 759-5203<br>ngoi@fdazar.com<br>hanlinb@fdazar.com<br>azarf@fdazar.com |
| John Garner<br>GARNER LAW OFFICE<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988 | *Counsel for Plaintiffs*<br>*Edward Anderson, Raymond Keith Corum, Jesse Worthington, Colleen Worthington and Janet Goral*<br><br>Telephone: (530) 934-3324<br>Facsimile: (530) 934-2334<br>jrg@erglaw.net |

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2018.

_____
Marissa Sandoval