| | |
|---|---|
| MERYL L. YOUNG, SBN 110156<br>  myoung@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220 | SAMUEL A. KEESAL, SBN 38014<br>  skip.keesal@kyl.com<br>KEESAL, YOUNG & LOGAN<br>400 Oceangate<br>Long Beach, CA 90802<br>Telephone: 562.436.2000<br>Facsimile: 562.436.7416 |
| ALEXANDER K. MIRCHEFF, SBN 245074<br>  amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 | JULIE L. TAYLOR, SBN 154341<br>  julie.taylor@kyl.com<br>KEESAL, YOUNG & LOGAN<br>450 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: 415.398.6000<br>Facsimile: 415.981.0136 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION, | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT CERTAIN EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Judge:   Hon. John A. Mendez |

The Court, having considered the Request to Seal and Redact Certain Exhibits in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS Defendants' Request and ORDERS that Exhibits 14 through 17, 20 through 27, and 39 to the Declaration of Alexander Mircheff submitted in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint shall remain UNDER SEAL.

**IT IS SO ORDERED.**

Dated: 11/26/2018 /s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING REQUEST TO SEAL.DOCX