MERYL L. YOUNG, SBN 110156
   myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

ALEXANDER K. MIRCHEFF, SBN 245074
   amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SAMUEL A. KEESAL, SBN 38014
   skip.keesal@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
Telephone: 562.436.2000
Facsimile: 562.436.7416

JULIE L. TAYLOR, SBN 154341
   julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone: 415.398.6000
Facsimile: 415.981.0136

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**NOTICE OF WITHDRAWAL OF DECLARATION OF SHELLEY GRAF** |

Defendants submitted the Declaration of Shelley Graf regarding the presentation referenced at paragraphs 50-55 and 195 of the Amended Complaint in support of their Motion to Dismiss the Amended Complaint (Document 29-47).  The parties have met and conferred in accordance with the Court's procedures in an attempt to resolve Plaintiff's intended motion to strike the declaration on the ground that it addresses matters outside the pleadings.  In order to avoid burdening the Court with briefing and a hearing on a motion to strike, and because the declaration is not material to resolution of Defendants' motion to dismiss, Defendants hereby withdraw the Declaration of Shelley Graf as well as all references to it in their motion to dismiss.

Nothing in this notice of withdrawal shall affect the discussion of the presentation in the motion that does not depend on the declaration.  Defendants expressly preserve their position as set forth in the motion that the conclusions alleged in Plaintiffs' Amended Complaint regarding the presentation do not satisfy the requirements of the Private Securities Litigation Reform Act of 1995.

Dated: January 16, 2019                                By: */s/ Meryl L. Young*
                                                                              MERYL L. YOUNG
                                                                              GIBSON, DUNN & CRUTCHER LLP

# PROOF OF SERVICE

I, Sandra M. Pineda, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Dr., Irvine, California 92612-4412, in said County and State. On January 16, 2019, I served the following document(s):

**NOTICE OF WITHDRAWAL OF DECLARATION OF SHELLEY GRAF**

on the parties stated below, by the following means of service:

Ivy T. Ngo
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:    (303) 757-3300
Facsimile:      (303) 759-5203
ngoi@fdazar.com

John Garner
GARNER LAW OFFICE
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:    (530) 934-3324
Facsimile:      (530) 934-2334
jrg@erglaw.net

*Counsel for Plaintiffs*

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2019.

*/s/ Sandra M. Pineda*
Sandra M. Pineda

Gibson, Dunn & Crutcher LLP

3

NOTICE OF WITHDRAWAL OF DECL. OF SHELLEY GRAF