MERYL L. YOUNG, SBN 110156
  myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SAMUEL A. KEESAL, SBN 38014
  skip.keesal@kyl.com
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, CA 90802
Telephone: 562.436.2000
Facsimile: 562.436.7416

JULIE L. TAYLOR, SBN 154341
  julie.taylor@kyl.com
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
Telephone: 415.398.6000
Facsimile: 415.981.0136

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. John A. Mendez |

WHEREAS, Plaintiffs filed their Second Amended Complaint for Violation of Federal Securities Laws and Breach of Fiduciary Duty (Dkt. 47) on July 27, 2019;

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint concurrently with this Proposed Order and Stipulation on August 19, 2019, pursuant to this Court's Order (Dkt. 46);

WHEREAS, the parties have met and conferred and agreed upon a hearing date for the motion to dismiss for October 8, 2019 at 1:30 p.m., subject to the Court's availability;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Plaintiffs' opposition shall be filed within twenty-one (21) days of the filing of the motion to dismiss, i.e., September 9, 2019.

2. Defendants' reply in support of the motion to dismiss shall be filed within fourteen (14) days of the filing of Plaintiffs' opposition.

3. The parties expressly reserve all other rights of any kind.

Dated: August 19, 2019

/s / Ivy T. Ngo
Ivy T. Ngo
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Facsimile: (303) 759-5203
ngoi@fdazar.com

John Garner
GARNER LAW OFFICE
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone: (530) 934-3324
Facsimile: (530) 934-2334
jrg@erglaw.net

*Counsel for Plaintiffs*

/s/ Meryl L. Young

GIBSON, DUNN & CRUTCHER LLP
Meryl L. Young
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220
myoung@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Alexander K. Mircheff
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
amircheff@gibsondunn.com

KEESAL, YOUNG & LOGAN
Samuel A. Keesal
400 Oceangate
Long Beach, CA 90802
Telephone: 562.436.2000

| | |
|---|---|
| | Facsimile: 562.436.7416 |
| | skip.keesal@kyl.com |
| | |
| | KEESAL, YOUNG & LOGAN |
| | Julie L. Taylor |
| | 450 Pacific Avenue |
| | San Francisco, CA 94133 |
| | Telephone: 415.398.6000 |
| | Facsimile: 415.981.0136 |
| | julie.taylor@kyl.com |
| | |
| | *Counsel for Defendants* |

**IT IS SO ORDERED**

Dated: August 20, 2019

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

Gibson, Dunn & Crutcher LLP

# PROOF OF SERVICE

I, Marissa Sandoval, declare as follows:

I am employed in the County of Orange, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612, in said County and State. On August 19, 2019, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

on the parties stated below, by the following means of service:

Ivy T. Ngo
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:   (303) 759-5203
ngoi@fdazar.com

John Garner
GARNER LAW OFFICE
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:   (530) 934-2334
jrg@erglaw.net

*Counsel for Plaintiffs*

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2019.

_____
Marissa Sandoval