

## United States District Court
## Eastern District of California

In re Edward D. Jones & Co., L.P. Sec. Litig.

Plaintiff(s)

V.

Defendant(s)

Case Number: 2:18-cv-00714

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Paul R. Wood _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

All Plaintiffs _____

On _____10/19/1982_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Colorado_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____01/21/2022_____     Signature of Applicant: /s/ _____Paul R. Wood_____

**Pro Hac Vice Attorney**

Applicant's Name: Paul R. Wood

Law Firm Name: Franklin D. Azar & Associates, P.C.

Address: 14426 East Evans Avenue

City: Aurora     State: CO     Zip: 80014

Phone Number w/Area Code: (303) 757-3300

City and State of Residence: Plymouth, MA

Primary E-mail Address: woodp@fdazar.com

Secondary E-mail Address: chateauneufs@fdazar.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John R. Garner

Law Firm Name: Garner & Associates

Address: 109 North Marshall Avenue

City: Willows     State: CA     Zip: 95988

Phone Number w/Area Code: (530) 934-3324     Bar # 246729

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  January 21, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE