ALEXANDER K. MIRCHEFF, SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
  Los Angeles, CA  90071-3197
  Telephone:  213.229.7000
  Facsimile:   213.229.7520

MERYL L. YOUNG, SBN 110156
  myoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 2:18-cv-00714-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITION TO AND REPLY IN SUPPORT OF RENEWED MOTION OF DEFENDANTS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Hearing**:<br>Date:      April 5, 2022<br>Time:     1:30 p.m.<br>Place:     Courtroom 6, 14th Floor<br>             501 I Street<br>             Sacramento, CA 95814<br><br>Judge:    Hon. John A. Mendez |

WHEREAS, Plaintiffs filed their Second Amended Complaint (Dkt. 47) on July 27, 2019;

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint on August 19, 2019 (Dkt. 48) under Rules 12(b)(6), 9(b), and 12(b)(1) of the Federal Rules of Civil Procedure;

WHEREAS, the Court granted Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint on November 12, 2019 (Dkt. 60), under Rules 12(b)(6) and 9(b) as to Plaintiffs' federal claims, and under Rule 12(b)(1) as to the state-law claims;

WHEREAS, Plaintiffs appealed the Rule 12(b)(1) dismissal of their fiduciary duty claims, and the Ninth Circuit reversed (Dkt. 65);

WHEREAS, Defendants filed a petition for writ of certiorari in the Supreme Court and, on January 18, 2022, the Supreme Court denied Defendants' certiorari petition;

WHEREAS, Defendants have now filed a Renewed Motion To Dismiss Plaintiffs' Second Amended Complaint, in particular the remaining fiduciary duty claims, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, the parties have met and conferred and agreed upon a proposed briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Plaintiffs' opposition shall be filed by February 28, 2022;

2. Defendants' reply shall be filed on March 21, 2022; and

3. The parties expressly reserve all other rights of any kind.

Dated: February 1, 2022

<table>
<tr><td>

/s / Paul R. Wood (as authorized on 2/1/2022)
Paul R. Wood
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:    (303) 757-3300
Facsimile:    (303) 759-5203
woodp@fdazar.com

John Garner
GARNER & ASSOCIATES LLP
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:    (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

</td><td>

/s/ Alexander K. Mircheff

GIBSON, DUNN & CRUTCHER LLP
  Alexander K. Mircheff
  333 South Grand Avenue
  Los Angeles, CA  90071-3197
  Telephone:    213.229.7000
  Facsimile:    213.229.7520
  amircheff@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
  Meryl L. Young
  3161 Michelson Drive
  Irvine, CA  92612-4412
  Telephone: (949) 451-3800
  Facsimile: (949) 451-4220
  myoung@gibsondunn.com

</td></tr>
</table>

**IT IS SO ORDERED**

Dated:  February 2, 2022            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COUT JUDGE