| | |
|---|---|
| FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone:     (303) 757-3300<br>Facsimile: (720) 213-5131<br>azarf@fdazar.com<br>murphym@fdazar.com<br>woodp@fdazar.com<br>hanlinb@fdazar.com<br><br>JOHN R. GARNER (246729)<br>GARNER & ASSOCIATES<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone:     (530) 934-3324<br>Facsimile: (530) 934-2334<br>john@garner-associates.com<br><br>*Attorneys for Plaintiffs* | ALEXANDER K. MIRCHEFF, SBN 245074<br>    amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>MONICA K. LOSEMAN, SBN 309370<br>    mloseman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4100<br>Denver, CO  80202-2641<br>Telephone: 303.298.5700<br>Facsimile: 303.296.5310<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | No. 2:18-cv-00714-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Hearing:**<br><br>Date:   September 13, 2022<br>Time:   1:30 P.M.<br>Place:  Courtroom 6, 14th Floor<br>         501 I Street<br>         Sacramento, CA 95814<br><br>Judge:  Hon. John A. Mendez |

WHEREAS, the Court granted Defendants' Renewed Motion to Dismiss Plaintiffs' Second Amended Complaint on May 6, 2022 (ECF 81), granting Plaintiffs leave to amend as stated in the Order.

WHEREAS, Plaintiffs filed their Third Amended Complaint (ECF 82) on May 31, 2022;

WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Third Amended Complaint on June 21, 2022 (ECF 83);

WHEREAS, pursuant to L.R. 230(c)-(d), Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint is due July 5, 2022 and Defendant's Reply is due July 15, 2022;

WHEREAS, the hearing on the Motion to Dismiss is currently set for September 13, 2022;

WHEREAS, the parties have met and conferred and agreed upon a proposed briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. Plaintiffs' opposition shall be filed by July 19, 2022;

2. Defendant's reply shall be filed on August 12, 2022; and

3. The parties expressly reserve all other rights of any kind.

1  DATED: June 27, 2022

3  /s/ Paul R. Wood                    /s/ Alexander K. Mircheff
4  **FRANKLIN D. AZAR & ASSOCIATES, P.C.**   GIBSON, DUNN & CRUTCHER LLP
   Alexander K. Mircheff
5  Franklin D. Azar (*pro hac vice*)    333 South Grand Avenue
   Michael D. Murphy (*pro hac vice*)   Los Angeles, CA 90071-3197
6  Paul R. Wood (*pro hac vice*)        Telephone: 213.229.7000
   Brian Hanlin (*pro hac vice*)        amircheff@gibsondunn.com
7  14426 East Evans Avenue
   Aurora, CO 80014                     GIBSON, DUNN & CRUTCHER LLP
8  Telephone:   (303) 757-3300          Monica K. Loseman
                                        1801 California Street, Suite 4100
9  azarf@fdazar.com                     Denver, CO  80202-2641
   woodp@fdazar.com                     Telephone: 303.298.5700
10 murphym@fdazar.com                   mloseman@gibsondunn.com
   hanlinb@fdazar.com

                                        *Attorneys for Defendant*
12 JOHN R. GARNER (246729)
   GARNER & ASSOCIATES
13 109 North. Marshall Avenue
   P.O. Box 908
14 Willows, CA 95988
   Telephone:   (530) 934-3324
15 john@garner-associates.com

16 *Attorneys for Plaintiffs &*
17 *the Putative Class*

21 **IT IS SO ORDERED.**

22
   DATED:  June 27, 2022               /s/ John A. Mendez
23                                     THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE

                                   2                    CASE NO. 2:18-cv00714-JAM-AC
                                   STIPULATION AND ORDER