1  MONICA K. LOSEMAN, SBN 309370
     mloseman@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   1801 California Street, Suite 4100
3  Denver, CO 90202-2641
   Telephone:    303.298.5700
4  Facsimile:    303.296.5310

5  ALEXANDER K. MIRCHEFF, SBN 245074
     amircheff@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
8  Facsimile:  213.229.7520
   *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE EDWARD D. JONES & CO., L.P. SECURITIES LITIGATION | CASE NO. 18-cv-00714-JAM-AC |
|---|---|
| | **STIPULATION AND ORDER REGARDING RULE 26(f) MEET AND CONFER PROCESS AND TIMING OF RULE 26(f) JOINT STATUS REPORT** |
| | Judge:    Hon. John A. Mendez |

WHEREAS, on November 14, 2022, Defendant filed its Answer to Plaintiffs' Third Amended Complaint (Dkt. 94);

WHEREAS, on December 6, 2022, counsel for Plaintiffs reached out to counsel for Defendant to schedule a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure;

WHEREAS, on December 16, 2022, the parties began meeting and conferring pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order Requiring Service of Process and Joint Status Report (Dkt. 3);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. The parties anticipate completing the Rule 26(f) meet and confer process by January 3, 2023;

2. The parties will file a Joint Status Report conforming with the requirements of Rule 26(f) with the Court by January 5, 2023;

3. The parties expressly reserve all other rights of any kind.

Dated: December 19, 2022

/s/ Paul R. Wood (as authorized on 12/19/2022)
Paul R. Wood
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (303) 759-5203
woodp@fdazar.com

John Garner
GARNER & ASSOCIATES LLP
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

/s/ Alexander K. Mircheff
MONICA K. LOSEMAN, SBN 309370
  mloseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 90202-2641
Telephone:    303.298.5700
Facsimile:     303.296.5310

ALEXANDER K. MIRCHEFF,
SBN 245074
  amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:     213.229.7520

*Counsel for Defendant*

**IT IS SO ORDERED**.

Dated:  December 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE