ALEXANDER K. MIRCHEFF, SBN 245074
  AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:     213.229.7520

MONICA K. LOSEMAN, SBN 309370
  MLoseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO  80202-2641
Telephone: 303.298.5700
Facsimile: 303.296.5310

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT EDWARD D. JONES & CO., L.P.'S ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Hon. Allison Claire<br><br>Date Action Filed:  March 30, 2018 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT EDWARD D. JONES & CO., L.P.'S ADMINISTRATIVE
MOTION TO SHORTEN TIME
CASE NO. 2:18-cv-00714-DJC-AC

The Court, having considered Defendant Edward D. Jones & Co., L.P.'s Administrative Motion to Shorten Time, hereby GRANTS Defendant's Motion and ORDERS that Plaintiffs may file their opposition to EDJ's Motion to Quash Plaintiffs' Subpoena to Non-Party by June 14, 2023, Defendant may file its reply by June 16, 2023. The Court sets a hearing date of June 21, 2023 at 10:00 a.m., before the close of fact discovery in this matter, pursuant to the Court's Scheduling Order. Dkt. 101.

**IT IS SO ORDERED.**

DATED: June 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING DEFENDANT EDWARD D. JONES & CO., L.P.'S ADMINISTRATIVE MOTION TO SHORTEN TIME
CASE NO. 2:18-CV-00714-DJC-AC