ALEXANDER K. MIRCHEFF, SBN 245074
  AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

MONICA K. LOSEMAN, SBN 309370
  MLoseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202-2641
Telephone: 303.298.5700
Facsimile: 303.296.5310

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO NON-PARTY AND ITS SUPPORTING DECLARATION**<br><br>Hon. Allison Claire<br><br>Hearing Date: July 19, 2023<br><br>Hearing Time: 10:00 a.m.<br><br>Date Action Filed: March 30, 2018 |

[PROPOSED] ORDER GRANTING REQUEST TO SEAL & REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO NON-PARTY AND ITS SUPPORTING DECLARATION
CASE NO. 2:18-cv-00714-DJC-AC

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER**

The Court, having considered the Request to Seal and Redact Defendant Edward D. Jones & Co., L.P.'s Motion to Quash Plaintiffs' Subpoena to Non-Party and Its Supporting Declaration (together the "Motion"), hereby GRANTS Defendant's Request and ORDERS that the Motion, and Declaration filed in support thereof, shall remain UNDER SEAL. Defendant may file a redacted version of the Motion and Declaration.

**IT IS SO ORDERED.**

DATED: June 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING REQUEST TO SEAL & REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO NON-PARTY AND ITS SUPPORTING DECLARATION
CASE NO. 2:18-CV-00714-DJC-AC