| | |
|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone:   (303) 757-3300<br>Facsimile:   (720) 213-5131<br>azarf@fdazar.com<br>murphym@fdazar.com<br>woodp@fdazar.com<br>hanlinb@fdazar.com<br><br>GARNER & ASSOCIATES<br>JOHN R. GARNER, SBN 246729<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone:   (530) 934-3324<br>Facsimile:   (530) 934-2334<br>john@garner-associates.com<br><br>*Counsel for Plaintiffs* | ALEXANDER K. MIRCHEFF, SBN 245074<br>amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>MONICA K. LOSEMAN, SBN 309370<br>mloseman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4100<br>Denver, CO 80202-2641<br>Telephone: 303.298.5700<br>Facsimile: 303.296-5310<br><br>*Attorneys for Defendant* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE EXPERT DISCLOSURES** |

1  The Parties submit the following stipulation for the Court's approval:

2      WHEREAS, the Parties have met and conferred and agreed to amend the Scheduling Order as follows:

| Event | Current Deadline (ECF 101) | Proposed Deadline |
|---|---|---|
| Disclosure of Expert Witnesses | July 21, 2023 | August 1, 2023 |
| Supplemental Disclosure of Expert Witnesses | 30 days after the designation of expert witnesses or August 21, 2023 | August 31, 2023 |

    WHEREAS, the Parties have agreed that all other deadlines in the case will remain the same; and

    WHEREAS, the proposed extensions of the expert disclosure deadlines will not delay resolution of Plaintiffs' class certification motion or impede the progress of the case;

    NOW THEREFORE, the Parties request that the Court extend the deadlines as set forth above.

DATED: July 13, 2023                        Respectfully submitted,

**FRANKLIN D. AZAR & ASSOCIATES, P.C.**    **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Paul R. Wood*                      */s/ Alexander K. Mircheff*
FRANKLIN D. AZAR (*pro hac vice*)    ALEXANDER K. MIRCHEFF, SBN 245074
MICHAEL D. MURPHY (*pro hac vice*)    AMircheff@gibsondunn.com
PAUL R. WOOD (*pro hac vice*)         333 South Grand Avenue
BRIAN HANLIN (*pro hac vice*)         Los Angeles, California 90071
14426 East Evans Avenue            Telephone: 213.229.7000
Aurora, CO 80014                    Facsimile: 213.229.7520
Telephone: (303) 757-3300
Facsimile: (720) 213-5131          MONICA K. LOSEMAN, SBN 309370
azarf@fdazar.com                   MLoseman@gibsondunn.com
woodp@fdazar.com                **GIBSON, DUNN & CRUTCHER LLP**
murphym@fdazar.com             1801 California Street, Suite 4100
hanlinb@fdazar.com              Denver, CO 80202-2641
                                 Telephone: 303.298.5700
                                 Facsimile: 303.296.5310
JOHN R. GARNER (246729)         Attorneys for Defendant
**GARNER & ASSOCIATES**
109 North. Marshall Avenue
P.O. Box 908

Willows, CA 95988
Telephone: (530) 934-3324
Facsimile: (530) 934-2334
john@garner-associates.com
*Counsel for Plaintiffs &*
*the Putative Class*

**IT IS SO ORDERED.**

Dated:  July 13, 2023            /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE