| | |
|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone:   (303) 757-3300<br>Facsimile:    (720) 213-5131<br>azarf@fdazar.com<br>murphym@fdazar.com<br>woodp@fdazar.com<br>hanlinb@fdazar.com | GARNER & ASSOCIATES<br>JOHN R. GARNER, SBN 246729<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone:   (530) 934-3324<br>Facsimile:    (530) 934-2334<br>john@garner-associates.com<br><br>*Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL PLAINTIFFS' EXPERT REPORTS AND EXHIBITS TO EXPERT REPORTS**<br><br>Date Action Filed: March 30, 2018 |

The Court, having considered the Request to Seal Plaintiffs' Expert Reports and Exhibits to Expert Reports, hereby **GRANTS** Plaintiffs' Request and **ORDERS** that Plaintiffs' Expert Reports and Exhibits to Expert Reports, shall remain **UNDER SEAL** until otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: August 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE