GIBSON, DUNN & CRUTCHER LLP
ALEXANDER K. MIRCHEFF, SBN 245074
   AMircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN, SBN 309370
   MLoseman@gibsondunn.com
1801 California Street
Suite 4200
Denver, Colorado  80202-2642
Telephone:    303.298.5700
Facsimile:    303.298.5907

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S DISCLOSURE OF EXPERT WITNESSES**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S DISCLOSURE OF EXPERT WITNESSES
CASE NO. 2:18-CV-00714-DJC-AC

The Court, having considered the Request to Seal and Redact the Exhibits in Support of Defendant's Disclosure of Expert Witnesses (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby **GRANTS** Defendant's Request and **ORDERS** that Exhibits A and B to Defendant's Disclosure of Expert Witnesses shall remain **UNDER SEAL.**

**IT IS SO ORDERED.**

Dated: August 7, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S DISCLOSURE OF EXPERT WITNESSES
CASE NO. 2:18-CV-00714-DJC-AC

Gibson, Dunn & Crutcher LLP