UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, et al., | No. 2:18-cv-00714-DJC-AC |
| Plaintiffs, | |
| v. | ORDER |
| EDWARD D. JONES & CO., L.P., et al., | |
| Defendants. | |

Defendants have moved to amend the scheduling order to reopen fact discovery so that Defendants may take the deposition of three witnesses disclosed by the Plaintiffs. (ECF No. 142.) Magistrate Judge Allison Claire previously denied a motion to strike as to these witnesses. (ECF No. 139.) However, the Magistrate Judge restricted the usage of these witness to the limited purpose of rebutting Defendants' witnesses' testimony about EDJ financial advisors purported recommendations to clients regarding transfer to advisory accounts. (*Id.*)

Good cause appearing, the Court grants Defendants' request to reopen fact discovery for the sole purpose of allowing Defendants to depose witnesses Zach Paul, Gary McCoy, and Bradley Malone. The scope of any such deposition shall be limited to the issues discussed by Magistrate Judge in her order and any closely related issues. (See ECF No. 139.) Parties are required to meet and confer in the scheduling

1

of these depositions but all depositions must be completed by September 14, 2023. The Court will not entertain a motion to extend the class certification motion deadline absent a showing of good cause.

In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to amend the scheduling order (ECF No. 142) is GRANTED.  Fact discovery is reopened for the limited purpose of permitting Defendants to depose Zach Paul, Gary McCoy, and Bradley Malone.  Defendants will have until September 14, 2023, to conduct these depositions.  All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:   **August 18, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE