| | |
|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C. | GARNER & ASSOCIATES |
| FRANKLIN D. AZAR (*pro hac vice*) | JOHN R. GARNER, SBN 246729 |
| MICHAEL D. MURPHY (*pro hac vice*) | 109 North Marshall Avenue |
| PAUL R. WOOD (*pro hac vice*) | P.O. Box 908 |
| BRIAN HANLIN (*pro hac vice*) | Willows, CA 95988 |
| 14426 East Evans Avenue | Telephone: (530) 934-3324 |
| Aurora, CO 80014 | Facsimile: (530) 934-2334 |
| Telephone: (303) 757-3300 | john@garner-associates.com |
| Facsimile: (720) 213-5131 | |
| azarf@fdazar.com | *Counsel for Plaintiffs* |
| murphym@fdazar.com | |
| woodp@fdazar.com | |
| hanlinb@fdazar.com | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO SEAL PLAINTIFFS' REBUTTAL EXPERT REPORTS AND EXHIBITS TO REBUTTAL EXPERT REPORTS**<br><br>Judge: Hon. Allison Claire<br><br>Date Action Filed: March 30, 2018 |

The Court, having considered the Request to Seal Plaintiffs' Rebuttal Expert Reports and Exhibits to Rebuttal Expert Reports, hereby GRANTS Plaintiffs' Request and ORDERS that Plaintiffs' Rebuttal Expert Reports and Exhibits to Rebuttal Expert Reports, shall remain UNDER SEAL until otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: September 13, 2023.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE