GIBSON, DUNN & CRUTCHER LLP
ALEXANDER K. MIRCHEFF, SBN 245074
　AMircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:　213.229.7000
Facsimile:　213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN, SBN 309370
　MLoseman@gibsondunn.com
1801 California Street
Suite 4200
Denver, Colorado  80202-2642
Telephone:　303.298.5700
Facsimile:　303.298.5907

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

BEN SUTER, CASB No. 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
568 Jackson Street
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>　　　　　　Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO DISMISS**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO DISMISS
CASE NO. 2:18-CV-00714-DJC-AC

The Court, having considered the Request to Seal and Redact Defendant Edward D. Jones & Co., L.P. ("EDJ") Motion to Dismiss (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS EDJ's Request and ORDERS that EDJ's Motion to Dismiss shall remain UNDER SEAL.

**IT IS SO ORDERED.**

Dated:  September 25, 2023                   /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION TO DISMISS
CASE NO. 2:18-CV-00714-DJC-AC