GIBSON, DUNN & CRUTCHER LLP
ALEXANDER K. MIRCHEFF, SBN 245074
    AMircheff@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN, SBN 309370
    MLoseman@gibsondunn.com
1801 California Street
Suite 4200
Denver, Colorado 80202-2642
Telephone:    303.298.5700
Facsimile:    303.298.5907

BEN SUTER, CASB No. 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
568 Jackson Street
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND SUPPORTING DOCUMENTS**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND SUPPORTING DOCUMENTS
CASE NO. 2:18-CV-00714-DJC-AC

Gibson, Dunn & Crutcher LLP

The Court, having considered the Request to Seal and Redact Defendant Edward D. Jones & Co., L.P. ("EDJ") Motion for Summary Judgment, or in the Alternative, Summary Adjudication, and Supporting Documents, including EDJ's Statement of Undisputed Facts and the Declaration of Alexander K. Mircheff and the exhibits attached thereto (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS EDJ's Request and ORDERS that (1) EDJ's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, (2) EDJ's Statement of Undisputed Facts, (3) the Declaration of Alexander K. Mircheff and the exhibits attached thereto, and (4) the Request shall remain UNDER SEAL.

**IT IS SO ORDERED.**

Dated: September 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
CASE NO. 2:18-CV-00714-DJC-AC

Gibson, Dunn & Crutcher LLP