1
GIBSON, DUNN & CRUTCHER LLP
ALEXANDER K. MIRCHEFF, SBN 245074
2
   AMircheff@gibsondunn.com
333 South Grand Avenue
3
Los Angeles, California  90071
Telephone:    213.229.7000
4
Facsimile:    213.229.7520

5
GIBSON, DUNN & CRUTCHER LLP
MONICA K. LOSEMAN, SBN 309370
6
   MLoseman@gibsondunn.com
1801 California Street
7
Suite 4200
Denver, Colorado  80202-2642
8
Telephone:    303.298.5700
Facsimile:    303.298.5907
9

Attorneys for Defendant
10
EDWARD D. JONES & CO., L.P.

BEN SUTER, CASB No. 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
568 Jackson Street
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

11

12
IN THE UNITED STATES DISTRICT COURT

13
FOR THE EASTERN DISTRICT OF CALIFORNIA

14
SACRAMENTO DIVISION

15
EDWARD ANDERSON, RAYMOND KEITH
CORUM, and JESSE AND COLLEEN
16
WORTHINGTON, individually and on behalf of
all others similarly situated,

17
                    Plaintiffs,

18
        v.

19
EDWARD D. JONES & CO., L.P.,

20
                    Defendant.

CASE NO. 2:18-cv-00714-DJC-AC

**ORDER GRANTING DEFENDANT
EDWARD D. JONES & CO., L.P.
("EDJ")'S REQUEST TO SEAL AND
REDACT PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

Hon. Daniel J. Calabretta

Date Action Filed: March 30, 2018

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1   The Court, having considered Defendant Edward D. Jones & Co., L.P. ("EDJ")'s Request to

2   Seal and Redact Plaintiffs' Motion for Class Certification, and compelling reasons that overcome

3   the presumption of public access having been shown, hereby GRANTS Defendant's Request and

4   ORDERS that Plaintiffs' Motion for Class Certification shall remain UNDER SEAL.

5

6       **IT IS SO ORDERED.**

7

8

9   Dated:  September 26, 2023                    /s/ Daniel J. Calabretta

10                                          THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2

ORDER GRANTING DEFENDANT EDWARD D. JONES & CO., L.P. ("EDJ")'s REQUEST TO
SEAL AND REDACT PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 2:18-CV-00714-DJC-AC