| | |
|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone:   (303) 757-3300<br>Facsimile:    (720) 213-5131<br>azarf@fdazar.com<br>murphym@fdazar.com<br>woodp@fdazar.com<br>hanlinb@fdazar.com | GARNER & ASSOCIATES<br>JOHN R. GARNER, SBN 246729<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone:   (530) 934-3324<br>Facsimile:    (530) 934-2334<br>john@garner-associates.com<br><br>*Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL THE EXPERT REPORT OF DOUGLAS J. SCHULZ (CORRECTED) AND OTHER EXHIBITS TO MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

The Court, having considered Plaintiffs' Request to Seal the Expert Report of Douglas J. Schulz (Corrected) and Other Exhibits to Class Certification Motion hereby GRANTS Plaintiffs' Request and ORDERS that Exhibits 2, 12, 13, and 14 to the Declaration of Paul R. Wood in Support of Plaintiffs' Motion for Class Certification shall be filed UNDER SEAL.

**IT IS SO ORDERED.**

Dated:  September 27, 2023        /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE