| | |
|---|---|
| 1  FRANKLIN D. AZAR & ASSOCIATES, P.C. | ALEXANDER K. MIRCHEFF, SBN 245074 |
| 2  FRANKLIN D. AZAR (*pro hac vice*) | amircheff@gibsondunn.com |
|    MICHAEL D. MURPHY (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| 3  PAUL R. WOOD (*pro hac vice*) | 333 South Grand Avenue |
|    BRIAN HANLIN (*pro hac vice*) | Los Angeles, CA 90071-3197 |
| 4  14426 East Evans Avenue | Telephone: 213.229.7000 |
|    Aurora, CO 80014 | Facsimile: 213.229.7520 |
| 5  Telephone:   (303) 757-3300 | |
|    Facsimile:   (720) 213-5131 | MONICA K. LOSEMAN, SBN 309370 |
| 6  azarf@fdazar.com | mloseman@gibsondunn.com |
|    murphym@fdazar.com | GIBSON, DUNN & CRUTCHER LLP |
| 7  woodp@fdazar.com | 1801 California Street, Suite 4100 |
|    hanlinb@fdazar.com | Denver, CO 80202-2641 |
| 8  | Telephone: 303.298.5700 |
|    GARNER & ASSOCIATES | Facsimile: 303.296-5310 |
| 9  JOHN R. GARNER, SBN 246729 | |
|    109 North Marshall Avenue | *Attorneys for Defendant* |
| 10 P.O. Box 908 | |
|    Willows, CA 95988 | |
| 11 Telephone:   (530) 934-3324 | |
|    Facsimile:   (530) 934-2334 | |
| 12 john@garner-associates.com | |
| 13 *Counsel for Plaintiffs* | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated, | No. 2:18-cv-00714-DJC-AC |
| | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |
| Plaintiffs, | |
| v. | |
| EDWARD D. JONES & CO., L.P., | |
| Defendant. | |

The Parties submit the following stipulation for the Court's approval:

WHEREAS, Defendant filed a Motion for Summary Judgment (Dkt. 170) and a Motion to Dismiss for Lack of Jurisdiction on September 22, 2023 (Dkt. 172), with noticed hearings set for December 14, 2023;

WHEREAS, Plaintiffs filed a Motion to Certify Class on September 22, 2023, also with a noticed hearing set for December 14, 2023 (Dkt. 176);

WHEREAS, pursuant to the Eastern District of California's Local Rules and this Court's Standing Order in Civil Cases, the Parties' oppositions are to be filed by October 6, 2023;

WHEREAS, the Parties have met and conferred and agreed upon a briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as following:

1. Plaintiffs' opposition to Defendant's Motion for Summary Judgment shall be filed by November 10, 2023;
2. Plaintiffs' opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction shall be filed by November 10, 2023;
3. Defendant's opposition to Plaintiffs' Motion to Certify Class shall be filed by November 10, 2023;
4. Defendant's *Daubert* motions to exclude the opinions and testimony of Plaintiffs' experts shall be filed by November 10, 2023;
5. Defendant's reply in support of its Motion for Summary Judgment shall be filed by December 8, 2023;
6. Defendant's reply in support of its Motion to Dismiss for Lack of Jurisdiction shall be filed by December 8, 2023;
7. Plaintiffs' reply in support of its Motion to Certify Class shall be filed by December 8, 2023;
8. Plaintiffs' *Daubert* motions to exclude the opinions and testimony of Defendant's experts shall be filed by December 8, 2023;
9. Plaintiffs' oppositions to Defendant's *Daubert* motions to exclude the opinions and

1. testimony of Plaintiffs' experts shall be filed by January 5, 2024;

10. Defendant's replies in support of its *Daubert* motions to exclude the opinions and testimony of Plaintiffs' experts shall be filed by February 2, 2024;

11. Defendant's oppositions to Plaintiffs' *Daubert* motions to exclude the opinions and testimony of Defendant's experts shall be filed by February 2, 2024;

12. Plaintiffs' replies in support of its *Daubert* motions to exclude the opinions and testimony of Defendant's experts shall be filed by March 1, 2024;

13. The hearing date for the above-referenced motions are vacated;

14. The parties shall contact Judge Calabretta's courtroom deputy, Gabriel Michel, via e-mail (gmichel@caed.uscourts.gov), to obtain an available and mutually acceptable date to re-notice the above-referenced motions for hearing; and

15. The Parties expressly reserve all other rights of any kind.

Respectfully submitted,

| **FRANKLIN D. AZAR & ASSOCIATES, P.C.** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| */s/ Paul R. Wood* | |
| FRANKLIN D. AZAR (*pro hac vice*) | */s/ Alexander K. Mircheff* |
| MICHAEL D. MURPHY (*pro hac vice*) | ALEXANDER K. MIRCHEFF, SBN 245074 |
| PAUL R. WOOD (*pro hac vice*) | AMircheff@gibsondunn.com |
| BRIAN HANLIN (*pro hac vice*) | 333 South Grand Avenue |
| 14426 East Evans Avenue | Los Angeles, California 90071 |
| Aurora, CO 80014 | Telephone: 213.229.7000 |
| Telephone: (303) 757-3300 | Facsimile: 213.229.7520 |
| Facsimile: (720) 213-5131 | |
| azarf@fdazar.com | MONICA K. LOSEMAN, SBN 309370 |
| woodp@fdazar.com | MLoseman@gibsondunn.com |
| murphym@fdazar.com | **GIBSON, DUNN & CRUTCHER LLP** |
| hanlinb@fdazar.com | 1801 California Street, Suite 4100 |
| | Denver, CO 80202-2641 |
| JOHN R. GARNER (246729) | Telephone: 303.298.5700 |
| **GARNER & ASSOCIATES** | Facsimile: 303.296.5310 |
| 109 North. Marshall Avenue | Attorneys for Defendant |
| P.O. Box 908 | |
| Willows, CA 95988 | |
| Telephone: (530) 934-3324 | |
| Facsimile: (530) 934-2334 | |
| john@garner-associates.com | |
| *Counsel for Plaintiffs & the Putative Class* | |

2   CASE NO. 2:18-cv00714-DJC-AC
STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

**IT IS SO ORDERED.**

DATED: September 29, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE