FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*pro hac vice*)
MICHAEL D. MURPHY (*pro hac vice*)
PAUL R. WOOD (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:  (720) 213-5131
azarf@fdazar.com
murphym@fdazar.com
woodp@fdazar.com
hanlinb@fdazar.com

GARNER & ASSOCIATES
JOHN R. GARNER, SBN 246729
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:  (530) 934-3324
Facsimile:  (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

MONICA K. LOSEMAN, SBN 309370
mloseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202-2641
Telephone: 303.298.5700
Facsimile: 303.296-5310

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**STIPULATION AND ORDER REGARDING DEPOSITION EXHIBIT NUMBER 24** |

The Parties submit the following stipulation for the Court's approval:

WHEREAS, on September 20, 2023, Plaintiffs' counsel notified counsel for Defendant that Plaintiffs intended to "file and refer to" certain "reports, testimony, and exhibits"—including Deposition Exhibit 24—"that have been designated confidential" by Defendant in Plaintiffs' Motion to Certify Class ("Motion") "so that [Defendant could] request that the documents be filed under seal";

WHEREAS, on September 21, 2023, counsel for Defendant notified Plaintiffs' counsel that Defendant would be requesting to seal the documents identified by Plaintiffs;

WHEREAS, on September 22, 2023, the Parties engaged in a meet and confer, and Plaintiffs' counsel agreed to file the Motion and its exhibits under seal, and counsel for Defendant again stated that Defendant would request to seal the exhibits;

WHEREAS, on Friday, September 22, 2023, Defendant filed a Notice of Request to Seal regarding Plaintiffs' Motion (Dkt. 173), Plaintiffs submitted their Motion under seal, and, on Monday, September 25, 2023, Defendant submitted its Request to Seal Plaintiffs' Motion and its exhibits (Dkt. 178);

WHEREAS, on September 27, 2023, the Court issued its Order granting Defendant's Request to Seal Plaintiffs' Motion (Dkt. 185);

WHEREAS, on September 27, 2023, counsel for Plaintiffs requested, and counsel for EDJ agreed, that Deposition Exhibit 24 need not be sealed, and the references to it in the Motion need not be redacted;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1. A redacted version of Plaintiffs' Motion to Certify Class, attached hereto as **Exhibit A** with references to Deposition Exhibit 24 (Wood Decl. Exhibit 21) not redacted, shall be electronically filed;

2. Deposition Exhibit 24 (Wood Decl. Exhibit 21) shall be electronically filed;

3. All other exhibits and reports identified in Defendant's Request to Seal (Dkt. 178) shall remain under seal, pursuant to this Court's Order (Dkt. 185); and

4. The Parties expressly reserve all other rights of any kind.

DATED: September 29, 2023

Respectfully submitted,

| | |
|---|---|
| **FRANKLIN D. AZAR & ASSOCIATES, P.C.**<br><br>*/s/ Paul R. Wood*<br>FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone: (303) 757-3300<br>Facsimile: (720) 213-5131<br>azarf@fdazar.com<br>woodp@fdazar.com<br>murphym@fdazar.com<br>hanlinb@fdazar.com<br><br>JOHN R. GARNER (246729)<br>**GARNER & ASSOCIATES**<br>109 North. Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone: (530) 934-3324<br>Facsimile: (530) 934-2334<br>john@garner-associates.com<br>*Counsel for Plaintiffs &*<br>*the Putative Class* | **GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Alexander K. Mircheff*<br>ALEXANDER K. MIRCHEFF, SBN 245074<br>AMircheff@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>MONICA K. LOSEMAN, SBN 309370<br>MLoseman@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1801 California Street, Suite 4100<br>Denver, CO 80202-2641<br>Telephone: 303.298.5700<br>Facsimile: 303.296.5310<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

DATED:  September 29, 2023    /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE