| | |
|---|---|
| FRANKLIN D. AZAR & ASSOCIATES, P.C.<br>FRANKLIN D. AZAR (*pro hac vice*)<br>MICHAEL D. MURPHY (*pro hac vice*)<br>PAUL R. WOOD (*pro hac vice*)<br>BRIAN HANLIN (*pro hac vice*)<br>14426 East Evans Avenue<br>Aurora, CO 80014<br>Telephone:     (303) 757-3300<br>Facsimile:      (720) 213-5131<br>azarf@fdazar.com<br>murphym@fdazar.com<br>woodp@fdazar.com<br>hanlinb@fdazar.com<br><br>GARNER & ASSOCIATES<br>JOHN R. GARNER, SBN 246729<br>109 North Marshall Avenue<br>P.O. Box 908<br>Willows, CA 95988<br>Telephone:     (530) 934-3324<br>Facsimile:      (530) 934-2334<br>john@garner-associates.com<br><br>*Counsel for Plaintiffs* | MONICA K. LOSEMAN, SBN 309370<br>mloseman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street, Suite 4100<br>Denver, CO 80202-2641<br>Telephone: 303.298.5700<br>Facsimile: 303.296-5310<br><br>ALEXANDER K. MIRCHEFF, SBN 245074<br>amircheff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>BERNARD SUTER, CASB No. 107680<br>KEESAL, YOUNG & LOGAN<br>A Professional Corporation<br>568 Jackson Street<br>San Francisco, California 94111<br>Telephone: (415) 398-6000<br>Facsimile: (415) 981-0136<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EDWARD D. JONES & CO., L.P.,

Defendant.

No. 2:18-cv-00714-DJC-AC

**STIPULATION AND ORDER EXTENDING PAGE LIMITS FOR DEFENDANT'S MEMORANDA OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY MEMORANDUM**

The Parties respectfully submit the following stipulation for the Court's approval:

WHEREAS, Plaintiffs filed their Motion for Class Certification ("Motion") on September 22, 2023 (Dkt. 176);

WHEREAS, pursuant to the Court's Order Regarding the Briefing Schedule (Dkt. 194), Defendant's Opposition to Plaintiffs' Motion for Class Certification ("Opposition") is due on November 10, 2023, and Plaintiffs' Reply in Support of Class Certification ("Reply") is due on December 8, 2023;

WHEREAS, Defendant represents that it has endeavored to make the Opposition as concise as possible but after significant work believes in good faith that additional pages beyond the limits set by this Court's Standing Order in Civil Cases are necessary and will aid the Court with a clearer presentation of the issues;

WHEREAS, Plaintiffs have accepted that representation and agreed to the extension on the condition that a similar extension be provided for their Reply brief, which they will likewise endeavor to make as concise as possible;

WHEREAS, the Parties have thus met and conferred and agreed that a five-page extension to the page limits for the memoranda of law in support of the Opposition and Reply as set by this Court's Standing Order in Civil Cases is appropriate here as it will allow the Parties to sufficiently address Federal Rule of Civil Procedure Rule 23's numerous elements as raised by Plaintiffs' Motion;

WHEREAS, the Parties believe that good cause supports this short extension of the page limits as it will serve the interests of judicial economy by enabling the Parties to present their arguments and authorities in a manner that will most efficiently aid the Court in its decision-making process;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as following:

1. Defendant's memorandum of law in support of its Opposition is not to exceed 30 pages;

2. Plaintiffs' memorandum of law in support of their Reply is not to exceed 20 pages;

3.  Good cause supports this short 5-page extension of the page limits as set by this Court's Standing Order in Civil Cases as it will serve the interests of judicial economy by enabling the Parties to present their arguments and authorities in a manner that will most efficiently aid the Court in its decision-making process; and

4.  The Parties expressly reserve all other rights of any kind.

DATED: November 3, 2023

Respectfully submitted,

| | |
|---|---|
|     */s/ Paul R. Wood* |     */s/ Alexander K. Mircheff* |
| FRANKLIN D. AZAR (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| MICHAEL D. MURPHY (*pro hac vice*) | ALEXANDER K. MIRCHEFF, SBN 245074 |
| PAUL R. WOOD (*pro hac vice*) | AMircheff@gibsondunn.com |
| BRIAN HANLIN (*pro hac vice*) | 333 South Grand Avenue |
| FRANKLIN D. AZAR & ASSOCIATES, P.C. | Los Angeles, California 90071 |
| 14426 East Evans Avenue | Telephone: 213.229.7000 |
| Aurora, CO 80014 | Facsimile: 213.229.7520 |
| Telephone: (303) 757-3300 | |
| Facsimile: (720) 213-5131 | MONICA K. LOSEMAN, SBN 309370 |
| azarf@fdazar.com | MLoseman@gibsondunn.com |
| woodp@fdazar.com | 1801 California Street, Suite 4100 |
| murphym@fdazar.com | Denver, CO 80202-2641 |
| hanlinb@fdazar.com | Telephone: 303.298.5700 |
| | Facsimile: 303.296.5310 |
| JOHN R. GARNER (246729) | KEESAL, YOUNG & LOGAN |
| GARNER & ASSOCIATES | BERNARD SUTER, CASB No. 107680 |
| 109 North. Marshall Avenue | A Professional Corporation |
| P.O. Box 908 | 568 Jackson Street |
| Willows, CA 95988 | San Francisco, California 94111 |
| Telephone: (530) 934-3324 | Telephone: (415) 398-6000 |
| Facsimile: (530) 934-2334 | Facsimile: (415) 981-0136 |
| john@garner-associates.com | |
| | *Attorneys for Defendant* |
| *Counsel for Plaintiffs & the Putative Class* | |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  November 3, 2023         /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE