FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*pro hac vice*)
MICHAEL D. MURPHY (*pro hac vice*)
PAUL R. WOOD (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131
azarf@fdazar.com
murphym@fdazar.com
woodp@fdazar.com
hanlinb@fdazar.com

GARNER & ASSOCIATES
JOHN R. GARNER, SBN 246729
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT EDWARD D. JONES & CO., L.P.'S MOTION FOR SUMMARY JUDGMENT, AND SUPPORTING DOCUMENTS**<br><br>Judge:   Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

The Court, having considered the Request to Seal and Redact Plaintiffs' Response in Opposition to Defendant Edward D. Jones & Co., L.P.'s Motion for Summary Judgment, and Supporting Documents, hereby GRANTS Plaintiffs' Request and ORDERS that 1) Plaintiffs' Opposition to Defendant Edward D. Jones & Co., L.P.'s Motion for Summary Judgment; 2) Plaintiffs' Statement of Disputed Facts; 3) Declaration of Paul R. Wood in Support of Plaintiffs' Opposition to Motion for Summary Judgment and the exhibits attached thereto; and 4) Plaintiffs' Response to Edward D. Jones & Co., L.P.'s Statement of Undisputed Facts in Support of Motion for Summary Judgment shall remain UNDER SEAL.

**IT IS SO ORDERED.**

Dated: November 17, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

CASE NO. 2:18-cv00714-DJC-AC

ORDER GRANTING REQUEST TO SEAL AND REDACT PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND SUPPORTING DOCUMENTS