1  MONICA K. LOSEMAN, SBN 309370
      MLoseman@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   1801 California Street, Suite 4100
3  Denver, CO 80202-2641
   Telephone:    303.298.5784
4  Facsimile:    303.313.2828

5  ALEXANDER K. MIRCHEFF, SBN 245074
      AMircheff@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, California 90071
   Telephone:    213.229.7000
8  Facsimile:    213.229.7520

   BERNARD SUTER, SBN 107680
   KEESAL, YOUNG & LOGAN
      ben.suter@kyl.com
   A Professional Corporation
   568 Jackson Street
   San Francisco, California 94111
   Telephone: (415) 398-6000
   Facsimile: (415) 981-0136

9  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, MOTIONS TO EXCLUDE THE OPINIONS AND TESTIMONY OF SCOTT BAGGETT, DR. WILLIAM C. "CHUCK" EASTTOM II, DOUGLAS SCHULZ, AND ERIC SIKOWITZ, AND SUPPORTING DOCUMENTS**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING REQUEST TO SEAL AND REDACT EDWARD D. JONES & CO., L.P.'S
OPPOSITION TO MOTION FOR CLASS CERTIFICATION & MOTIONS TO EXCLUDE
CASE NO. 2:18-CV-00714-DJC-AC

The Court, having considered the Request to Seal and Redact Defendant Edward D. Jones & Co., L.P. ("EDJ") Opposition to Plaintiffs' Motion for Class Certification, Motions to Exclude the Opinions and Testimony of Scott Baggett, Dr. William C. "Chuck" Easttom II, Douglas Schulz, and Eric Sikowitz, and Supporting Documents (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS EDJ's Request and ORDERS that the following documents shall remain under seal:

- EDJ's Opposition to Plaintiffs' Motion for Class Certification;
- Declaration of Alexander K. Mircheff in Support of EDJ's Opposition to Plaintiffs' Motion for Class Certification;
- EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Scott Baggett;
- Declaration of Alexander K. Mircheff in Support of EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Scott Baggett;
- EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Dr. William C. "Chuck" Easttom II;
- Declaration of Alexander K. Mircheff in Support of EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Dr. William C. "Chuck" Easttom II;
- EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Douglas Schulz;
- Declaration of Alexander K. Mircheff in Support of EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Douglas Schulz;
- EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Eric Sikowitz; and
- Declaration of Alexander K. Mircheff in Support of EDJ's *Daubert* Motion to Exclude the Opinions and Testimony of Eric Sikowitz

**IT IS SO ORDERED.**

Dated: November 20, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

Gibson, Dunn & Crutcher LLP

ORDER GRANTING REQUEST TO SEAL AND REDACT EDWARD D. JONES & CO., L.P.'S
OPPOSITION TO MOTION FOR CLASS CERTIFICATION & MOTIONS TO EXCLUDE
CASE NO. 2:18-CV-00714-DJC-AC