FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*pro hac vice*)
MICHAEL D. MURPHY (*pro hac vice*)
PAUL R. WOOD (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131
azarf@fdazar.com
murphym@fdazar.com
woodp@fdazar.com
hanlinb@fdazar.com

GARNER & ASSOCIATES
JOHN R. GARNER, SBN 246729
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL AND REDACT PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION, *DAUBERT* MOTIONS TO EXCLUDE THE OPINIONS AND TESTIMONY OF THOMAS M. SELMAN AND JENNIFER MARIETTA-WESTBERG, AND SUPPORTING DOCUMENTS**<br><br>Judge:   Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

CASE NO. 2:18-CV00714-DJC-AC

ORDER GRANTING REQUEST TO SEAL AND REDACT PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTIONS

The Court, having considered Plaintiffs' Request to Seal and Redact Plaintiffs' Reply in Support of Motion for Class Certification and *Daubert* Motions and ORDERS that the following shall remain UNDER SEAL:

- Plaintiffs' Reply in Further Support of Motion for Class Certification and Exhibits 24-28, 34 to the Declaration of Paul R. Wood in Support;
- Plaintiffs' *Daubert* Motion to Exclude the Opinions and Testimony of Thomas M. Selman;
- Exhibit 1 to the Declaration of Paul R. Wood in Support of Plaintiffs' *Daubert* Motion to Exclude the Opinions and Testimony of Thomas M. Selman;
- Plaintiffs' *Daubert* Motion to Exclude the Opinions and Testimony of Jennifer Marietta-Westberg; and
- Exhibit 1 and 4 to the Declaration of Paul R. Wood in Support of Plaintiffs' *Daubert* Motion to Exclude the Opinions and Testimony of Jennifer Marietta-Westberg.

**IT IS SO ORDERED.**

Dated:  December 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

CASE NO. 2:18-cv00714-DJC-AC

ORDER GRANTING REQUEST TO SEAL AND REDACT PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTIONS