MONICA K. LOSEMAN, SBN 309370
MLoseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202-2641
Telephone: 303.298.5784
Facsimile: 303.313.2828

ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

BERNARD SUTER, SBN 107680
KEESAL, YOUNG & LOGAN
ben.suter@kyl.com
A Professional Corporation
568 Jackson Street
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, AND REPLY IN SUPPORT OF MOTION TO DISMISS, AND SUPPORTING DOCUMENTS**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

Gibson, Dunn & Crutcher LLP

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF MOTION TO DISMISS, AND SUPPORTING DOCUMENTS
CASE NO. 2:18-CV-00714-DJC-AC

The Court, having considered the Request To Seal And Redact Defendant Edward D. Jones & Co., L.P.'s ("EDJ") Reply In Support Of Motion For Summary Judgment, or in the Alternative, Summary Adjudication, and Reply in Support of Motion To Dismiss, and Supporting Documents (The "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS EDJ's Request and ORDERS that the following documents shall remain under seal:

- EDJ's Reply In Support of Motion For Summary Judgment, Or In The Alternative, Summary Adjudication ("MSJ Reply");
- Supplemental Declaration of Alexander K. Mircheff in Support of EDJ's Reply In Support of Motion For Summary Judgment, Or In The Alternative, Summary Adjudication ("Mircheff MSJ Reply Decl.");
- EDJ's Response To Plaintiffs' Statement Of Disputed Facts ("EDJ's Response");
- Defendant's Reply In Support of Motion to Dismiss ("MTD Reply");
- Supplemental Declaration of Alexander K. Mircheff in Support of Defendant's Reply In Support of Motion to Dismiss ("Mircheff MTD Reply Decl."); and
- Certain confidential Exhibits in support of the above-referenced documents ("Confidential Exhibits").

**IT IS SO ORDERED.**

Dated:  December 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF MOTION TO DISMISS, AND SUPPORTING DOCUMENTS

CASE NO. 2:18-CV-00714-DJC-AC