FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*pro hac vice*)
MICHAEL D. MURPHY (*pro hac vice*)
PAUL R. WOOD (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131
azarf@fdazar.com
murphym@fdazar.com
woodp@fdazar.com
hanlinb@fdazar.com

GARNER & ASSOCIATES
JOHN R. GARNER, SBN 246729
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | No. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL AND REDACT PLAINTIFFS' OPPOSITIONS TO MOTIONS TO EXCLUDE THE OPINIONS AND TESTIMONY OF L. SCOTT BAGGETT, DR. WILLIAM C. "CHUCK" EASTTOM II, DOUGLAS SCHULZ, AND ERIC SIKOWITZ, AND SUPPORTING DOCUMENTS**<br><br>Judge:   Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

The Court, having considered Plaintiffs' Request to Seal and Redact Plaintiffs' Oppositions to Motions to Exclude the Opinions and Testimony of L. Scott Baggett, Dr. William C. "Chuck" Easttom II, Douglas Schulz, and Eric Sikowitz, and Supporting Documents and ORDERS that the following shall remain UNDER SEAL:

- Plaintiffs' Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude the Opinions and Testimony of Douglas Schulz and Exhibits 1 and 5 to the Declaration of Paul R. Wood in support thereof;
- Plaintiffs' Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude the Opinions and Testimony of L. Scott Baggett;
- Plaintiffs' Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude the Opinions and Testimony of Eric Sikowitz and Exhibit 1 to the Declaration of Paul R. Wood in support thereof; and
- Plaintiffs' Memorandum of Law in Opposition to Defendant's Daubert Motion to Exclude the Opinions and Testimony of William C. "Chuck" Easttom II and Exhibits 1 and 2 to the Declaration of Paul R. Wood in support thereof.

**IT IS SO ORDERED.**

Dated: January 16, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE