MONICA K. LOSEMAN, SBN 309370
MLoseman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone:  303.298.5784
Facsimile:   303.313.2828

ALEXANDER K. MIRCHEFF, SBN 245074
AMircheff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

BERNARD SUTER, SBN 107680
ben.suter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
578 Jackson Street
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
EDWARD D. JONES & CO., L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD ANDERSON, RAYMOND KEITH CORUM, and JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P.,<br><br>Defendant. | CASE NO. 2:18-cv-00714-DJC-AC<br><br>**ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S OPPOSITIONS TO DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, REPLIES IN SUPPORT OF DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, AND SUPPORTING DOCUMENTS**<br><br>Hon. Daniel J. Calabretta<br><br>Date Action Filed: March 30, 2018 |

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S OPPOSITIONS TO DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, REPLIES IN SUPPORT OF DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, AND SUPPORTING DOCUMENTS
CASE NO. 2:18-CV-00714-DJC-AC

Gibson, Dunn & Crutcher LLP

The Court, having considered the Request to Seal and Redact Defendant Edward D. Jones & Co., L.P. ("EDJ") Oppositions to *Daubert* Motions to Exclude Opinions and Testimony, Replies in Support of *Daubert* Motions to Exclude Opinions and Testimony, and Supporting Documents (the "Request"), and compelling reasons that overcome the presumption of public access having been shown, hereby GRANTS EDJ's Request and ORDERS that the following documents shall remain under seal:

- EDJ's Opposition To Plaintiffs' *Daubert* Motion To Exclude The Opinions And Testimony Of Jennifer Marietta-Westberg;
- EDJ's Declaration Of Alexander Mircheff In Support Of EDJ's Opposition To Plaintiffs' *Daubert* Motion To Exclude The Opinions And Testimony Of Jennifer Marietta-Westberg;
- EDJ's Opposition To Plaintiffs' *Daubert* Motion To Exclude The Opinions And Testimony Of Thomas M. Selman;
- EDJ's Declaration Of Alexander Mircheff In Support Of EDJ's Opposition To Plaintiffs' *Daubert* Motion To Exclude The Opinions And Testimony Of Thomas M. Selman;
- EDJ's Reply In Support Of Its *Daubert* Motion To Exclude The Opinions And Testimony Of L. Scott Baggett ;
- EDJ's Reply In Support Of Its *Daubert* Motion To Exclude The Opinions And Testimony Of Dr. William C. "Chuck" Easttom;
- EDJ's Supplemental Declaration Of Alexander Mircheff In Support Of EDJ's Reply In Support Of Its *Daubert* Motion To Exclude The Opinions And Testimony Of Dr. William C. "Chuck" Easttom;
- EDJ's Reply In Support Of *Daubert* Motion To Exclude The Opinions And Testimony Of Douglas Schulz;
- EDJ's Supplemental Declaration Of Alexander Mircheff In Support Of EDJ's Opposition To Plaintiffs' *Daubert* Motion To Exclude The Opinions And Testimony Of Douglas Schulz;
- EDJ's Reply In Support Of *Daubert* Motion To Exclude The Opinions And Testimony Of

2

ORDER GRANTING REQUEST TO SEAL AND REDACT DEFENDANT EDWARD D. JONES & CO., L.P.'S OPPOSITIONS TO DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, REPLIES IN SUPPORT OF DAUBERT MOTIONS TO EXCLUDE OPINIONS AND TESTIMONY, AND SUPPORTING DOCUMENTS
CASE NO. 2:18-CV-00714-DJC-AC

Gibson, Dunn & Crutcher LLP

1  Eric Sikowitz; and

2  • Certain confidential Exhibits in support of the above-referenced documents.

3  **IT IS SO ORDERED.**

5  Dated: February 6, 2024     /s/ Daniel J. Calabretta
                                 _____
6                                THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE