FRANKLIN D. AZAR & ASSOCIATES, P.C.
FRANKLIN D. AZAR (*pro hac vice*)
MICHAEL D. MURPHY (*pro hac vice*)
PAUL R. WOOD (*pro hac vice*)
BRIAN HANLIN (*pro hac vice*)
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131
azarf@fdazar.com
murphym@fdazar.com
woodp@fdazar.com
hanlinb@fdazar.com

GARNER & ASSOCIATES
JOHN R. GARNER, SBN 246729
109 North Marshall Avenue
P.O. Box 908
Willows, CA 95988
Telephone:   (530) 934-3324
Facsimile:    (530) 934-2334
john@garner-associates.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EDWARD ANDERSON, RAYMOND KEITH CORUM, JESSE AND COLLEEN WORTHINGTON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

EDWARD D. JONES & CO., L.P.,

Defendant.

No. 2:18-cv-00714-DJC-AC

**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL AND REDACT PLAINTIFFS' REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE THE OPINIONS AND TESTIMONY OF THOMAS M. SELMAN AND JENNIFER MARIETTA-WESTBERG, AND SUPPORTING DOCUMENTS**

Judge:   Hon. Daniel J. Calabretta

Date Action Filed: March 30, 2018

The Court, having considered Plaintiffs' Request to Seal and Redact Plaintiffs' Replies in Support of Motions to Exclude the Opinions and Testimony of Thomas M. Selman and Jennifer Marietta-Westberg, and Supporting Documents and ORDERS that the following shall remain UNDER SEAL:

- Reply in Support of Plaintiffs' Daubert Motion to Exclude the Opinions and Testimony of Jennifer Marietta-Westberg;
- Exhibits 1 and 2 to the Supplemental Declaration of Paul R. Wood in Support of Reply in Support of Plaintiffs' Daubert Motion to Exclude the Opinions and Testimony of Jennifer Marietta-Westberg; and
- Reply in Support of Plaintiffs' Daubert Motion to Exclude the Opinions and Testimony of Thomas M. Selman.

**IT IS SO ORDERED.**

Dated:  March 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

CASE NO. 2:18-cv00714-DJC-AC
ORDER GRANTING REQUEST TO SEAL AND REDACT PLAINTIFFS' REPLIES IN SUPPORT OF DAUBERT MOTIONS