## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EDWARD ANDERSON, ET AL.,**

CASE NO: **2:18–CV–00714–DJC–AC**

v.

**EDWARD D. JONES &AMP; CO., L.P., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/9/2024**

**Keith Holland**
Clerk of Court

ENTERED: **September 9, 2024**

by: /s/ L. Mena–Sanchez
Deputy Clerk