**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Eastern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:18-cv-00714-DJC-AC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/30/2018

Date of judgment or order you are appealing: 09/09/2024

Docket entry number of judgment or order you are appealing: 282

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Edward Anderson, Jesse Worthington, Colleen Worthington, and Raymond Keith Corum

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☉ Yes   ○ No

If yes, what is the prior appeal case number? 19-17520

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Paul R. Wood                    **Date** October 4, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Edward Anderson, Jesse Worthington, Colleen Worthington, and Raymond Keith Corum

Name(s) of counsel (if any):
Paul R. Wood, Michael D. Murphy, Franklin D. Azar of Franklin D. Azar & Associates, P.C.

Address: 14426 East Evans Avenue, Aurora, CO 80014

Telephone number(s): 303-757-3300

Email(s): woodp@fdazar.com; murphym@fdazar.com; azarf@fdazar.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Edward D. Jones & Co., L.P.

Name(s) of counsel (if any):
Monica K. Loseman of Gibson, Dunn & Crutcher LLP

Address: 1801 California Street, Suite 4200, Denver, CO 80202

Telephone number(s): 303-298-5784

Email(s): mloseman@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**              1              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Edward Anderson, Jesse Worthington, Colleen Worthington, and Raymond Keith Corum

Name(s) of counsel (if any):
John Garner of Garner & Associates

Address: 109 North Marshall Avenue, Willows, CA 95988

Telephone number(s): (530) 934-3324

Email(s): john@garner-associates.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Edward D. Jones & Co., L.P.

Name(s) of counsel (if any):
Alexander K. Mircheff of Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Avenue, Los Angeles, CA 90071

Telephone number(s): 213-229-7000

Email(s): amircheff@gibsondunn.com

Name(s) of party/parties:
Appellee Edward D. Jones & Co., L.P.

Name(s) of counsel (if any):
Bernard Suter of Keesal, Young & Logan

Address: 578 Jackson Street, San Francisco, CA 94133

Telephone number(s): 415-398-6000

Email(s): ben.suter@kyl.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**            2            New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Edward Anderson, Jesse Worthington, Colleen Worthington, and Raymond Keith Corum

Name(s) of counsel (if any):

Ognian Gavrilov of Gavrilov & Brooks

Address: 2315 Capitol Avenue, Sacramento, CA 95816

Telephone number(s): (916) 504-0529

Email(s): ognian@gavrilovlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              3                                 *New 12/01/2018*